**Fill in this information to identify the case:**

Debtor name   **Microfibres, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF RHODE ISLAND

Case number (if known)   _____

☐ Check if this is an
  amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:          Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Webster Bank N.A.** | **Checking** | **4440** | $154,809.04 |
| 3.2. | **Banc Corp South** | **Checking** | **0941** | $14,199.45 |
| 3.3. | **Ing - Belgium** | **Checking** | **7551** | $2,534.23 |

4.    **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **Cash Surrender Value Life Insurance/Pledged to Webster Bank N.A.** | $3,477,081.93 |

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $3,648,624.65 |
|---|

**Part 2:          Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Microfibres, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**7.** **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1.. | **Duke Energy** | **$134,205.00** |
|---|---|---|

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.** **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

| **$134,205.00** |
|---|

**Part 3:** **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11.** **Accounts receivable**

| 11a. 90 days old or less: | **5,934,339.91** | - | **593,433.91** | = .... | **$5,340,906.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **16,704,409.48** | - | **4,242,818.32** | =.... | **$12,461,591.16** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| **$17,802,497.16** |
|---|

**Part 4:** **Investments**

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **14.** | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 14.1.. | **E*Trade Investment Account** | **Market** | **$2,000.00** |

| | | % of ownership | |
|---|---|---|---|
| **15.** | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | | |
| 15.1.. | **Microfibres Mexico S.A.** | **50** % | **Unknown** |
| 15.2.. | **Fiber Finance S.A. Holding Value** | **99.9** % | **Unknown** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Microfibres, Inc.**                                    Case number *(If known)* _____
_____
Name

| | | | | |
|---|---|---|---|---|
| 15.3.. | **Microfibres Partnership** | **10** % | **Equity** | **Unknown** |
| 15.4.. | **Fashan Nanfang Printing & Dyeing** | **71.7** % | **Purchase** | **Unknown** |
| 15.5.. | **Microfibres Europe Nv** | **100** % | | **$0.00** |
| 15.6.. | **Microfibres China Limited HK JAR Co.** | **100** % | | **$0.00** |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4.**                                                                    **$2,000.00**
Add lines 14 through 16. Copy the total to line 83.

Part 5:   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Substrate - Adhesive - Fiber - Dyes - Chem** | **12/31/15** | **$3,033,229.00** | **Purchase Price** | **$3,033,229.00** |
| 20. | **Work in progress** **Base Cloth - Flocked** | **12/31/15** | **$839,568.00** | **Cost** | **$839,568.00** |
| 21. | **Finished goods, including goods held for resale** **Non-Woven Fabric & Imported Goods** | **12/31/15** | **$5,598,560.00** | **Low Cost/Market** | **$5,598,560.00** |
| 22. | **Other inventory or supplies** **Maintenance Parts** | | **$216,439.00** | **Purchase Price** | **$216,439.58** |

23. **Total of Part 5.**                                                                    **$9,687,796.58**
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☑ Yes

Debtor   **Microfibres, Inc.**                                     Case number *(If known)* _____
          _____
          Name

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ☐ No
     ■ Yes. Book value          839100     Valuation method    **Purchase Price**    Current Value       839099.93

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture**<br>**Desks - Files - Chairs - Tables - Etc.** | $0.00 | **Depreciation 10y** | $0.00 |
| 40. **Office fixtures**<br>**Lights - Book Shelves- Built In Etc.** | $0.00 | **Depreciation 10y** | $0.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Complete Internet & ERPSystems** | $92,389.74 | **Depreciation 3y** | $92,389.74 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles<br>42.1..  **Various Office Art Work** | $0.00 | **Expensed** | $0.00 |

43.  **Total of Part 7.**                                                                          | $92,389.74 |
     Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ☐ No
     ■ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ☐ No
     ■ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Microfibres, Inc.**        Case number *(If known)* _____
Name

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- |
| **47.**    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1..   **1991 Lexus Passenger Car**<br>**1998 Lexus Passenger Car**<br>**Chevrolet Cargo Van** | $0.00 | | $0.00 |
| **48.**    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.**    **Aircraft and accessories** | | | |
| **50.**    **Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)**<br>**Rhode Island Machinery & Equipment** | $499,425.04 | Depreciation 10y | $499,425.04 |
| **Winston-Salem North Carolina Machinery &**<br>**Equipment** | $580,394.94 | Depreciation 10y | $580,394.94 |
| **Racking Belden Mississippi** | $0.00 | | $0.00 |

**51.**    **Total of Part 8.**                                              **$1,079,819.98**
Add lines 47 through 50. Copy the total to line 87.

**52.**    **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

**53.**    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
■ Yes

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- | --- |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor   **Microfibres, Inc.**                                    Case number *(If known)* _____
           Name

| | | | | | |
|---|---|---|---|---|---|
| 55.1. | **Land and Buildings, 1 Mosshassuck Street, Pawtucket, RI and 125 Main Street, Pawtucket, RI** | Own | $1,200,000.00 | Estimate | $1,200,000.00 |
| 55.2. | **Land and Building, Kimwell Drive, Winston-Salem, North Carolina** | Own (28%) | $1,200,000.00 | Estimate | $1,200,000.00 |
| 55.3. | **Land and Building, Westover Park Drive, Tupelo, MS** | Own | $200,000.00 | Estimate | $200,000.00 |

56. **Total of Part 9.**                                                                    | $2,600,000.00 |

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
   Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☐ No
   ☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☐ No
   ☑ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **Patents - Processes - Copyrights designs Trademark Microfibres** | $0.00 | | Unknown |
| 61. **Internet domain names and websites** **www.microfibres.com** | $0.00 | | $0.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**                                                                   | $0.00 |

   Add lines 60 through 65. Copy the total to line 89.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Debtor | **Microfibres, Inc.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

| | | | |
|---|---|---|---|
| **James R. and Hope B. McCulloch** | **305,460.51** - | **0.00** = | **$305,460.51** |
| | Total face amount | doubtful or uncollectible amount | |
| **Microfibres Partnership** | **466,528.76** - | **0.00** = | **$466,528.76** |
| | Total face amount | doubtful or uncollectible amount | |
| **Microfibres Mexico S.A.** | **60,500.00** - | **0.00** = | **$60,500.00** |
| | Total face amount | doubtful or uncollectible amount | |

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| **Federal & State NOL's** | Tax year _____ | **$0.00** |
|---|---|---|

73. **Interests in insurance policies or annuities**

| **Cash Surrender Value after Loan Paydown** | **$439,856.28** |
|---|---|

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

| **Claims against Flokser San ve Ticaret and Tukek Holding for patent infringement** | | **$1,200,000.00** |
|---|---|---|
| Nature of claim | **Claims against Flokser San ve Ticaret and Tukek Holding for patent infringement** | |
| Amount requested | **$1,200,000.00** | |

| **Claims for duty drawback - U.S. Customs** | | **$0.00** |
|---|---|---|
| Nature of claim | **Claims for duty drawback - U.S. Customs** | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **Microfibres, Inc.**                                          Case number *(if known)* _____
     Name

**Claims against Solvay USA Inc. for fiber
degradation/warranty and contribution claims** _____                                    **$0.00**

| Nature of claim | Claims against Solvay USA Inc. for fiber degradation/warranty and contrib. claim |
|---|---|
| Amount requested | **$0.00** |

75.  **Other contingent and unliquidated claims or causes of action of
     every nature, including counterclaims of the debtor and rights to
     set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets,
     country club membership

78.  **Total of Part 11.**                                                              **$2,472,345.55**

     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ■ No
     ☐ Yes

Debtor     **Microfibres, Inc.**

Case number *(If known)* _____

Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,648,624.65 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $134,205.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $17,802,497.16 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $2,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $9,687,796.58 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $92,389.74 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,079,819.98 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................> | | $2,600,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,472,345.55 | |
| 91. **Total.** Add lines 80 through 90 for each column | $34,919,678.66 | + 91b. $2,600,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $37,519,678.66 |

**Fill in this information to identify the case:**

Debtor name      **Microfibres, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF RHODE ISLAND

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                              12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

| | | Column A | Column B |
|---|---|---|---|
| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | Amount of claim<br><br>Do not deduct the value of collateral. | Value of collateral that supports this claim |

**2.1** **WEBSTER BANK N.A.**

Creditor's Name

**50 KENNEDY PLAZA, SUITE 1110 PROVIDENCE, RI 02903**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

**Cash Surrender Value of Keyman Insurance**

_____

Describe the lien

**Working Capital Loan # ACRS**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

| Amount of claim | Value of collateral |
|---|---|
| $3,111,178.11 | $3,364,422.91 |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

| |
|---|
| $3,111,178.11 |

### Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **Microfibres, Inc.**

United States Bankruptcy Court for the: DISTRICT OF RHODE ISLAND

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | $1,450.00 |
| | **A + A DESIGN STUDIO**<br>**V.LE DELLE RIMEMBRANZE**<br>**20125 Milan** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred ___<br>Last 4 digits of account number ___ | Basis for the claim: ___<br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.2** | Nonpriority creditor's name and mailing address | $90,452.04 |
| | **ACETO CORPORATION**<br>**4 TRI HARBOR COURT**<br>**PORT WASHINGTON, NY 11050** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred ___<br>Last 4 digits of account number ___ | Basis for the claim: ___<br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.3** | Nonpriority creditor's name and mailing address | $2,636.46 |
| | **ACTION INDUSTRIAL SUPPLY**<br>**PO BOX 7095**<br>**STATESVILLE, NC 28677** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred ___<br>Last 4 digits of account number ___ | Basis for the claim: ___<br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.4** | Nonpriority creditor's name and mailing address | $6,783.79 |
| | **AD & D WELDING & BOILER WORK**<br>**33 BLEACHERY COURT**<br>**WARWICK, RI 02886** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred ___<br>Last 4 digits of account number ___ | Basis for the claim: ___<br>Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | Microfibres, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5**

**Nonpriority creditor's name and mailing address**

**ADP**
**P O BOX 9001006**
**LOUISVILLE, KY 40290-1006**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

**$8,094.25**

---

**3.6**

**Nonpriority creditor's name and mailing address**

**ADVANCED TESTING INSTRUMENTS**
**P O BOX 338**
**REIDVILLE, SC 29375**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

**$145.00**

---

**3.7**

**Nonpriority creditor's name and mailing address**

**AEP INDUSTRIES INC**
**P.O. BOX 205637**
**DALLAS, TX 75320-5637**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

**$7,123.80**

---

**3.8**

**Nonpriority creditor's name and mailing address**

**AERIS ENVIRONMENTAL, INC.**
**1519 MYERS PARK DRIVE**
**CHARLOTTE, NC 28207**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.9**

**Nonpriority creditor's name and mailing address**

**AETNA BEHAVIORAL HEALTH, LLC**
**P.O. BOX 783791**
**PHILADELPHIA, PA 19178-3791**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

**$307.50**

---

**3.10**

**Nonpriority creditor's name and mailing address**

**AFFA BRE DESIGN**
**LINKE WIENZEILE 46/1/10**
**VIENNA**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

**3.11**

**Nonpriority creditor's name and mailing address**

**AGAR MACHINE & WELDING**
**270 YORK AVENUE**
**PAWTUCKET, RI 02860**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

**$3,065.00**

---

Official Form 206 E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    **Page  2 of 46**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Microfibres, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $795.77 |
|---|---|---|---|

**AIR & ENERGY SYSTEMS, INC.**
**P.O. BOX 1218**
**MATTHEWS, NC 28106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,769.65 |
|---|---|---|---|

**AIR POWER**
**P O BOX 5406**
**HIGH POINT, NC 27262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**AIRDYE SOLUTIONS, LLC**
**P.O. BOX 28796**
**NEW YORK, NY 10087-8796**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $801.90 |
|---|---|---|---|

**AIRGAS NATIONAL WELDERS**
**P.O. BOX 532609**
**ATLANTA, GA 30353-2609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  $801.90

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $644.29 |
|---|---|---|---|

**AIRGAS USA, LLC**
**PO BOX 802576**
**CHICAGO, IL 60680-2576**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $168.30 |
|---|---|---|---|

**ALARM NEW ENGLAND**
**65 INWOOD RD**
**ROCKY HILL, CT 06067-3440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $157.00 |
|---|---|---|---|

**ALFA INTERNATIONAL LOGISTICS,**
**139 MITCHELL AVE, SUITE 201**
**SOUTH SAN FRANCISCO, CA 94080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Microfibres, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.00 |
|---|---|---|---|

**ALL STATE LOCKSMITHS**
**1676 HARTFORD AVENUE**
**JOHNSTON, RI 02919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89.87 |
|---|---|---|---|

**ALLIED BEARINGS & SUPPLY**
**P O BOX 6417**
**STATESVILLE, NC 28687-6417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,428.17 |
|---|---|---|---|

**ALLNEX USA INC.**
**P.O. BOX 742396**
**ATLANTA, GA 30374-2396**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,321.29 |
|---|---|---|---|

**AMERICAN EXPRESS**
**P O BOX 1270**
**NEWARK, NJ 07101-1270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,280.00 |
|---|---|---|---|

**AMERICAN FLOCK ASSO.**
**P.O. BOX 1090**
**CHERRYVILLE, NC 28021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $394.29 |
|---|---|---|---|

**AMERICAN MONFORTS CORP**
**P O BOX 26245**
**CHARLOTTE, NC 28221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,008.99 |
|---|---|---|---|

**AMERIPRIDE LINEN AND**
**APPAREL SERVICES**
**BEMIDJI, MN 56619-1564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Microfibres, Inc. | | |
|---|---|---|---|
| | Name | Case number (if known) | |

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,452.15 |
|---|---|---|---|

**AMPRO, INC.**
**PO BOX 578**
**WALLBURG, NC 27373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,327.39 |
|---|---|---|---|

**ANCHOR INDUSTRIAL SALES, INC**
**DEPT. 207**
**HOUSTON, TX 77210-4346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,073.75 |
|---|---|---|---|

**ANDRITZ KUSTERS**
**P. O. BOX 123236**
**DALLAS, TX 75312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64,396.00 |
|---|---|---|---|

**AON RISK SERVICES, INC.**
**P O BOX 7247-7376**
**PHILADELPHIA, PA 19170-7376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,126.00 |
|---|---|---|---|

**APOLLO CHEMICAL**
**P.O. BOX 405490**
**ATLANTA, GA 30384-5490**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,299.30 |
|---|---|---|---|

**APPLIED COPIER CONCEPTS**
**P.O. BOX 18606**
**GREENSBORO, NC 27419**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,098.00 |
|---|---|---|---|

**AQUASOL**
**730 NORTH ANDERSON ROAD**
**ROCK HILL, SC 29730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Microfibres, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.37 |
|---|---|---|---|

**ARAMARK**
**234 BALLARDVALE ST**
**WILMINGTON, MA 01887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,735.26 |
|---|---|---|---|

**ARBON EQUIPMENT CORP**
**25464 NETWORK PLACE**
**CHICAGO, IL 60673-1254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,671.53 |
|---|---|---|---|

**ARCHROMA US, INC.**
**32290 COLLECTION CENTER DR**
**CHICAGO, IL 60693-0322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**ART COTTAGE**
**63B KING STREET**
**LEICESTER  LE1 6RP**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,296.00 |
|---|---|---|---|

**ASTRO AMERICAN CHEMICAL CO.**
**PO BOX 878**
**FOUNTAIN INN, SC 29644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,355.20 |
|---|---|---|---|

**ASTRO CHEMICALS, INC.**
**P O BOX 2248**
**SPRINGFIELD, MA 01102-2248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $525.00 |
|---|---|---|---|

**ATLANTIC COBRA CONCEPTS**
**P O BOX 2185**
**KERNERSVILLE, NC 27285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Microfibres, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $270.00 |
|---|---|---|---|

**ATLANTIC ELEVATOR SOUTH**
**1900 FALL RIVER AVENUE**
**SEEKONK, MA 02771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $623.00 |
|---|---|---|---|

**ATLANTIC WEBWORKS AND**
**CONSULTING, INC**
**GREENSBORO, NC 27409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,778.08 |
|---|---|---|---|

**ATLAS MATERIAL TESTING**
**TECHNOLOGY LLC**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $833.79 |
|---|---|---|---|

**ATMOS ENERGY**
**P O BOX 790311**
**ST LOUIS, MS 63179-0311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,236.77 |
|---|---|---|---|

**AVERITT EXPRESS INC**
**P. O. BOX 102159**
**ATLANTA, GA 30368-2159**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $388.80 |
|---|---|---|---|

**AYER  SALES INC**
**P.O. Box 6061**
**Brattleboro, VT 05302-6061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $189.65 |
|---|---|---|---|

**BATTERIES PLUS**
**636D SOUTH STRATTFORD RD.**
**WINSTON SALEM, NC 27103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Microfibres, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,528.30**

**BIG D'S INDUSTRIAL SUPPLY**
**175 LOBLOLLY LANE**
**WINSTON-SALEM, NC 27107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,223.96**

**BOC INTERNATIONAL, INC**
**5TH FLOOR**
**BOSTON, MA 02210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,556.15**

**BOLGER & O'HEARN**
**47 SLADE STREET**
**FALL RIVER, MA 02724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,101.94**

**BOSTON SAW & KNIFE**
**292 RESERVOIR STREET**
**NEEDHAM HEIGHTS, MA 02494**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,519.00**

**BOWMAN TRAILER LEASING**
**PO BOX 433**
**WILLIAMSPORT, MD 21795**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,348.20**

**BRASK ENTERPRISES INC.**
**P O BOX 551**
**ATTLEBORO, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,923.66**

**BRENNTAG MID-SOUTH, INC.**
**P.O. BOX 752094**
**CHARLOTTE, NC 28275-2094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Microfibres, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.54** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,549.06**

BRIGGS AGENCIES INC.
37 HIGGINS AVENUE
WINNEPEG

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$757.07**

BROOKFIELD ENGINEERING
LABORATORIES, INC
MIDDLEBORO, MA 02346-1031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37.54**

BUG FREE
437 ENDVILLE ROAD
BELDEN, MS 38826

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,584.16**

BUSINESS & LEGAL RESOURCES
P.O. BOX 41503
NASHVILLE, TN 37204-1503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$214.62**

C.C. DICKSON CO.
P.O. BOX 13501
ROCK HILL, SC 29731-3501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,618.54**

CABCO ENGINEERING
372 Central Avenue
PAWTUCKET, RI 02860

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,704.07**

CABCO NEW ENGLAND CORP
67 YORK AVENUE
RANDOLPH, MA 02367

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Microfibres, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.61**

**Nonpriority creditor's name and mailing address**

**CARAUSTAR INDUSTRIAL PRODUCT**
**P. O. BOX 935013**
**ATLANTA, GA 31193-5013**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$31,563.48**

---

**3.62**

**Nonpriority creditor's name and mailing address**

**CARLTON GROUP, INC**
**P.O. BOX 900013**
**RALEIGH, NC 27675**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$398.50**

---

**3.63**

**Nonpriority creditor's name and mailing address**

**CAROLINA BRUSH COMPANY**
**P O BOX 2469**
**GASTONIA, NC 28053**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$368.53**

---

**3.64**

**Nonpriority creditor's name and mailing address**

**CAROLINA CONTAINER COMPANY**
**P O BOX 2166**
**HIGH POINT, NC 27261**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$55,596.25**

---

**3.65**

**Nonpriority creditor's name and mailing address**

**CAROLINA FLUID COMPONENTS**
**P.O. BOX 601687**
**CHARLOTTE, NC 28260-1687**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$1,147.77**

---

**3.66**

**Nonpriority creditor's name and mailing address**

**CAROLINA HOIST & CRANE**
**P O BOX 13860**
**GREENSBORO, NC 27415**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$2,400.00**

---

**3.67**

**Nonpriority creditor's name and mailing address**

**CARRIER CORP.**
**P.O. BOX 93844**
**CHICAGO, IL 60673-3844**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$45,676.75**

---

| Debtor | Microfibres, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $132.00 |
|---|---|---|---|

**CATAWBA VALLEY COMMUNITY COL**
**2550 HWY 70, SE**
**HICKORY, NC 28602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $401.00 |
|---|---|---|---|

**CENTRAL PAPER**
**PO BOX 1701**
**PAWTUCKET, RI 02862**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $735.00 |
|---|---|---|---|

**CENTRAL SCALE CO.**
**P O BOX 8886**
**WARWICK, RI 02888**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $157.60 |
|---|---|---|---|

**CENTRAL TRANSPORT INTERNAT'L**
**P O BOX 33299**
**DETROIT, MI 48232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,416.50 |
|---|---|---|---|

**CHEM-TEX LABORATORIES**
**P O BOX 5228**
**CONCORD, NC 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $877.20 |
|---|---|---|---|

**CHEMARCO, INC.**
**CHEMARCO, INC**
**GREENVILLE, SC 29616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,100.00 |
|---|---|---|---|

**CHEMPOINT.COM**
**13727 COLLECTION CENTER DR.**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Microfibres, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $178.74 |
|---|---|---|---|
| | **CITY OF HIGH POINT** <br> **P O BOX 10039** <br> **HIGH POINT, NC 27261-3039** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,053.08 |
|---|---|---|---|
| | **CITY OF PAWTUCKET** <br> **P O BOX 9709** <br> **PROVIDENCE, RI 02940-9709** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107,772.91 |
|---|---|---|---|
| | **CITY OF WINSTON SALEM** <br> **UTILITIES** <br> **CHARLOTTE, NC 28258-0055** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,202.44 |
|---|---|---|---|
| | **CLASSIC BUSINESS SYSTEMS, IN** <br> **2080 E. FIFTH STREET** <br> **WINSTON-SALEM, NC 27101** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,151.01 |
|---|---|---|---|
| | **CLEMMONS PALLET & SKID WORKS** <br> **P. O. BOX 162353** <br> **ATLANTA, GA 30321** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,887.50 |
|---|---|---|---|
| | **COLORSOURCES, INC.** <br> **181 GOLFVIEW DRIVE** <br> **ADVANCE, NC 27006** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99.85 |
|---|---|---|---|
| | **COMCAST CABLE** <br> **P.O. BOX 105257** <br> **ATLANTA, GA 30348-5257** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Microfibres, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,734.58** |
|---|---|---|---|

**CON-WAY FREIGHT**
**P O BOX 5160**
**PORTLAND, OR 97208-5610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,488.41** |
|---|---|---|---|

**CONTINUANT, INC.**
**5050 20TH ST EAST**
**FIFE, WA 98424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,122.85** |
|---|---|---|---|

**COR365 INFORMATION SOLUTIONS**
**3302 OLD LEXINGTON ROAD**
**WINSTON-SALEM, NC 27107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$347.22** |
|---|---|---|---|

**CORE SUPPLY LLC**
**P.O. BOX 5194**
**ASHEBORO, NC 27204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,171.46** |
|---|---|---|---|

**COTE COLOR CORP**
**P O BOX 3584**
**SPARTANBURG, SC 29304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,063.40** |
|---|---|---|---|

**CPI**
**LOCKBOX 405566**
**ATLANTA, GA 30384-5566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,100.00** |
|---|---|---|---|

**CREANTES SA**
**6900 LUGANO**
**SWITZERLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Microfibres, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $424.56 |
|---|---|---|---|

**CROSS COMPANY**
**P O BOX 601855**
**CHARLOTTE, NC 28260-1855**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,360.00 |
|---|---|---|---|

**CROSSTEC SYSTEMS**
**705 POPLAR TRACE**
**DANVILLE, VA 24540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $144.31 |
|---|---|---|---|

**CROWN UNIFORM & LINEN**
**15 TECHNOLOGY WAY**
**NASHUA, NH 03060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $404.88 |
|---|---|---|---|

**CUSTOM ADHESIVE PRODUCTS**
**2909 WOLFF ST**
**RACINE, WI 53404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,863.15 |
|---|---|---|---|

**DALTON'S METAL WORKS**
**P O BOX 1683**
**WELCOME, NC 27374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,513.91 |
|---|---|---|---|

**DE LAGE LANDEN FINANCIAL SER**
**P. O. BOX 41602**
**PHILADELPHIA, PA 19101-1602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $247,243.17 |
|---|---|---|---|

**DIMERCO EXPRESS (USA) CORP**
**150 PENNEY ROAD SUITE 100**
**FOREST PARK, GA 30297**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Microfibres, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.96** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,768.17**

**DIRECT ENERGY BUSINESS**
**PO BOX 70220**
**PHILADELPHIA, PA 19176-0220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,860.00**

**DISANTO PRIEST & CO.**
**117 METRO CENTER BLVD**
**WARWICK, RI 02886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,420.00**

**DIVERSIFIED TESTING LAB**
**336 WEST FRONT STREET**
**BURLINGTON, NC 27215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$675.60**

**DL THURROTT INC.**
**39976 TREASURY CENTER**
**CHICAGO, IL 60694-9900**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,216.19**

**DLV SALES INC**
**C/O TONY VINSON**
**SHANNON, MS 38868**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$94.80**

**DORELL FABRICS**
**C/O ARNIE CHASEN**
**SANTA MONICA, CA 90402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$208,204.35**

**DS-CONCEPT SPECIAL FINANCE LLC**
**EURO TEXTILES DENMARK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Microfibres, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,306.21 |
|---|---|---|---|
| | **DUKE ENERGY**<br>**P.O. BOX 70515**<br>**CHARLOTTE, NC 28272-0516** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,796.00 |
|---|---|---|---|
| | **DYE-O=CHEM AMERICAN**<br>**666 PLAINSBORO ROAD**<br>**PLAINSBORO, NJ 08536** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,679.75 |
|---|---|---|---|
| | **DYNAMIC QUEST, INC**<br>**4821 KOGER BLVD**<br>**GREENSBORO, NC 27407** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $745.09 |
|---|---|---|---|
| | **DYSTAR**<br>**P O BOX 75193**<br>**CHARLOTTE, NC 28275-0193** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $83.07 |
|---|---|---|---|
| | **E FIRE**<br>**P O BOX 438**<br>**TUPELO, MS 38802** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $556.05 |
|---|---|---|---|
| | **EARTHLINK BUSINESS**<br>**PO BOX 88104**<br>**CHICAGO, IL 60680-1104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,553.00 |
|---|---|---|---|
| | **EASTERN COLOR & CHEMICAL CO.**<br>**P O BOX 6161**<br>**PROVIDENCE, RI 02940** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Microfibres, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,498.79 |
|---|---|---|---|
| | EASTERN INDUSTRIAL AUTOMATIO<br>P O BOX 540647<br>WALTHAM, MA 02454-0647 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim:  $1,498.79 | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,663.65 |
|---|---|---|---|
| | EASTERN SERVO<br>1691 HARRIS HENRIETTA ROAD<br>FOREST CITY, NC 28043 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $212.38 |
|---|---|---|---|
| | ELECTRIC SERVICE AND SALES INC<br>P O BOX 409897<br>ATLANTA, GA 30384-9897 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,433.65 |
|---|---|---|---|
| | ELECTRIC SUPPLY & EQPMNT<br>P.O. BOX 601118<br>CHARLOTTE, NC 28260-1118 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $255.00 |
|---|---|---|---|
| | ELEVATOR SERVICE CO.<br>PO BOX 21331<br>WINSTON-SALEM, NC 27120 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,275.76 |
|---|---|---|---|
| | EMERALD PERFORMANCE MATERIAL<br>3157 SOLUTIONS CENTER<br>CHICAGO, IL 60677-3001 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,117.88 |
|---|---|---|---|
| | ENERGY MACHINERY INC<br>P O BOX 363<br>ROCKLAND, MA 02370 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | Microfibres, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.117** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,144.00**

**ENVIRONMENTAL RESOURCE**
**101 CENTER POINTE DRIVE**
**CARY, NC 27513-5706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,052.00**

**ENVIRONMENTAL SCIENCE**
**THIELSCH ENGINEERING**
**BOSTON, MA 02284-5327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$509.40**

**ERHARDT & LEIMER, INC.**
**350 TUCAPAU ROAD**
**DUNCAN, SC 29334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$399.00**

**ESP ELECTRONIC SECURITY**
**275 CR 2878**
**BALDWYN, MS 38824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$253.40**

**ESTES EXPRESS LINES**
**P O BOX 25612**
**RICHMOND, VA 23260-5612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,247.78**

**EVERBANK COMMERCIAL FINANCE,**
**DEPT # 1608**
**DENVER, CO 80203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$495.00**

**EXPERT SERVICES INTL., LLC**
**P O BOX 37047**
**CHARLOTTE, NC 28237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Microfibres, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,194.75 |
|---|---|---|---|

**FAIRCLOTH MACHINE SHOP**
**179 WAUGHTOWN STREET**
**WINSTON-SALEM, NC 27127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $167.09 |
|---|---|---|---|

**FASTENAL COMPANY**
**P O BOX 1286**
**WINONA, MN 55987-1286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,629.66 |
|---|---|---|---|

**FEDEX**
**P O BOX 371461**
**PITTSBURGH, PA 15250-7461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $314.68 |
|---|---|---|---|

**FILTER EQUIPMENT CO., INC**
**1440 HWY 34**
**WALL, NJ 07753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,209.99 |
|---|---|---|---|

**FILTER SALES & SERVICE**
**15 ADAM STREET**
**BURLINGTON, MA 01803-4916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,585.00 |
|---|---|---|---|

**FINZER ROLLER OF NORTH CAROL**
**6556 SOLUTION CENTER**
**CHICAGO, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**FIRE SYSTEMS, INC**
**P.O. BOX 38720**
**CHARLOTTE, NC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Microfibres, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.131**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,923.25 |
|---|---|---|
| FIRE-ADE, INC.<br>2800 GRIFFITH ROAD<br>WINSTON-SALEM, NC 27103 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred ___ | Basis for the claim: ___ | |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.132**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,106.13 |
|---|---|---|
| FISHEL STEEL CO., INC.<br>760 PALMER LANE<br>WINSTON-SALEM, NC 27107 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred ___ | Basis for the claim: ___ | |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.133**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $215,683.44 |
|---|---|---|
| FORSYTH COUNTY<br>GENERAL FUND<br>WINSTON-SALEM, NC 27101-4120 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred ___ | Basis for the claim: ___ | |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.134**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,955,372.41 |
|---|---|---|
| FOSHAN NANFANG PRINTING & DYEI | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred ___ | Basis for the claim: ___ | |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.135**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,229.03 |
|---|---|---|
| G & M PRODUCTS INC.<br>1309 FOX RUN<br>MIDDLEBORO, MA 02346 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred ___ | Basis for the claim: ___ | |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.136**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $924.91 |
|---|---|---|
| G T SAFETY EQUIP. INC.<br>485 NARRAGANSETT PARK DRIVE<br>PAWTUCKET, RI 02861 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred ___ | Basis for the claim: ___ | |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.137**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,075.77 |
|---|---|---|
| GASTON COUNTY DYEING MACHINE<br>P O BOX 308<br>STANLEY, NC 28164 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred ___ | Basis for the claim: ___ | |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Microfibres, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,709.18** |
|---|---|---|---|
| | **GE CAPITAL C/O RICOH USA PRO**<br>**P O BOX 41564**<br>**PHILADELPHIA, PA 19101-1564** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred ___ | | |
| | Last 4 digits of account number ___ | Basis for the claim: ___ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,600.00** |
|---|---|---|---|
| | **GLEN RAVEN TRANSPORTATION**<br>**PO BOX 602308**<br>**CHARLOTTE, NC 28260-2308** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred ___ | | |
| | Last 4 digits of account number ___ | Basis for the claim: ___ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,016.67** |
|---|---|---|---|
| | **GOMER CONSULTING GROUP**<br>**P O BOX 904**<br>**PACIFIC CITY, OR 97135** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred ___ | | |
| | Last 4 digits of account number ___ | Basis for the claim: ___ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,968.19** |
|---|---|---|---|
| | **GOODWAY TECHNOLOGIES CORP.**<br>**DEPT 106040**<br>**HARTFORD, CT 06115-0413** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred ___ | | |
| | Last 4 digits of account number ___ | Basis for the claim: ___ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.142 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$408.15** |
|---|---|---|---|
| | **GRAINGER-1**<br>**DEPT 808895049**<br>**PALATINE, IL 60038-0001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred ___ | | |
| | Last 4 digits of account number ___ | Basis for the claim: ___ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,576.02** |
|---|---|---|---|
| | **GRAINGER-2**<br>**DEPT. 803767011**<br>**PALATINE, IL 60038-0001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred ___ | | |
| | Last 4 digits of account number ___ | Basis for the claim: ___ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.144 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,256.11** |
|---|---|---|---|
| | **GRAYBAR ELECTRICAL**<br>**P O BOX 403049**<br>**ATLANTA, GA 30384** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred ___ | | |
| | Last 4 digits of account number ___ | Basis for the claim: ___ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Microfibres, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,065.90 |
|---|---|---|---|

**GTC TECHNOLOGIES, INC.**
**P O BOX 985**
**ROCK HILL, SC 29731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**GXS, INC**
**9711 WASHINGTON BLVD.**
**GAITHERSBURG, MD 20878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,290.40 |
|---|---|---|---|

**HAAS OUTDOORS, INC**
**P.O. BOX 757**
**WEST POINT, MS 39773**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $132.00 |
|---|---|---|---|

**HANGZHOU YANGTSE RIVER DELTA T**

**CITIBANK N.A NEW YORK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $305.78 |
|---|---|---|---|

**HILLCREST VISION, O.D., P.A.**
**2341 WINTERHAVEN LANE**
**WINSTON-SALEM, NC 27103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $142,006.31 |
|---|---|---|---|

**HINCKLEY, ALLEN & SNYDER**
**ATTN: WILLIAM R. GRIMM**
**PROVIDENCE, RI 02903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,057.70 |
|---|---|---|---|

**HINTON & HILLMAN, INC.**
**5755 North point Parkway**
**Alpharetta, GA 30022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Microfibres, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$378.56** |
|---|---|---|---|

**HOME DEPOT CREDIT SERVICE**
DEPT 32-2003301235
LOUISVILLE, KY 40290-1030

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,468.82** |
|---|---|---|---|

**HOMETEAM PEST DEFENSE INC**
3908-C WESTPOINT BLVD
WINSTON-SALEM, NC 27103-6721

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$236.94** |
|---|---|---|---|

**HR DIRECT**
P.O. BOX 451179
SUNRISE, FL 33345-1179

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$111.23** |
|---|---|---|---|

**IDLEWYLDE AGENCIES (PTY) LTD**
76 CLAN STEWART STREET
CAPE TOWN

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11.22** |
|---|---|---|---|

**ILD TELECOMMUNICATIONS, INC.**
5000 SAWGRASS VILLAGE CIR
PONTE VEDRA, FL 32082-5042

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,260.60** |
|---|---|---|---|

**IMAGES FABRIC DESIGNS**
DIV TULLOS INC.
VERONA, MS 38879

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,350.00** |
|---|---|---|---|

**INDEV**
5235 - 26th AVE
ROCKFORD, IL 61109

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Microfibres, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,980.00 |
|---|---|---|---|

**INDUSTRIAL BRUSH CO. INC.**
**105 CLINTON ROAD**
**FAIRFIELD, NJ 07004**

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $989.06 |
|---|---|---|---|

**J A KING & CO, LLC**
**P. O. BOX 160**
**WHITSETT, NC 27377**

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,843.00 |
|---|---|---|---|

**J CRAIG HUNT, PSY D**
**2286 BETHESDA ROAD**
**LEXINGTON, NC 27295**

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $634.00 |
|---|---|---|---|

**JAMES M. PLEASANTS CO., INC.**
**P.O. BOX 890396**
**CHARLOTTE, NC 28289**

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261,643.83 |
|---|---|---|---|

**JAMES R. MCCULLOCH**
**38 COOKE STREET**
**Providence, RI 02903**

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**JOMAR SOFTCORP INTERNAT'L**
**1760 BISHOP STREET**
**CAMBRIDGE, ONTARIO**

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,835.00 |
|---|---|---|---|

**JOMAR SOFTCORP SERVICES**
**1760 BISHOP STREET**
**CAMBRIDGE, ONTARIO**

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Microfibres, Inc. | |
|---|---|---|
| | Name | Case number (if known) |

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,471.70 |
|---|---|---|---|

**JORDAN OUTDOOR ENTERPRISE**
**1390 BOX CIRCLE**
**COLUMBUS, GA 31907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $648.00 |
|---|---|---|---|

**KEETON SALES AGENCY**
**4920 FRANKLIN AVENUE**
**WACO, TX 76710-6918**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,080.00 |
|---|---|---|---|

**KEL CHEMICALS INC.**
**P O BOX 14865**
**GREENVILLE, SC 29610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,065.14 |
|---|---|---|---|

**KENTEX**
**NO. 31 HOUSHAN RD.**
**HANGZHOU**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $142.32 |
|---|---|---|---|

**KENYON FABRICATING**
**PO BOX 518**
**LAWNDALE, NC 28090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.80 |
|---|---|---|---|

**LABOR LAW CENTER, INC.**
**12534 VALLEY VIEW STREET**
**GARDEN GROVE, CA 92845-2006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,087.86 |
|---|---|---|---|

**LASER RECHARGE OF NC**
**904 NORWALK AVENUE**
**GREENSBORO, NC 27407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Microfibres, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$38,420.39** |
|---|---|---|---|

**LEROY E BELK JR**
**TAX COLLECTOR**
**TUPELO, MS 38802**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,704.88** |
|---|---|---|---|

**LIFTONE LLC**
**P. O. BOX 602727**
**CHARLOTTE, NC 28260-2727**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,530.00** |
|---|---|---|---|

**LINCOLN FINE INGREDIENTS**
**50 INDUSTRIAL CIRCLE**
**LINCOLN, RI 02865**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,728.00** |
|---|---|---|---|

**LOCKE LORD LLP**
**P O BOX 416395**
**BOSTON, MA 02241-6395**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,459.30** |
|---|---|---|---|

**LPT, LLC**
**317 GREEN NEEDLES ROAD**
**LEXINGTON, NC 27295**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$603,470.10** |
|---|---|---|---|

**LUBRIZOL ADVANCED MATERIALS**
**P O BOX 643050**
**PITTSBURGH, PA 15264-3050**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$550.00** |
|---|---|---|---|

**M & M CLEANING SERVICE**
**458 WILLOW ROAD**
**TUPELO, MS 38804**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Microfibres, Inc.** | | |
|---|---|---|---|
| | Name | Case number (if known) | |

---

**3.180** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,208.98**

**M DOHMEN USA INC.**
P. O. BOX 300041
DULUTH, GA 30096-0300

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.181** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$705.23**

**MACE SECURITY PRODUCTS**
4400 CARNEGIE AVE
CLEVELAND, OH 44103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.182** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$545.05**

**MACHINE & WELDING**
P.O BOX 1708
DUNN, NC 28335

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.183** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$229.84**

**MARLIN BUSINESS BANK**
PO BOX 13604
PHILADELPHIA, PA 19101-3604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.184** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$775.00**

**MARLIN CHEMICAL CO.**
P O BOX 639
LENOIR, NC 28645

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.185** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**MARSHA MCNEELY HIERL**
3721 DERBYSHIRE ROAD
WINSTON-SALEM, NC 27104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.186** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$339.54**

**MASTERCRAFT INCORPORATED**
P O BOX 97
LAGRANGE, IN 46761

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Microfibres, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $482.93 |
|---|---|---|---|

**MASTERMANS**
**P O BOX 411**
**AUBURN, MA 01501-0411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,359.05 |
|---|---|---|---|

**MATT MARSHALL & CO.**
**P O BOX 77357**
**GREENSBORO, NC 27417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,400.00 |
|---|---|---|---|

**MCAFEE, INC**
**6052 PAYSPHERE CIRCLE**
**CHICAGO, IL 60674-6052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,453.13 |
|---|---|---|---|

**MCMASTER-CARR SUPPLY CO.**
**P O BOX 7690**
**CHICAGO, IL 60680-7690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,703.24 |
|---|---|---|---|

**MCRAE ROOFING**
**P O BOX 2148**
**ASHEBORO, NC 27204-2148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34.32 |
|---|---|---|---|

**MECHANICAL SUPPLY COMPANY**
**P O BOX 709**
**MATHEWS, NC 28106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,085.09 |
|---|---|---|---|

**MEE INDUSTRIES INC**
**16021 ADELANTE STREET**
**IRWINDALE, CA 91702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | Microfibres, Inc. | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

---

**3.194** | Nonpriority creditor's name and mailing address

**MELATEX INCORPORATED**
P.O. BOX 5127
CHARLOTTE, NC 28299-5127

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No   ☐ Yes

**$4,980.50**

---

**3.195** | Nonpriority creditor's name and mailing address

**METLIFE INSURANCE COMPANY**
**REMITTANCE SERVICE CENTER**
PITTSBURGH, PA 15250-7499

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No   ☐ Yes

**$16,290.00**

---

**3.196** | Nonpriority creditor's name and mailing address

**MICROFIBRES PARTNERSHIP**
**38 COOKE STREET**
PROVIDENCE, RI 02907

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No   ☐ Yes

**$1,623,998.88**

---

**3.197** | Nonpriority creditor's name and mailing address

**MILLIKEN & COMPANY**
P O BOX 7247-8959
PHILADELPHIA, PA 19170

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No   ☐ Yes

**$770,213.20**

---

**3.198** | Nonpriority creditor's name and mailing address

**MONROE STAFFING**
P.O. BOX 783043
PHILADELPHIA, PA 19178-3043

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No   ☐ Yes

**$48,602.00**

---

**3.199** | Nonpriority creditor's name and mailing address

**MONTS PAPER & PACKAGING**
P. O. BOX 647
TUPELO, MS 38802

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No   ☐ Yes

**$65.76**

---

**3.200** | Nonpriority creditor's name and mailing address

**MORRISETTE PAPER COMPANY, IN**
P.O. BOX 890982
CHARLOTTE, NC 28289-0982

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No   ☐ Yes

**$1,493.88**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor      **Microfibres, Inc.**

Name

Case number *(if known)*

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $386.69 |
|---|---|---|---|

**MOTION INDUSTRIES INC**
P O BOX 404130
ATLANTA, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,800.00 |
|---|---|---|---|

**MSDSPRO LLC**
1300 E 68TH AVENUE
ANCHORAGE, AK 99518

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,793.75 |
|---|---|---|---|

**NARRAGANSETT BAY COMMISSION**
P O BOX 9668
PROVIDENCE, RI 02940-9668

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,812.76 |
|---|---|---|---|

**NATIONAL GRID**
PO BOX 11739
NEWARK, NJ 07101-4739

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,742.40 |
|---|---|---|---|

**NATIONAL LIFE INSURANCE CO.**
P O BOX 371894
PITTSBURGH, PA 15250-7894

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,420.00 |
|---|---|---|---|

**NATIONAL TEXTILE ASSOC**
P.O. BOX 1090
CHERRYVILLE, NC 28021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $186.63 |
|---|---|---|---|

**NEWARK**
P O BOX 94151
PALATINE, IL 60094-4151

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Microfibres, Inc. | |
|---|---|---|
| | Name | |
| | | Case number (if known) |

---

**3.208** Nonpriority creditor's name and mailing address

NEXTHERMAL
1045 HARTS LAKE RD
BATTLE CREEK, MI 49037

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

$313.76

---

**3.209** Nonpriority creditor's name and mailing address

NMHG FINANCIAL SERVICES, INC
P.O. BOX 643749
PITTSBURGH, PA 15264

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

$3,289.34

---

**3.210** Nonpriority creditor's name and mailing address

NORTH STATE COMMUNICATION
P O BOX 612
HIGH POINT, NC 27261-0612

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

$256.61

---

**3.211** Nonpriority creditor's name and mailing address

NOVANT HEALTH PRIMECARE
1399 WESTGATE CENTER DRIVE
WINSTON-SALEM, NC 27114-4609

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

$109.00

---

**3.212** Nonpriority creditor's name and mailing address

OLD DOMINION FREIGHT LINE
P O BOX 415202
BOSTON, MA 02241-5202

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

$27,352.19

---

**3.213** Nonpriority creditor's name and mailing address

OMEGA ENGINEERING INC
P.O. BOX 405369
ATLANTA, GA 30384-5369

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

$2,311.71

---

**3.214** Nonpriority creditor's name and mailing address

ONEPATH SYSTEMS OF NC, LLC
7900 TRIAD CENTER DRIVE
GREENSBORO, NC 27409

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

$2,362.50

---

| Debtor | Microfibres, Inc. | Case number (if known) |
|---|---|---|

---

| 3.215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,514.20** |
|---|---|---|---|

**ORGANIC DYES AND PIGMENTS LL**
**65 VALLEY ST**
**EAST PROVIDENCE, RI 02914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$377.81** |
|---|---|---|---|

**OVERLAND SUPPLY**
**P O BOX 498**
**PAWTUCKET, RI 02862**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$384.60** |
|---|---|---|---|

**PALL CORPORATION**
**770 PENNSYLVANIA DRIVE**
**EXTON, PA 19341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,945.12** |
|---|---|---|---|

**PARK PLACE TECHNOLOGIES, LLC**
**P O BOX 78000 - DEPT 781156**
**DETROIT, MI 48278-1156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,403.14** |
|---|---|---|---|

**PAWTUCKET WATER SUPPLY**
**P O BOX 1111**
**PROVIDENCE, RI 02901-1111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,582.54** |
|---|---|---|---|

**PEAK- RYZEX, INC.**
**121 BROADWAY**
**DOVER, NH 03820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,149.51** |
|---|---|---|---|

**PENSKE TRUCK LEASING CO**
**P O BOX 802577**
**CHICAGO, IL 60680-2577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Microfibres, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.222** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$40,161.46**

**PIEDMONT NATURAL GAS**
P.O. BOX 660920
DALLAS, TX 75266-0920

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.223** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$290.00**

**PIERCE FIRE PROTECTION SERVI**
24 GRECO LANE
WARWICK, RI 02886

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.224** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$32.00**

**PITNEY BOWES GLOBAL FINANCIA**
P O BOX 371887
PITTSBURGH, PA 15250-7887

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.225** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$168.52**

**PITNEY BOWES PURCHASE**
**POWER**
PITTSBURGH, PA 15250-7874

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.226** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,888.49**

**POBCO INC.**
99 HOPE AVENUE
WORCHESTER, MA 01603

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.227** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,065.25**

**POLYTRONICS ENGINEERING**
30 WEST BEAVER CREEK
RICHMOND HILL

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.228** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$120.83**

**PRINCIPAL FINANCIAL GROUP**
P O BOX 9394
DES MOINES, IA 50306-9394

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Microfibres, Inc.**
_____
Name

Case number (if known) _____

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.24 |

**PROFESSIONAL COFFEE SERV**
**P O BOX 240**
**CORINTH, MS 38835-0240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $276.00 |

**PROVIDENT LIFE & ACCIDENT**
**INSURANCE COMPANY**
**CHATTANOOGA, TN 37402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,258.78 |

**PURCHASE POWER**
**P. O. BOX 371874**
**PITTSBURGH, PA 15250-7874**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $148,845.57 |

**PURE NOBLE INTERNATIONAL LIM**
**ROOM 819**
**SHANGHAI**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,333.80 |

**QUALITY INDUSTRIAL ELECTRONI**
**P.O. BOX 846**
**OAK RIDGE, NC 27310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $545.72 |

**QUARLES FUEL NETWORK**
**PO BOX 7327**
**FREDERICKSBURG, VA 22404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,545.00 |

**R & R PLUMBING**
**2416 MILLING RD.**
**MOCKSVILLE, NC 27028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Microfibres, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.236** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,675.00**

RABINOVITZ CONSULTING, INC
14712 BOTANY WAY
NORTH POTOMAC, MD 20878

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.237** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$299.72**

RADWELL INTERNATIONAL, INC.
PO BOX 822828
PHILADELPHIA, PA 19182-2828

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.238** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$360.79**

RANKIN INDUSTRIES
PO BOX 1213
DALLAS, NC 28034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.239** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$377.80**

REAGENTS, INC
P. O. BOX 961102
FORT WORTH, TX 76161-1102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.240** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$816.83**

REPUBLIC SERVICES #097
P O BOX 9001099
LOUISVILLE, KY 40290-1099

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.241** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56.78**

RICARDO PEREZ DELA VEGA
AV. LA PAZ NO. 2597
GUADALAJARA, JA 44130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.242** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$968.08**

RICOH USA, INC
P O BOX 827577
PHILADELPHIA, PA 19182-7577

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Microfibres, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.243**

**Nonpriority creditor's name and mailing address**

**ROBERT BOVEN**
**B.W. AGENCIES**
**WYTHENSHAW**
**MANCHESTER**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

**$124.54**

---

**3.244**

**Nonpriority creditor's name and mailing address**

**ROTHTEC ENGRAVING**
**P O BOX 50060**
**NEW BEDFORD, MA 02745-0002**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

**$29,098.00**

---

**3.245**

**Nonpriority creditor's name and mailing address**

**ROYAL ADHESIVES AND SEALANTS**
**P. O. BOX 711886**
**CINCINNATI, OH 45271-1886**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

**$3,055.20**

---

**3.246**

**Nonpriority creditor's name and mailing address**

**RSM KOMMUNIKATIONS**
**MARKETING GMBH**
**NURNBERG**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

**$3,949.52**

---

**3.247**

**Nonpriority creditor's name and mailing address**

**RUDOLF-VENTURE CHEMICAL**
**452 LAKESHORE PARKWAY**
**ROCK HILL, SC 29730**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

**$21,872.75**

---

**3.248**

**Nonpriority creditor's name and mailing address**

**SAFETY KLEEN**
**P O BOX 382066**
**PITTSBURGH, PA 15250-8066**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

**$633.21**

---

**3.249**

**Nonpriority creditor's name and mailing address**

**SAFETY SIGNAL CO.**
**P O BOX 336**
**MILLIS, MA 02054**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

**$1,267.00**

---

| Debtor | Microfibres, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.250** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,356.09**

SAMPLETECH INC
P.O. BOX 7062
HIGH POINT, NC 27264

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.251** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,679.37**

SAP AMERICA, INC
PO BOX 7780   824024
PHILADELPHIA, PA 19182-4024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.252** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$625.00**

SCAN AGAIN CORP.
DEPT CH 16866
PALATINE, IL 60055-6868

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.253** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,600.00**

SCANTECH AMERICAS, INC
8637 GROVEMONT CIRCLE
GAITHERSBURG, MD 20877

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.254** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,269.29**

SCHENCK PROCESS LLC
PO BOX 19747
PALATINE, IL 60055-9747

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.255** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,837.62**

SEECO INC
920 SALEM GLEN COURT
CLEMMONS, NC 27012

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.256** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$27,700.00**

SERVICE-TECH CORP
7589 FIRST PLACE
OAKWOOD VILLAGE, OH 44146

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Microfibres, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.257** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$321.60**

SHRED-IT USA
1150 PROVIDENCE HIGHWAY
SHARON, MA 02067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.258** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,213.67**

SNOW ELECTRIC CO., INC.
428 BROOKSTOWN AVENUE
WINSTON-SALEM, NC 27101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.259** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$190.00**

SOCIETY FOR HUMAN
RESOURCE MANAGEMENT
BALTIMORE, MD 21279-0482

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.260** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$357,370.90**

SOLVAY USA INC
PO BOX 510838
PHIADELPHIA, PA 19175-0838

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.261** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16,114.46**

SOURCE TRANSPORT
P O BOX 10200
MATTHEWS, NC 28106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.262** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,358.29**

SOUTHEASTERN FREIGHT LINES
P O BOX 100104
COLUMBIA, SC 29202-3104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.263** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$165.71**

SOUTHERN FASTENERS AND
SUPPLY INC
CHARLOTTE, NC 28289-0507

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Microfibres, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$92.36** |
|---|---|---|---|

**SPRINT**
**P O BOX 219100**
**KANSAS CITY, MO 64121-9100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$122.27** |
|---|---|---|---|

**SPRINT PRINT OF TUPELO AND S**
**HARDEN ENTERPRISES, INC.**
**TUPELO, MS 38804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3.10** |
|---|---|---|---|

**SPS COMMERCE, INC**
**VB BOX 3**
**MINNEAPOLIS, MN 55480-9202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,751.14** |
|---|---|---|---|

**STAPLES CREDIT PLAN**
**P O BOX 689020**
**DES MOINES, IA 50368-9020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,769.97** |
|---|---|---|---|

**STATE ELECTRIC SUPPLY CO**
**dba LIGON ELECTRIC SUPPLY CO**
**CHARLOTTE, NC 28289-0889**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$203.95** |
|---|---|---|---|

**STATESVILLE PROCESS INSTR**
**111 TEMPERATURE LANE**
**STATESVILLE, NC 28677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$942.35** |
|---|---|---|---|

**SUBURBAN PROPANE**
**PO BOX G**
**WHIPPANY, NJ 07981-0406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Microfibres, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.271** | **Nonpriority creditor's name and mailing address**

**SUMMIT ELECTRICAL CONTRACTOR**
**21 POWDER HILL ROAD**
**LINCOLN, RI 02865**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

**$1,373.61**

---

**3.272** | **Nonpriority creditor's name and mailing address**

**SUNBELT PACKAGING, LLC**
**P.O. BOX 531679**
**ATLANTA, GA 30353-1679**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

**$4,537.94**

---

**3.273** | **Nonpriority creditor's name and mailing address**

**SUPPLY NEW ENGLAND**
**P O BOX 838**
**ATTLEBORO, MA 02703**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

**$91.59**

---

**3.274** | **Nonpriority creditor's name and mailing address**

**SYMTECH INC.**
**P O BOX 751033**
**CHARLOTTE, NC 28275-1033**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

**$2,635.00**

---

**3.275** | **Nonpriority creditor's name and mailing address**

**SYNERGY RECYCLING**
**320 SOUTH GIBSON DRIVE**
**MADISON, NC 27025**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

**$430.25**

---

**3.276** | **Nonpriority creditor's name and mailing address**

**SYSTEMS DEVELOPMENT & SUPPOR**
**35 MT. VERNON STREET**
**WEST ROXBURY, MA 02132**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

**$3,393.75**

---

**3.277** | **Nonpriority creditor's name and mailing address**

**TENCARVA MACHINERY CO.**
**P O BOX 409897**
**ATLANTA, GA 30384-9897**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

**$1,280.95**

---

| Debtor | Microfibres, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.278** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$733.89**

**TENNANT SALES AND SERVICE CO**
P O BOX 71414
CHICAGO, IL 60694-1414

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.279** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$153.00**

**THE BUSINESS JOURNAL**
P. O. BOX 36919
CHARLOTTE, NC 28236-9904

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.280** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$359.73**

**THE LILLY COMPANY**
P.O. BOX 1000
MEMPHIS, TN 38148-0184

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.281** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,492.00**

**THE MASSEY COMPANY**
9006-A PERIMETER WOODS DRIVE
CHARLOTTE, NC 28216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.282** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,689.36**

**THIES CORPORATION**
P O BOX 36010
ROCK HILL, SC 29732-0500

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.283** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,005.00**

**TMP OF NC, INC.**
1201 OLD STAGE RD.
YADKINVILLE, NC 27055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.284** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$292.22**

**TOMBIGBEE ELECTRIC POWER**
P O BOX 1789
TUPELO, MS 38802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Microfibres, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.285 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,761.75** |
|---|---|---|---|

**TRI-BLENDS, INC**
**PO BOX 2126**
**INDIAN TRAIL, NC 28079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$526.41** |
|---|---|---|---|

**TRI-POWER**
**P O BOX 444**
**MOCKSVILLE, NC 27028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$42.73** |
|---|---|---|---|

**TUPELO WATER & LIGHT**
**P O BOX 588**
**TUPELO, MS 38802-0588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19,158.95** |
|---|---|---|---|

**TW TELECOM**
**P O BOX 910182**
**DENVER, CO 80291-0182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,494.87** |
|---|---|---|---|

**TWIN CITY SPRINKLER CO., INC**
**PO BOX 12457**
**WINSTON-SALEM, NC 27117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21,660.76** |
|---|---|---|---|

**TYCO INTEGRATED SECURITY LLC**
**P O BOX 371967**
**PITTSBURGH, PA 15250-7967**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$615.51** |
|---|---|---|---|

**U-LINE**
**2200 S. LAKESIDE DRIVE**
**WAUKEGAN, IL 60085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Microfibres, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,837.29 |
|---|---|---|---|

**UNITED AIR FILTER CO.**
P O BOX 34215
CHARLOTTE, NC 28234-4215

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,645.31 |
|---|---|---|---|

**UNIVERSAL PROTECTION SERVICE**
26375 NETWORK PLACE
CHICAGO, IL 60673-1263

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,062.54 |
|---|---|---|---|

**UPS**
P O BOX 7247-0244
PHILADELPHIA, PA 19170-0001

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,027.10 |
|---|---|---|---|

**VERIZON WIRELESS**
P.O. BOX 660108
DALLAS, TX 75266-0108

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,289.83 |
|---|---|---|---|

**VERLAG MATTHIAS RITTHAMMER GMB**
P O BOX 24249
WINSTON-SALEM, NC 27114

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $217.97 |
|---|---|---|---|

**VWR INTERNATIONAL INC**
P O BOX 640169
PITTSBURGH, PA 15264-0169

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $614.07 |
|---|---|---|---|

**WASTE MANAGEMENT OF N MS**
P O BOX 9001054
LOUISVILLE, KY 40290-1054

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Microfibres, Inc. | | |
|---|---|---|---|
| | Name | Case number (if known) | |

| 3.299 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$97.80** |
|---|---|---|---|

**WASTE MANAGEMENT OF RI**
P O BOX 13648
Philadelphia, PA 19101-3648

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,986.38** |
|---|---|---|---|

**WASTE MANAGEMENT WS**
P O BOX 105453
ATLANTA, GA 30348

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$371.19** |
|---|---|---|---|

**WAT-R-BOY PURIFICATION**
P O BOX 603
KERNERSVILLE, NC 27285-603

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,048.02** |
|---|---|---|---|

**WEKO NORTH AMERICA**
P.O. BOX 170037
SPARTANBURG, SC 29301

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,155.35** |
|---|---|---|---|

**WELLS FARGO EQUIPMENT**
NW-8178
MINNEAPOLIS, MN 55485-8178

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,994.08** |
|---|---|---|---|

**WENDAO TEXTILE CO., LTD**
NO. 62 JUXIAN ROAD
ZHEJIANG

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$304.94** |
|---|---|---|---|

**WESCO-CCS**
P.O. BOX 642728
PITTSBURGH, PA 15264-2728

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Microfibres, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.306**

**Nonpriority creditor's name and mailing address**

**WESTCO SALES, INC**
**P.O. BOX 25484**
**CHARLOTTE, NC 28229**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

**$937.12**

---

**3.307**

**Nonpriority creditor's name and mailing address**

**WHELAN & SIKET, LLP**
**30 KENNEDY PLAZA, SUITE 402**
**PROVIDENCE, RI 02903**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

**$259.00**

---

**3.308**

**Nonpriority creditor's name and mailing address**

**WINSTON-SALEM CHAMBER OF**
**COMMERCE**
**WINSTON-SALEM, NC 27101**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

**$585.00**

---

**3.309**

**Nonpriority creditor's name and mailing address**

**WOLSELEY INDUSTRIES #1430**
**P. O. BOX 536479**
**ATLANTA, GA 30353-6479**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

**$865.54**

---

**3.310**

**Nonpriority creditor's name and mailing address**

**WOMBLE CARLYLE SANDRIDGE**
**PO BOX 601879**
**CHARLOTTE, NC 28260-1879**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

**$3,310.45**

---

**3.311**

**Nonpriority creditor's name and mailing address**

**WORLDWIDE LOGISTICS LTD.**
**405 PARK AVENUE**
**NEW YORK, NY 10022**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

**$3,030.00**

---

**3.312**

**Nonpriority creditor's name and mailing address**

**ZEP MANUFACTURING CO.**
**P.O. BOX 404628**
**ATLANTA, GA 30384-4628**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

**$822.94**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Microfibres, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.313 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$397,728.95** |
|---|---|---|---|

**Zhongwang Holding Group Co.,**
**SHULHONG TEMPLE VILLAGE**
**HANGZHOU**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.314 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,413.50** |
|---|---|---|---|

**ZSCHIMMER & SCHWARZ INC**
**P O BOX 1105**
**MILLEDGEVILLE, GA 31059-1105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 12,657,109.46 |
| 5c. Total of Parts 1 and 2 <br> Lines 5a + 5b = 5c. | 5c. | $ 12,657,109.46 |

**Fill in this information to identify the case:**

Debtor name        **Microfibres, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF RHODE ISLAND

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for parking spaces adjacent to building 1125 Main Street Month-to-month: $900.00 monthly** <br><br> **Lease for parking spaces in front of 1125 Main Street Month-to-month $350.00 monthly** | |
| | State the term remaining | | **BLACKSTONE VALLEY COMMUNITY HE** |
| | List the contract number of any government contract | | **39 EAST AVENUE** <br> **Pawtucket, RI 02860** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Trailer Leasing - Storage** | |
| | State the term remaining | **Unknown** | **BOWMAN TRAILER LEASING** |
| | List the contract number of any government contract | | **201 S. REGIONAL ROAD** <br> **GREENSBORO, NC** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Contingent Liability Agreement with Microfibres Logistics (non-related) distributor dated December 4, 2014** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Contingent Liability Agreement** |

| Debtor 1 | **Microfibres, Inc.** | | | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | | Last Name | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Lease for building space in 1125 Main Street - part of Microfibres Inc. in Rhode Island Period from November 1, 2015 Month-to-month $3581.25** |
| State the term remaining | |
| List the contract number of any government contract | **Cooley Group 50 Esten Avenue Pawtucket, RI 02860** |
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest | **Fork Lift Leases** |
| State the term remaining | **Unknown** |
| List the contract number of any government contract | **DE LAGE LANDEN FINANCIAL SER P. O. BOX 41602 PHILADELPHIA, PA 19101-1602** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest | **Fork Lift Leases** |
| State the term remaining | **Unknown** |
| List the contract number of any government contract | **DE LAGE LANDEN FINANCIAL SER P. O. BOX 41603 PHILADELPHIA, PA 19101-1602** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest | **Fork Lift Leases** |
| State the term remaining | **Unknown** |
| List the contract number of any government contract | **DE LAGE LANDEN FINANCIAL SER P. O. BOX 41604 PHILADELPHIA, PA 19101-1602** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest | **Fork Lift Leases** |
| State the term remaining | **Unknown** |
| List the contract number of any government contract | **DE LAGE LANDEN FINANCIAL SER P. O. BOX 41605 PHILADELPHIA, PA 19101-1602** |

| Debtor 1 | **Microfibres, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

  **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Fork Lift Leases** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DE LAGE LANDEN FINANCIAL SER** |
| | List the contract number of any government contract | | **P. O. BOX 41606 PHILADELPHIA, PA 19101-1602** |

| 2.1 0. | State what the contract or lease is for and the nature of the debtor's interest | **Fork Lift Leases** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DE LAGE LANDEN FINANCIAL SER** |
| | List the contract number of any government contract | | **P. O. BOX 41607 PHILADELPHIA, PA 19101-1602** |

| 2.1 1. | State what the contract or lease is for and the nature of the debtor's interest | **Fork Lift Leases** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DE LAGE LANDEN FINANCIAL SER** |
| | List the contract number of any government contract | | **P. O. BOX 41608 PHILADELPHIA, PA 19101-1602** |

| 2.1 2. | State what the contract or lease is for and the nature of the debtor's interest | **Fork Lift Leases** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **DE LAGE LANDEN FINANCIAL SER** |
| | List the contract number of any government contract | | **P. O. BOX 41609 PHILADELPHIA, PA 19101-1602** |

| 2.1 3. | State what the contract or lease is for and the nature of the debtor's interest | **Commission Agreement** | |
|---|---|---|---|
| | State the term remaining | | **DLV SALES INC** |
| | List the contract number of any government contract | | **C/O TONY VINSON SHANNON, MS 38868** |

| 2.1 4. | State what the contract or lease is for and the nature of the debtor's interest | **Commission Agreement** | |
|---|---|---|---|
| | State the term remaining | | **FRANK W. DAMIANO** |
| | List the contract number of | | **THREE OAKLAND DRIVE PORT WASHINGTON, NY 11050-4125** |

Debtor 1    **Microfibres, Inc.**
    First Name        Middle Name        Last Name        Case number *(if known)*

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| any government contract | |

| | | | |
|---|---|---|---|
| 2.1 5. | State what the contract or lease is for and the nature of the debtor's interest | **Commission Agreement** | |
| | State the term remaining | | **INTERIOR-DESIGN FABRIKSTRASSE 18 TECK** |
| | List the contract number of any government contract | | |
| 2.1 6. | State what the contract or lease is for and the nature of the debtor's interest | **Software Maintenance** | |
| | State the term remaining | **Unknown** | **JOMAR SOFTCORP 1760 BISHOP STREET CAMBRIDGE, ONTARIO** |
| | List the contract number of any government contract | | |
| 2.1 7. | State what the contract or lease is for and the nature of the debtor's interest | **Sales Representative Agreement** | |
| | State the term remaining | | **KENTEX MILLS (BELLA HOME) NO. 31 HOUSHAN RD., CHONGXIAN TOWN, YUHANG DISTRICT, HANGZHO ZHEJIANG, CHINA, CT** |
| | List the contract number of any government contract | | |
| 2.1 8. | State what the contract or lease is for and the nature of the debtor's interest | **Rent for Apartment** | |
| | State the term remaining | **Unknown** | **MARSHA MCNEELY HIERL 3721 DERBYSHIRE ROAD WINSTON-SALEM, NC 27104** |
| | List the contract number of any government contract | | |
| 2.1 9. | State what the contract or lease is for and the nature of the debtor's interest | **Deferred Compensation Agreement** | |
| | State the term remaining | | **MARY ANN BEIRNE 5 WAKE ROBIN ROAD UNIT #2105 Lincoln, RI 02865** |
| | List the contract number of any government contract | | |
| 2.2 0. | State what the contract or lease is for and the nature of the debtor's interest | **Deferred Compensation Agreement** | **MICHAEL E. CZARNECKI 439 RIVERBEND DRIVE Advance, NC 27006** |

Official Form 206G        **Schedule G: Executory Contracts and Unexpired Leases**        Page 4 of 8

Debtor 1  **Microfibres, Inc.**
_____   _____   Case number _(if known)_ _____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.2 1. | State what the contract or lease is for and the nature of the debtor's interest | **Distributor/Product Warranty Contingent Liability Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Microfibres Logistics Textaafoam B.V. Tijvoortsebaan 5,5051 HJ Gorle Netherlands** |
| | List the contract number of any government contract | | |

| 2.2 2. | State what the contract or lease is for and the nature of the debtor's interest | **Commission Agreement** | |
|---|---|---|---|
| | State the term remaining | | **MUZEKARI & ASSOCIATES P.O. BOX 987 High Point, NC 27260** |
| | List the contract number of any government contract | | |

| 2.2 3. | State what the contract or lease is for and the nature of the debtor's interest | **Fork Lift Leases** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **NMHG FINANCIAL SERVICES, INC P.O. BOX 643749 PITTSBURGH, PA 15264** |
| | List the contract number of any government contract | | |

| 2.2 4. | State what the contract or lease is for and the nature of the debtor's interest | **Tupelo Lease Truck** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PENSKE TRUCK LEASING CO P O BOX 802577 CHICAGO, IL 60680-2577** |
| | List the contract number of any government contract | | |

| 2.2 5. | State what the contract or lease is for and the nature of the debtor's interest | **Commission Agreement** | |
|---|---|---|---|
| | State the term remaining | | **PETER DAWE PTY LTD 5 SEQUOIA CLOSE SYDNEY NSW 2073** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | Microfibres, Inc. | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2 6.** State what the contract or lease is for and the nature of the debtor's interest **Postage Machine** | |
| State the term remaining **Unkwnon** | **PITNEY BOWES** |
| List the contract number of any government contract | **2225 American Drive** **NEENAH, WI** |
| **2.2 7.** State what the contract or lease is for and the nature of the debtor's interest **Commission Agreement** | |
| State the term remaining | **RICARDO PEREZ DELA VEGA** |
| List the contract number of any government contract | **AV. LA PAZ NO. 2597** **GUADALAJARA, JA 44130** |
| **2.2 8.** State what the contract or lease is for and the nature of the debtor's interest **Commission Agreement** | |
| State the term remaining | **RICHARD D. BARRETT, INC.** |
| List the contract number of any government contract | **1667 LAS LUNAS STREET** **PASADENA, CA 91106** |
| **2.2 9.** State what the contract or lease is for and the nature of the debtor's interest **Commission Agreement** | |
| State the term remaining | **ROBERT BOVEN** **B.W. AGENCIES** |
| List the contract number of any government contract | **WYTHENSHAW, MANCHESTER** |
| **2.3 0.** State what the contract or lease is for and the nature of the debtor's interest **Fork Lifts** | |
| State the term remaining **Unknown** | **TOYOTA COMMERCIAL FINANCE** |
| List the contract number of any government contract | **DEPT. 2431** **CAROL STREAM, IL** |
| **2.3 1.** State what the contract or lease is for and the nature of the debtor's interest **Fork Lifts** | |
| State the term remaining **Unknown** | **TOYOTA COMMERCIAL FINANCE** |
| List the contract number of | **DEPT. 2433** **CAROL STREAM, IL** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Microfibres, Inc.**
_____
First Name        Middle Name        Last Name

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | any government contract | |

| 2.3 2. | State what the contract or lease is for and the nature of the debtor's interest | **Fork Lifts** | |
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **TOYOTA COMMERCIAL FINANCE DEPT. 2434 CAROL STREAM, IL** |

| 2.3 3. | State what the contract or lease is for and the nature of the debtor's interest | **Fork Lifts** | |
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **TOYOTA COMMERCIAL FINANCE DEPT. 2435 CAROL STREAM, IL** |

| 2.3 4. | State what the contract or lease is for and the nature of the debtor's interest | **Fork Lifts** | |
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **TOYOTA COMMERCIAL FINANCE DEPT. 2436 CAROL STREAM, IL** |

| 2.3 5. | State what the contract or lease is for and the nature of the debtor's interest | **Fork Lifts** | |
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **TOYOTA COMMERCIAL FINANCE DEPT. 2437 CAROL STREAM, IL** |

| 2.3 6. | State what the contract or lease is for and the nature of the debtor's interest | **Fork Lifts** | |
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **TOYOTA COMMERCIAL FINANCE DEPT. 2438 CAROL STREAM, IL** |

| 2.3 7. | State what the contract or lease is for and the nature of the debtor's interest | **Fork Lifts** | **TOYOTA COMMERCIAL FINANCE DEPT. 2439 CAROL STREAM, IL** |

Debtor 1    **Microfibres, Inc.**
       First Name          Middle Name          Last Name            Case number *(if known)*



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | Unknown | |
|---|---|---|---|
|  | List the contract number of any government contract | | |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Security System in WS Plant** | |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **TYCO INTEGRATED SECURITY LLC**<br>**P O BOX 371967**<br>**PITTSBURGH, PA 15250-7967** |
|  | List the contract number of any government contract | | |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Security in Winston Plant** | |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **UNIVERSAL PROTECTION SERVICE**<br>**26375 NETWORK PLACE**<br>**CHICAGO, IL 60673-1263** |
|  | List the contract number of any government contract | | |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Commission Agreement** | |
|---|---|---|---|
|  | State the term remaining | | |
|  | List the contract number of any government contract | | **W.F.M. VAN DER AA.**<br>**DELTALAAN 25** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Commission Agreement** | |
|---|---|---|---|
|  | State the term remaining | | |
|  | List the contract number of any government contract | | **WAH, INC.**<br>**C/O ED JACOBS**<br>**Taylorsville, NC 28681** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Commission Agreement** | |
|---|---|---|---|
|  | State the term remaining | | |
|  | List the contract number of any government contract | | **WO TEX, INC.**<br>**Sugar Grove, IL 60554** |

**Fill in this information to identify the case:**

Debtor name __**Microfibres, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF RHODE ISLAND__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

_Column 1:_ **Codebtor**

_Column 2:_ **Creditor**

| | **Name** | **Mailing Address** | | | **Name** | _Check all schedules that apply:_ |
|---|---|---|---|---|---|---|
| 2.1 | _____ | | | | _____ | ☐ D |
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | City | State | Zip Code | | |
| 2.2 | _____ | | | | _____ | ☐ D |
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | City | State | Zip Code | | |
| 2.3 | _____ | | | | _____ | ☐ D |
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | City | State | Zip Code | | |
| 2.4 | _____ | | | | _____ | ☐ D |
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | City | State | Zip Code | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy