**Fill in this information to identify the case:**

Debtor name   **Microfibres, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF RHODE ISLAND

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.. **Webster Bank N.A.** | **Checking** | **4440** | $154,809.04 |
| 3.2.. **Banc Corp South** | **Checking** | **0941** | $14,199.45 |
| 3.3.. **Ing - Belgium** | **Checking** | **7551** | $2,534.23 |

4.   **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1.. **Cash Surrender Value Life Insurance/Pledged to Webster Bank N.A.** | $3,477,081.93 |

5.   **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$3,648,624.65

## Part 2:   Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Microfibres, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**7.**     **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

       7.1..   **Duke Energy**                                       **$134,205.00**

**8.**     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.**     **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

                                                    **$134,205.00**

---

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

**11.**     **Accounts receivable**

| 11a. 90 days old or less: | **5,934,339.91** | - | **593,433.91** | = .... | **$5,340,906.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **16,704,409.48** | - | **4,242,818.32** | =.... | **$12,461,591.16** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.**     **Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

                                    **$17,802,497.16**

---

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14.**     **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

| 14.1.. | **E*Trade Investment Account** | **Market** | **$2,000.00** |
|---|---|---|---|

**15.**     **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                      % of ownership

| 15.1.. | **Microfibres Mexico S.A.** | **50** % | | **Unknown** |
|---|---|---|---|---|

| 15.2.. | **Fiber Finance S.A. Holding Value** | **99.9** % | | **Unknown** |
|---|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor   **Microfibres, Inc.**                              Case number *(If known)* _____
     Name

| | | | | | |
|---|---|---|---|---|---|
| 15.3.. | **Microfibres Partnership** | **10** | % | **Equity** | **Unknown** |
| 15.4.. | **Fashan Nanfang Printing & Dyeing** | **71.7** | % | **Purchase** | **Unknown** |
| 15.5.. | **Microfibres Europe Nv** | **100** | % | | **$0.00** |
| 15.6.. | **Microfibres China Limited HK JAR Co.** | **100** | % | | **$0.00** |

16.     **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
       Describe:

17.     **Total of Part 4.**                                                       | **$2,000.00** |
       Add lines 14 through 16. Copy the total to line 83.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials**<br>**Substrate - Adhesive -**<br>**Fiber - Dyes - Chem** | **12/31/15** | **$3,033,229.00** | **Purchase Price** | **$3,033,229.00** |
| 20.  **Work in progress**<br>**Base Cloth - Flocked** | **12/31/15** | **$839,568.00** | **Cost** | **$839,568.00** |
| 21.  **Finished goods, including goods held for resale**<br>**Non-Woven Fabric &**<br>**Imported Goods** | **12/31/15** | **$5,598,560.00** | **Low Cost/Market** | **$5,598,560.00** |
| 22.  **Other inventory or supplies**<br>**Maintenance Parts** | | **$216,439.00** | **Purchase Price** | **$216,439.58** |

23.     **Total of Part 5.**                                                      | **$9,687,796.58** |
       Add lines 19 through 22. Copy the total to line 84.

24.     **Is any of the property listed in Part 5 perishable?**
       ☐ No
       ■ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Microfibres, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value _____ 839100  Valuation method  **Purchase Price**  Current Value _____ 839099.93

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** <br> **Desks - Files - Chairs - Tables - Etc.** | $0.00 | **Depreciation 10y** | $0.00 |
| **40.** **Office fixtures** <br> **Lights - Book Shelves- Built In Etc.** | $0.00 | **Depreciation 10y** | $0.00 |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** <br> **Complete Internet & ERPSystems** | $92,389.74 | **Depreciation 3y** | $92,389.74 |
| **42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles <br> 42.1..  **Various Office Art Work** | $0.00 | **Expensed** | $0.00 |

**43.** **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $92,389.74 |
|---|---|

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
■ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **Microfibres, Inc.**                                    Case number *(If known)* _____
_____
Name

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.. **1991 Lexus Passenger Car<br>1998Lexus Passenger Car<br>Chevrolet Cargo Van** | $0.00 | | $0.00 |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Rhode Island Machinery & Equipment** | $499,425.04 | Depreciation 10y | $499,425.04 |
| **Winston-Salem North Carolina Machinery &<br>Equipment** | $580,394.94 | Depreciation 10y | $580,394.94 |
| **Racking Belden Mississippi** | $0.00 | | $0.00 |

51. **Total of Part 8.**
    Add lines 47 through 50.  Copy the total to line 87.
    
    | $1,079,819.98 |
    |---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☐ No
    ■ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Debtor  **Microfibres, Inc.**_____   Case number *(If known)* _____
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.1. | **Land and Buildings, 1 Mosshassuck Street, Pawtucket, RI and 125 Main Street, Pawtucket, RI** | Own | $1,200,000.00 | Estimate | $1,200,000.00 |
| 55.2. | **Land and Building, Kimwell Drive, Winston-Salem, North Carolina** | Own (28%) | $1,200,000.00 | Estimate | $1,200,000.00 |
| 55.3. | **Land and Building, Westover Park Drive, Tupelo, MS** | Own | $200,000.00 | Estimate | $200,000.00 |

56.  **Total of Part 9.**

| | |
|---|---|
| Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | $2,600,000.00 |

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
■ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets**<br>**Patents - Processes - Copyrights designs**<br>**Trademark Microfibres** | $0.00 | | Unknown |
| 61.  **Internet domain names and websites**<br>**www.microfibres.com** | $0.00 | | $0.00 |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.  **Total of Part 10.**

| | |
|---|---|
| Add lines 60 through 65. Copy the total to line 89. | $0.00 |

| Debtor | **Microfibres, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71.** **Notes receivable**
Description (include name of obligor)

| **James R. and Hope B. McCulloch** | **305,460.51** - | **0.00** = | **$305,460.51** |
|---|---|---|---|
| | Total face amount | doubtful or uncollectible amount | |

| **Microfibres Partnership** | **466,528.76** - | **0.00** = | **$466,528.76** |
|---|---|---|---|
| | Total face amount | doubtful or uncollectible amount | |

| **Microfibres Mexico S.A.** | **60,500.00** - | **0.00** = | **$60,500.00** |
|---|---|---|---|
| | Total face amount | doubtful or uncollectible amount | |

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| **Federal & State NOL's** | Tax year | **$0.00** |
|---|---|---|

**73.** **Interests in insurance policies or annuities**

| **Cash Surrender Value after Loan Paydown** | **$439,856.28** |
|---|---|

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Claims against Flokser San ve Ticaret and Tukek Holding for patent infringement**

| | | **$1,200,000.00** |
|---|---|---|
| Nature of claim | **Claims against Flokser San ve Ticaret and Tukek Holding for patent infringement** | |
| Amount requested | **$1,200,000.00** | |

| **Claims for duty drawback - U.S. Customs** | **$0.00** |
|---|---|
| Nature of claim | **Claims for duty drawback - U.S. Customs** |

| Debtor | **Microfibres, Inc.** | Case number *(If known)* | |
| | Name | | |

| | | |
|---|---|---|
| **Claims against Solvay USA Inc. for fiber degredation/warranty and contribution claims** | | **$0.00** |
| Nature of claim | **Claims against Solvay USA Inc. for fiber degredation/warranty and contrib. claim** | |
| Amount requested | **$0.00** | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.

   | **$2,472,345.55** |
   |---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

Debtor    **Microfibres, Inc.**
_____    Case number *(If known)* _____
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,648,624.65 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $134,205.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $17,802,497.16 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $2,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $9,687,796.58 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $92,389.74 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,079,819.98 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................................................> | | $2,600,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,472,345.55 | |
| 91. **Total.** Add lines 80 through 90 for each column | $34,919,678.66 | + 91b. $2,600,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $37,519,678.66 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Microfibres, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF RHODE ISLAND |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☐ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

| 2.1 | **WEBSTER BANK N.A.** | Describe debtor's property that is subject to a lien | $3,111,178.11 | $3,364,422.91 |
|---|---|---|---|---|
| | Creditor's Name | **Cash Surrender Value of Keyman Insurance** | | |
| | **50 KENNEDY PLAZA, SUITE 1110 PROVIDENCE, RI 02903** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Working Capital Loan # ACRS** | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ■ No ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated ☐ Disputed | | |

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $3,111,178.11 |
|---|---|---|

### Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Microfibres, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF RHODE ISLAND

Case number (if known)   _____

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>**A + A DESIGN STUDIO**<br>**V.LE DELLE RIMEMBRANZE**<br>**20125 Milan**<br><br>Date or dates debt was incurred ___<br><br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: ___<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$1,450.00** |
| 3.2 | Nonpriority creditor's name and mailing address<br>**ACETO CORPORATION**<br>**4 TRI HARBOR COURT**<br>**PORT WASHINGTON, NY 11050**<br><br>Date or dates debt was incurred ___<br><br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: ___<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$90,452.04** |
| 3.3 | Nonpriority creditor's name and mailing address<br>**ACTION INDUSTRIAL SUPPLY**<br>**PO BOX 7095**<br>**STATESVILLE, NC 28677**<br><br>Date or dates debt was incurred ___<br><br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: ___<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$2,636.46** |
| 3.4 | Nonpriority creditor's name and mailing address<br>**AD & D WELDING & BOILER WORK**<br>**33 BLEACHERY COURT**<br>**WARWICK, RI 02886**<br><br>Date or dates debt was incurred ___<br><br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: ___<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$6,783.79** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                37558                Best Case Bankruptcy

| Debtor | Microfibres, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,094.25 |
|---|---|---|---|

**ADP**
P O BOX 9001006
LOUISVILLE, KY 40290-1006

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $145.00 |
|---|---|---|---|

**ADVANCED TESTING INSTRUMENTS**
P O BOX 338
REIDVILLE, SC 29375

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,123.80 |
|---|---|---|---|

**AEP INDUSTRIES INC**
P.O. BOX 205637
DALLAS, TX 75320-5637

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**AERIS ENVIRONMENTAL, INC.**
1519 MYERS PARK DRIVE
CHARLOTTE, NC 28207

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $307.50 |
|---|---|---|---|

**AETNA BEHAVIORAL HEALTH, LLC**
P.O. BOX 783791
PHILADELPHIA, PA 19178-3791

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,200.00 |
|---|---|---|---|

**AFFA BRE DESIGN**
LINKE WIENZEILE 46/1/10
VIENNA

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,065.00 |
|---|---|---|---|

**AGAR MACHINE & WELDING**
270 YORK AVENUE
PAWTUCKET, RI 02860

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Microfibres, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$795.77** |
|---|---|---|---|

**AIR & ENERGY SYSTEMS, INC.**
**P.O. BOX 1218**
**MATTHEWS, NC 28106**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,769.65** |
|---|---|---|---|

**AIR POWER**
**P O BOX 5406**
**HIGH POINT, NC 27262**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**AIRDYE SOLUTIONS, LLC**
**P.O. BOX 28796**
**NEW YORK, NY 10087-8796**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$801.90** |
|---|---|---|---|

**AIRGAS NATIONAL WELDERS**
**P.O. BOX 532609**
**ATLANTA, GA 30353-2609**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: __$801.90__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$644.29** |
|---|---|---|---|

**AIRGAS USA, LLC**
**PO BOX 802576**
**CHICAGO, IL 60680-2576**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$168.30** |
|---|---|---|---|

**ALARM NEW ENGLAND**
**65 INWOOD RD**
**ROCKY HILL, CT 06067-3440**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$157.00** |
|---|---|---|---|

**ALFA INTERNATIONAL LOGISTICS,**
**139 MITCHELL AVE, SUITE 201**
**SOUTH SAN FRANCISCO, CA 94080**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Microfibres, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.19**  **Nonpriority creditor's name and mailing address**

ALL STATE LOCKSMITHS
1676 HARTFORD AVENUE
JOHNSTON, RI 02919

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.20**  **Nonpriority creditor's name and mailing address**

ALLIED BEARINGS & SUPPLY
P O BOX 6417
STATESVILLE, NC 28687-6417

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No  ☐ Yes

**$89.87**

---

**3.21**  **Nonpriority creditor's name and mailing address**

ALLNEX USA INC.
P.O. BOX 742396
ATLANTA, GA 30374-2396

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No  ☐ Yes

**$8,428.17**

---

**3.22**  **Nonpriority creditor's name and mailing address**

AMERICAN EXPRESS
P O BOX 1270
NEWARK, NJ 07101-1270

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No  ☐ Yes

**$21,321.29**

---

**3.23**  **Nonpriority creditor's name and mailing address**

AMERICAN FLOCK ASSO.
P.O. BOX 1090
CHERRYVILLE, NC 28021

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No  ☐ Yes

**$4,280.00**

---

**3.24**  **Nonpriority creditor's name and mailing address**

AMERICAN MONFORTS CORP
P O BOX 26245
CHARLOTTE, NC 28221

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No  ☐ Yes

**$394.29**

---

**3.25**  **Nonpriority creditor's name and mailing address**

AMERIPRIDE LINEN AND
APPAREL SERVICES
BEMIDJI, MN 56619-1564

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No  ☐ Yes

**$1,008.99**

---

| Debtor | **Microfibres, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,452.15** |
|---|---|---|---|

**AMPRO, INC.**
**PO BOX 578**
**WALLBURG, NC 27373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,327.39** |
|---|---|---|---|

**ANCHOR INDUSTRIAL SALES, INC**
**DEPT. 207**
**HOUSTON, TX 77210-4346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,073.75** |
|---|---|---|---|

**ANDRITZ KUSTERS**
**P. O. BOX 123236**
**DALLAS, TX 75312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$64,396.00** |
|---|---|---|---|

**AON RISK SERVICES, INC.**
**P O BOX 7247-7376**
**PHILADELPHIA, PA 19170-7376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$24,126.00** |
|---|---|---|---|

**APOLLO CHEMICAL**
**P.O. BOX 405490**
**ATLANTA, GA 30384-5490**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,299.30** |
|---|---|---|---|

**APPLIED COPIER CONCEPTS**
**P.O. BOX 18606**
**GREENSBORO, NC 27419**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12,098.00** |
|---|---|---|---|

**AQUASOL**
**730 NORTH ANDERSON ROAD**
**ROCK HILL, SC 29730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Microfibres, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.37 |
|---|---|---|---|

**ARAMARK**
**234 BALLARDVALE ST**
**WILMINGTON, MA 01887**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,735.26 |
|---|---|---|---|

**ARBON EQUIPMENT CORP**
**25464 NETWORK PLACE**
**CHICAGO, IL 60673-1254**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,671.53 |
|---|---|---|---|

**ARCHROMA US, INC.**
**32290 COLLECTION CENTER DR**
**CHICAGO, IL 60693-0322**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**ART COTTAGE**
**63B KING STREET**
**LEICESTER  LE1 6RP**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,296.00 |
|---|---|---|---|

**ASTRO AMERICAN CHEMICAL CO.**
**PO BOX 878**
**FOUNTAIN INN, SC 29644**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,355.20 |
|---|---|---|---|

**ASTRO CHEMICALS, INC.**
**P O BOX 2248**
**SPRINGFIELD, MA 01102-2248**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $525.00 |
|---|---|---|---|

**ATLANTIC COBRA CONCEPTS**
**P O BOX 2185**
**KERNERSVILLE, NC 27285**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Microfibres, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $270.00 |
|---|---|---|---|

**ATLANTIC ELEVATOR SOUTH**
**1900 FALL RIVER AVENUE**
**SEEKONK, MA 02771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $623.00 |
|---|---|---|---|

**ATLANTIC WEBWORKS AND**
**CONSULTING, INC**
**GREENSBORO, NC 27409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,778.08 |
|---|---|---|---|

**ATLAS MATERIAL TESTING**
**TECHNOLOGY LLC**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $833.79 |
|---|---|---|---|

**ATMOS ENERGY**
**P O BOX 790311**
**ST LOUIS, MS 63179-0311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,236.77 |
|---|---|---|---|

**AVERITT EXPRESS INC**
**P. O. BOX 102159**
**ATLANTA, GA 30368-2159**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $388.80 |
|---|---|---|---|

**AYER  SALES INC**
**P.O. Box 6061**
**Brattleboro, VT 05302-6061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $189.65 |
|---|---|---|---|

**BATTERIES PLUS**
**636D SOUTH STRATTFORD RD.**
**WINSTON SALEM, NC 27103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Microfibres, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.47**

**Nonpriority creditor's name and mailing address**

**BIG D'S INDUSTRIAL SUPPLY**
**175 LOBLOLLY LANE**
**WINSTON-SALEM, NC 27107**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

**$10,528.30**

---

**3.48**

**Nonpriority creditor's name and mailing address**

**BOC INTERNATIONAL, INC**
**5TH FLOOR**
**BOSTON, MA 02210**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

**$2,223.96**

---

**3.49**

**Nonpriority creditor's name and mailing address**

**BOLGER & O'HEARN**
**47 SLADE STREET**
**FALL RIVER, MA 02724**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

**$20,556.15**

---

**3.50**

**Nonpriority creditor's name and mailing address**

**BOSTON SAW & KNIFE**
**292 RESERVOIR STREET**
**NEEDHAM HEIGHTS, MA 02494**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

**$1,101.94**

---

**3.51**

**Nonpriority creditor's name and mailing address**

**BOWMAN TRAILER LEASING**
**PO BOX 433**
**WILLIAMSPORT, MD 21795**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

**$3,519.00**

---

**3.52**

**Nonpriority creditor's name and mailing address**

**BRASK ENTERPRISES INC.**
**P O BOX 551**
**ATTLEBORO, MA 02703**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

**$1,348.20**

---

**3.53**

**Nonpriority creditor's name and mailing address**

**BRENNTAG MID-SOUTH, INC.**
**P.O. BOX 752094**
**CHARLOTTE, NC 28275-2094**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

**$23,923.66**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Microfibres, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,549.06** |
|---|---|---|---|

**BRIGGS AGENCIES INC.**
**37 HIGGINS AVENUE**
**WINNEPEG**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$757.07** |
|---|---|---|---|

**BROOKFIELD ENGINEERING**
**LABORATORIES, INC**
**MIDDLEBORO, MA 02346-1031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37.54** |
|---|---|---|---|

**BUG FREE**
**437 ENDVILLE ROAD**
**BELDEN, MS 38826**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,584.16** |
|---|---|---|---|

**BUSINESS & LEGAL RESOURCES**
**P.O. BOX 41503**
**NASHVILLE, TN 37204-1503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$214.62** |
|---|---|---|---|

**C.C. DICKSON CO.**
**P.O. BOX 13501**
**ROCK HILL, SC 29731-3501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,618.54** |
|---|---|---|---|

**CABCO ENGINEERING**
**372 Central Avenue**
**PAWTUCKET, RI 02860**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,704.07** |
|---|---|---|---|

**CABCO NEW ENGLAND CORP**
**67 YORK AVENUE**
**RANDOLPH, MA 02367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Microfibres, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31,563.48**

**CARAUSTAR INDUSTRIAL PRODUCT**
P. O. BOX 935013
ATLANTA, GA 31193-5013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$398.50**

**CARLTON GROUP, INC**
P.O. BOX 900013
RALEIGH, NC 27675

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$368.53**

**CAROLINA BRUSH COMPANY**
P O BOX 2469
GASTONIA, NC 28053

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,596.25**

**CAROLINA CONTAINER COMPANY**
P O BOX 2166
HIGH POINT, NC 27261

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,147.77**

**CAROLINA FLUID COMPONENTS**
P.O. BOX 601687
CHARLOTTE, NC 28260-1687

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,400.00**

**CAROLINA HOIST & CRANE**
P O BOX 13860
GREENSBORO, NC 27415

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,676.75**

**CARRIER CORP.**
P.O. BOX 93844
CHICAGO, IL 60673-3844

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Microfibres, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$132.00** |
|---|---|---|---|

**CATAWBA VALLEY COMMUNITY COL**
**2550 HWY 70, SE**
**HICKORY, NC 28602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$401.00** |
|---|---|---|---|

**CENTRAL PAPER**
**PO BOX 1701**
**PAWTUCKET, RI 02862**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$735.00** |
|---|---|---|---|

**CENTRAL SCALE CO.**
**P O BOX 8886**
**WARWICK, RI 02888**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$157.60** |
|---|---|---|---|

**CENTRAL TRANSPORT INTERNAT'L**
**P O BOX 33299**
**DETROIT, MI 48232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,416.50** |
|---|---|---|---|

**CHEM-TEX LABORATORIES**
**P O BOX 5228**
**CONCORD, NC 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$877.20** |
|---|---|---|---|

**CHEMARCO, INC.**
**CHEMARCO, INC**
**GREENVILLE, SC 29616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,100.00** |
|---|---|---|---|

**CHEMPOINT.COM**
**13727 COLLECTION CENTER DR.**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Microfibres, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $178.74 |
|---|---|---|---|
| | **CITY OF HIGH POINT**<br>**P O BOX 10039**<br>**HIGH POINT, NC 27261-3039** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,053.08 |
|---|---|---|---|
| | **CITY OF PAWTUCKET**<br>**P O BOX 9709**<br>**PROVIDENCE, RI 02940-9709** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107,772.91 |
|---|---|---|---|
| | **CITY OF WINSTON SALEM**<br>**UTILITIES**<br>**CHARLOTTE, NC 28258-0055** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,202.44 |
|---|---|---|---|
| | **CLASSIC BUSINESS SYSTEMS, IN**<br>**2080 E. FIFTH STREET**<br>**WINSTON-SALEM, NC 27101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,151.01 |
|---|---|---|---|
| | **CLEMMONS PALLET & SKID WORKS**<br>**P. O. BOX 162353**<br>**ATLANTA, GA 30321** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,887.50 |
|---|---|---|---|
| | **COLORSOURCES, INC.**<br>**181 GOLFVIEW DRIVE**<br>**ADVANCE, NC 27006** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99.85 |
|---|---|---|---|
| | **COMCAST CABLE**<br>**P.O. BOX 105257**<br>**ATLANTA, GA 30348-5257** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Microfibres, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.82** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,734.58**

**CON-WAY FREIGHT**
**P O BOX 5160**
**PORTLAND, OR 97208-5610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,488.41**

**CONTINUANT, INC.**
**5050 20TH ST EAST**
**FIFE, WA 98424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,122.85**

**COR365 INFORMATION SOLUTIONS**
**3302 OLD LEXINGTON ROAD**
**WINSTON-SALEM, NC 27107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$347.22**

**CORE SUPPLY LLC**
**P.O. BOX 5194**
**ASHEBORO, NC 27204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,171.46**

**COTE COLOR CORP**
**P O BOX 3584**
**SPARTANBURG, SC 29304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,063.40**

**CPI**
**LOCKBOX 405566**
**ATLANTA, GA 30384-5566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,100.00**

**CREANTES SA**
**6900 LUGANO**
**SWITZERLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Microfibres, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.89** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$424.56**

CROSS COMPANY
P O BOX 601855
CHARLOTTE, NC 28260-1855

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,360.00**

CROSSTEC SYSTEMS
705 POPLAR TRACE
DANVILLE, VA 24540

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$144.31**

CROWN UNIFORM & LINEN
15 TECHNOLOGY WAY
NASHUA, NH 03060

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.92** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$404.88**

CUSTOM ADHESIVE PRODUCTS
2909 WOLFF ST
RACINE, WI 53404

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,863.15**

DALTON'S METAL WORKS
P O BOX 1683
WELCOME, NC 27374

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,513.91**

DE LAGE LANDEN FINANCIAL SER
P. O. BOX 41602
PHILADELPHIA, PA 19101-1602

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$247,243.17**

DIMERCO EXPRESS (USA) CORP
150 PENNEY ROAD SUITE 100
FOREST PARK, GA 30297

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Microfibres, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,768.17** |
|---|---|---|---|

**DIRECT ENERGY BUSINESS**
**PO BOX 70220**
**PHILADELPHIA, PA 19176-0220**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

**Basis for the claim:** ___

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,860.00** |
|---|---|---|---|

**DISANTO PRIEST & CO.**
**117 METRO CENTER BLVD**
**WARWICK, RI 02886**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

**Basis for the claim:** ___

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,420.00** |
|---|---|---|---|

**DIVERSIFIED TESTING LAB**
**336 WEST FRONT STREET**
**BURLINGTON, NC 27215**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

**Basis for the claim:** ___

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$675.60** |
|---|---|---|---|

**DL THURROTT INC.**
**39976 TREASURY CENTER**
**CHICAGO, IL 60694-9900**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

**Basis for the claim:** ___

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,216.19** |
|---|---|---|---|

**DLV SALES INC**
**C/O TONY VINSON**
**SHANNON, MS 38868**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

**Basis for the claim:** ___

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$94.80** |
|---|---|---|---|

**DORELL FABRICS**
**C/O ARNIE CHASEN**
**SANTA MONICA, CA 90402**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

**Basis for the claim:** ___

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$208,204.35** |
|---|---|---|---|

**DS-CONCEPT SPECIAL FINANCE LLC**
**EURO TEXTILES DENMARK**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

**Basis for the claim:** ___

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Microfibres, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$48,306.21** |
|---|---|---|---|

**DUKE ENERGY**
**P.O. BOX 70515**
**CHARLOTTE, NC 28272-0516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,796.00** |
|---|---|---|---|

**DYE-O=CHEM AMERICAN**
**666 PLAINSBORO ROAD**
**PLAINSBORO, NJ 08536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,679.75** |
|---|---|---|---|

**DYNAMIC QUEST, INC**
**4821 KOGER BLVD**
**GREENSBORO, NC 27407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$745.09** |
|---|---|---|---|

**DYSTAR**
**P O BOX 75193**
**CHARLOTTE, NC 28275-0193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$83.07** |
|---|---|---|---|

**E FIRE**
**P O BOX 438**
**TUPELO, MS 38802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$556.05** |
|---|---|---|---|

**EARTHLINK BUSINESS**
**PO BOX 88104**
**CHICAGO, IL 60680-1104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,553.00** |
|---|---|---|---|

**EASTERN COLOR & CHEMICAL CO.**
**P O BOX 6161**
**PROVIDENCE, RI 02940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Microfibres, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,498.79 |
|---|---|---|---|

**EASTERN INDUSTRIAL AUTOMATIO**
P O BOX 540647
WALTHAM, MA 02454-0647

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _$1,498.79_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,663.65 |
|---|---|---|---|

**EASTERN SERVO**
1691 HARRIS HENRIETTA ROAD
FOREST CITY, NC 28043

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $212.38 |
|---|---|---|---|

**ELECTRIC SERVICE AND SALES INC**
P O BOX 409897
ATLANTA, GA 30384-9897

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,433.65 |
|---|---|---|---|

**ELECTRIC SUPPLY & EQPMNT**
P.O. BOX 601118
CHARLOTTE, NC 28260-1118

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $255.00 |
|---|---|---|---|

**ELEVATOR SERVICE CO.**
PO BOX 21331
WINSTON-SALEM, NC 27120

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,275.76 |
|---|---|---|---|

**EMERALD PERFORMANCE MATERIAL**
3157 SOLUTIONS CENTER
CHICAGO, IL 60677-3001

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,117.88 |
|---|---|---|---|

**ENERGY MACHINERY INC**
P O BOX 363
ROCKLAND, MA 02370

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Microfibres, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,144.00 |
|---|---|---|---|

**ENVIRONMENTAL RESOURCE**
**101 CENTER POINTE DRIVE**
**CARY, NC 27513-5706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,052.00 |
|---|---|---|---|

**ENVIRONMENTAL SCIENCE**
**THIELSCH ENGINEERING**
**BOSTON, MA 02284-5327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $509.40 |
|---|---|---|---|

**ERHARDT & LEIMER, INC.**
**350 TUCAPAU ROAD**
**DUNCAN, SC 29334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $399.00 |
|---|---|---|---|

**ESP ELECTRONIC SECURITY**
**275 CR 2878**
**BALDWYN, MS 38824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $253.40 |
|---|---|---|---|

**ESTES EXPRESS LINES**
**P O BOX 25612**
**RICHMOND, VA 23260-5612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,247.78 |
|---|---|---|---|

**EVERBANK COMMERCIAL FINANCE,**
**DEPT # 1608**
**DENVER, CO 80203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $495.00 |
|---|---|---|---|

**EXPERT SERVICES INTL., LLC**
**P O BOX 37047**
**CHARLOTTE, NC 28237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Microfibres, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,194.75 |
|---|---|---|---|

**FAIRCLOTH MACHINE SHOP**
**179 WAUGHTOWN STREET**
**WINSTON-SALEM, NC 27127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $167.09 |
|---|---|---|---|

**FASTENAL COMPANY**
**P O BOX 1286**
**WINONA, MN 55987-1286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,629.66 |
|---|---|---|---|

**FEDEX**
**P O BOX 371461**
**PITTSBURGH, PA 15250-7461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $314.68 |
|---|---|---|---|

**FILTER EQUIPMENT CO., INC**
**1440 HWY 34**
**WALL, NJ 07753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,209.99 |
|---|---|---|---|

**FILTER SALES & SERVICE**
**15 ADAM STREET**
**BURLINGTON, MA 01803-4916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,585.00 |
|---|---|---|---|

**FINZER ROLLER OF NORTH CAROL**
**6556 SOLUTION CENTER**
**CHICAGO, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**FIRE SYSTEMS, INC**
**P.O. BOX 38720**
**CHARLOTTE, NC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Microfibres, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,923.25 |
|---|---|---|---|

**FIRE-ADE, INC.**
**2800 GRIFFITH ROAD**
**WINSTON-SALEM, NC 27103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,106.13 |
|---|---|---|---|

**FISHEL STEEL CO., INC.**
**760 PALMER LANE**
**WINSTON-SALEM, NC 27107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $215,683.44 |
|---|---|---|---|

**FORSYTH COUNTY**
**GENERAL FUND**
**WINSTON-SALEM, NC 27101-4120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,955,372.41 |
|---|---|---|---|

**FOSHAN NANFANG PRINTING & DYEI**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,229.03 |
|---|---|---|---|

**G & M PRODUCTS INC.**
**1309 FOX RUN**
**MIDDLEBORO, MA 02346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $924.91 |
|---|---|---|---|

**G T SAFETY EQUIP. INC.**
**485 NARRAGANSETT PARK DRIVE**
**PAWTUCKET, RI 02861**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,075.77 |
|---|---|---|---|

**GASTON COUNTY DYEING MACHINE**
**P O BOX 308**
**STANLEY, NC 28164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Microfibres, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.138** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,709.18**

**GE CAPITAL C/O RICOH USA PRO**
**P O BOX 41564**
**PHILADELPHIA, PA 19101-1564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.139** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,600.00**

**GLEN RAVEN TRANSPORTATION**
**PO BOX 602308**
**CHARLOTTE, NC 28260-2308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,016.67**

**GOMER CONSULTING GROUP**
**P O BOX 904**
**PACIFIC CITY, OR 97135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.141** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,968.19**

**GOODWAY TECHNOLOGIES CORP.**
**DEPT 106040**
**HARTFORD, CT 06115-0413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$408.15**

**GRAINGER-1**
**DEPT 808895049**
**PALATINE, IL 60038-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,576.02**

**GRAINGER-2**
**DEPT. 803767011**
**PALATINE, IL 60038-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,256.11**

**GRAYBAR ELECTRICAL**
**P O BOX 403049**
**ATLANTA, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Microfibres, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.145** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,065.90**

**GTC TECHNOLOGIES, INC.**
**P O BOX 985**
**ROCK HILL, SC 29731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00**

**GXS, INC**
**9711 WASHINGTON BLVD.**
**GAITHERSBURG, MD 20878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,290.40**

**HAAS OUTDOORS, INC**
**P.O. BOX 757**
**WEST POINT, MS 39773**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$132.00**

**HANGZHOU YANGTSE RIVER DELTA T**

**CITIBANK N.A NEW YORK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$305.78**

**HILLCREST VISION, O.D., P.A.**
**2341 WINTERHAVEN LANE**
**WINSTON-SALEM, NC 27103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.150** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$142,006.31**

**HINCKLEY, ALLEN & SNYDER**
**ATTN: WILLIAM R. GRIMM**
**PROVIDENCE, RI 02903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.151** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,057.70**

**HINTON & HILLMAN, INC.**
**5755 North point Parkway**
**Alpharetta, GA 30022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Microfibres, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$378.56** |
|---|---|---|---|

**HOME DEPOT CREDIT SERVICE**
**DEPT 32-2003301235**
**LOUISVILLE, KY 40290-1030**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,468.82** |
|---|---|---|---|

**HOMETEAM PEST DEFENSE INC**
**3908-C WESTPOINT BLVD**
**WINSTON-SALEM, NC 27103-6721**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$236.94** |
|---|---|---|---|

**HR DIRECT**
**P.O. BOX 451179**
**SUNRISE, FL 33345-1179**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$111.23** |
|---|---|---|---|

**IDLEWYLDE AGENCIES (PTY) LTD**
**76 CLAN STEWART STREET**
**CAPE TOWN**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11.22** |
|---|---|---|---|

**ILD TELECOMMUNICATIONS, INC.**
**5000 SAWGRASS VILLAGE CIR**
**PONTE VEDRA, FL 32082-5042**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,260.60** |
|---|---|---|---|

**IMAGES FABRIC DESIGNS**
**DIV TULLOS INC.**
**VERONA, MS 38879**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,350.00** |
|---|---|---|---|

**INDEV**
**5235 - 26th AVE**
**ROCKFORD, IL 61109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Microfibres, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,980.00 |
|---|---|---|---|

**INDUSTRIAL BRUSH CO. INC.**
**105 CLINTON ROAD**
**FAIRFIELD, NJ 07004**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $989.06 |
|---|---|---|---|

**J A KING & CO, LLC**
**P. O. BOX 160**
**WHITSETT, NC 27377**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,843.00 |
|---|---|---|---|

**J CRAIG HUNT, PSY D**
**2286 BETHESDA ROAD**
**LEXINGTON, NC 27295**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $634.00 |
|---|---|---|---|

**JAMES M. PLEASANTS CO., INC.**
**P.O. BOX 890396**
**CHARLOTTE, NC 28289**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261,643.83 |
|---|---|---|---|

**JAMES R. MCCULLOCH**
**38 COOKE STREET**
**Providence, RI 02903**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**JOMAR SOFTCORP INTERNAT'L**
**1760 BISHOP STREET**
**CAMBRIDGE, ONTARIO**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,835.00 |
|---|---|---|---|

**JOMAR SOFTCORP SERVICES**
**1760 BISHOP STREET**
**CAMBRIDGE, ONTARIO**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Microfibres, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.166** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,471.70**

JORDAN OUTDOOR ENTERPRISE
1390 BOX CIRCLE
COLUMBUS, GA 31907

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.167** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$648.00**

KEETON SALES AGENCY
4920 FRANKLIN AVENUE
WACO, TX 76710-6918

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.168** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,080.00**

KEL CHEMICALS INC.
P O BOX 14865
GREENVILLE, SC 29610

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.169** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,065.14**

KENTEX
NO. 31 HOUSHAN RD.
HANGZHOU

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$142.32**

KENYON FABRICATING
PO BOX 518
LAWNDALE, NC 28090

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.171** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$119.80**

LABOR LAW CENTER, INC.
12534 VALLEY VIEW STREET
GARDEN GROVE, CA 92845-2006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.172** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,087.86**

LASER RECHARGE OF NC
904 NORWALK AVENUE
GREENSBORO, NC 27407

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Microfibres, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$38,420.39** |
|---|---|---|---|

**LEROY E BELK JR**
**TAX COLLECTOR**
**TUPELO, MS 38802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,704.88** |
|---|---|---|---|

**LIFTONE LLC**
**P. O. BOX 602727**
**CHARLOTTE, NC 28260-2727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,530.00** |
|---|---|---|---|

**LINCOLN FINE INGREDIENTS**
**50 INDUSTRIAL CIRCLE**
**LINCOLN, RI 02865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,728.00** |
|---|---|---|---|

**LOCKE LORD LLP**
**P O BOX 416395**
**BOSTON, MA 02241-6395**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,459.30** |
|---|---|---|---|

**LPT, LLC**
**317 GREEN NEEDLES ROAD**
**LEXINGTON, NC 27295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$603,470.10** |
|---|---|---|---|

**LUBRIZOL ADVANCED MATERIALS**
**P O BOX 643050**
**PITTSBURGH, PA 15264-3050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$550.00** |
|---|---|---|---|

**M & M CLEANING SERVICE**
**458 WILLOW ROAD**
**TUPELO, MS 38804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Microfibres, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,208.98 |
|---|---|---|---|

**M DOHMEN USA INC.**
**P. O. BOX 300041**
**DULUTH, GA 30096-0300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $705.23 |
|---|---|---|---|

**MACE SECURITY PRODUCTS**
**4400 CARNEGIE AVE**
**CLEVELAND, OH 44103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $545.05 |
|---|---|---|---|

**MACHINE & WELDING**
**P.O BOX 1708**
**DUNN, NC 28335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $229.84 |
|---|---|---|---|

**MARLIN BUSINESS BANK**
**PO BOX 13604**
**PHILADELPHIA, PA 19101-3604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $775.00 |
|---|---|---|---|

**MARLIN CHEMICAL CO.**
**P O BOX 639**
**LENOIR, NC 28645**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**MARSHA MCNEELY HIERL**
**3721 DERBYSHIRE ROAD**
**WINSTON-SALEM, NC 27104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $339.54 |
|---|---|---|---|

**MASTERCRAFT INCORPORATED**
**P O BOX 97**
**LAGRANGE, IN 46761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Microfibres, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $482.93 |
|---|---|---|---|

**MASTERMANS**
P O BOX 411
AUBURN, MA 01501-0411

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,359.05 |
|---|---|---|---|

**MATT MARSHALL & CO.**
P O BOX 77357
GREENSBORO, NC 27417

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |
|---|---|---|---|

**MCAFEE, INC**
6052 PAYSPHERE CIRCLE
CHICAGO, IL 60674-6052

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,453.13 |
|---|---|---|---|

**MCMASTER-CARR SUPPLY CO.**
P O BOX 7690
CHICAGO, IL 60680-7690

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,703.24 |
|---|---|---|---|

**MCRAE ROOFING**
P O BOX 2148
ASHEBORO, NC 27204-2148

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34.32 |
|---|---|---|---|

**MECHANICAL SUPPLY COMPANY**
P O BOX 709
MATHEWS, NC 28106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,085.09 |
|---|---|---|---|

**MEE INDUSTRIES INC**
16021 ADELANTE STREET
IRWINDALE, CA 91702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Microfibres, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.194** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,980.50**

MELATEX INCORPORATED
P.O. BOX 5127
CHARLOTTE, NC 28299-5127

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.195** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,290.00**

METLIFE INSURANCE COMPANY
REMITTANCE SERVICE CENTER
PITTSBURGH, PA 15250-7499

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.196** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,623,998.88**

MICROFIBRES PARTNERSHIP
38 COOKE STREET
PROVIDENCE, RI 02907

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.197** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$770,213.20**

MILLIKEN & COMPANY
P O BOX 7247-8959
PHILADELPHIA, PA 19170

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.198** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48,602.00**

MONROE STAFFING
P.O. BOX 783043
PHILADELPHIA, PA 19178-3043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.199** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$65.76**

MONTS PAPER & PACKAGING
P. O. BOX 647
TUPELO, MS 38802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.200** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,493.88**

MORRISETTE PAPER COMPANY, IN
P.O. BOX 890982
CHARLOTTE, NC 28289-0982

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Microfibres, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $386.69 |
|---|---|---|---|
| | **MOTION INDUSTRIES INC** | ☐ Contingent | |
| | **P O BOX 404130** | ☐ Unliquidated | |
| | **ATLANTA, GA 30384** | ☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,800.00 |
|---|---|---|---|
| | **MSDSPRO LLC** | ☐ Contingent | |
| | **1300 E 68TH AVENUE** | ☐ Unliquidated | |
| | **ANCHORAGE, AK 99518** | ☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,793.75 |
|---|---|---|---|
| | **NARRAGANSETT BAY COMMISSION** | ☐ Contingent | |
| | **P O BOX 9668** | ☐ Unliquidated | |
| | **PROVIDENCE, RI 02940-9668** | ☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,812.76 |
|---|---|---|---|
| | **NATIONAL GRID** | ☐ Contingent | |
| | **PO BOX 11739** | ☐ Unliquidated | |
| | **NEWARK, NJ 07101-4739** | ☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,742.40 |
|---|---|---|---|
| | **NATIONAL LIFE INSURANCE CO.** | ☐ Contingent | |
| | **P O BOX 371894** | ☐ Unliquidated | |
| | **PITTSBURGH, PA 15250-7894** | ☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,420.00 |
|---|---|---|---|
| | **NATIONAL TEXTILE ASSOC** | ☐ Contingent | |
| | **P.O. BOX 1090** | ☐ Unliquidated | |
| | **CHERRYVILLE, NC 28021** | ☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $186.63 |
|---|---|---|---|
| | **NEWARK** | ☐ Contingent | |
| | **P O BOX 94151** | ☐ Unliquidated | |
| | **PALATINE, IL 60094-4151** | ☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim: ___ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Microfibres, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $313.76 |
|---|---|---|---|

**NEXTHERMAL**
**1045 HARTS LAKE RD**
**BATTLE CREEK, MI 49037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,289.34 |
|---|---|---|---|

**NMHG FINANCIAL SERVICES, INC**
**P.O. BOX 643749**
**PITTSBURGH, PA 15264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $256.61 |
|---|---|---|---|

**NORTH STATE COMMUNICATION**
**P O BOX 612**
**HIGH POINT, NC 27261-0612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109.00 |
|---|---|---|---|

**NOVANT HEALTH PRIMECARE**
**1399 WESTGATE CENTER DRIVE**
**WINSTON-SALEM, NC 27114-4609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,352.19 |
|---|---|---|---|

**OLD DOMINION FREIGHT LINE**
**P O BOX 415202**
**BOSTON, MA 02241-5202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,311.71 |
|---|---|---|---|

**OMEGA ENGINEERING INC**
**P.O. BOX 405369**
**ATLANTA, GA 30384-5369**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,362.50 |
|---|---|---|---|

**ONEPATH SYSTEMS OF NC, LLC**
**7900 TRIAD CENTER DRIVE**
**GREENSBORO, NC 27409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Microfibres, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.215**  **Nonpriority creditor's name and mailing address**

**ORGANIC DYES AND PIGMENTS LL**
**65 VALLEY ST**
**EAST PROVIDENCE, RI 02914**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No  ☐ Yes

**$17,514.20**

---

**3.216**  **Nonpriority creditor's name and mailing address**

**OVERLAND SUPPLY**
**P O BOX 498**
**PAWTUCKET, RI 02862**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No  ☐ Yes

**$377.81**

---

**3.217**  **Nonpriority creditor's name and mailing address**

**PALL CORPORATION**
**770 PENNSYLVANIA DRIVE**
**EXTON, PA 19341**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No  ☐ Yes

**$384.60**

---

**3.218**  **Nonpriority creditor's name and mailing address**

**PARK PLACE TECHNOLOGIES, LLC**
**P O BOX 78000 - DEPT 781156**
**DETROIT, MI 48278-1156**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No  ☐ Yes

**$4,945.12**

---

**3.219**  **Nonpriority creditor's name and mailing address**

**PAWTUCKET WATER SUPPLY**
**P O BOX 1111**
**PROVIDENCE, RI 02901-1111**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No  ☐ Yes

**$10,403.14**

---

**3.220**  **Nonpriority creditor's name and mailing address**

**PEAK- RYZEX, INC.**
**121 BROADWAY**
**DOVER, NH 03820**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No  ☐ Yes

**$2,582.54**

---

**3.221**  **Nonpriority creditor's name and mailing address**

**PENSKE TRUCK LEASING CO**
**P O BOX 802577**
**CHICAGO, IL 60680-2577**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No  ☐ Yes

**$2,149.51**

---

| Debtor | **Microfibres, Inc.** | | Case number (if known) | |
|--------|------------------------|---|--------------------------|---|
| | Name | | | |

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,161.46** |
|-------|-----|-----|-----|

**PIEDMONT NATURAL GAS**
**P.O. BOX 660920**
**DALLAS, TX 75266-0920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$290.00** |
|-------|-----|-----|-----|

**PIERCE FIRE PROTECTION SERVI**
**24 GRECO LANE**
**WARWICK, RI 02886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32.00** |
|-------|-----|-----|-----|

**PITNEY BOWES GLOBAL FINANCIA**
**P O BOX 371887**
**PITTSBURGH, PA 15250-7887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$168.52** |
|-------|-----|-----|-----|

**PITNEY BOWES PURCHASE**
**POWER**
**PITTSBURGH, PA 15250-7874**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,888.49** |
|-------|-----|-----|-----|

**POBCO INC.**
**99 HOPE AVENUE**
**WORCHESTER, MA 01603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,065.25** |
|-------|-----|-----|-----|

**POLYTRONICS ENGINEERING**
**30 WEST BEAVER CREEK**
**RICHMOND HILL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$120.83** |
|-------|-----|-----|-----|

**PRINCIPAL FINANCIAL GROUP**
**P O BOX 9394**
**DES MOINES, IA 50306-9394**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Microfibres, Inc.** | | Case number (if known) | |
| | Name | | | |

---

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $67.24 |
| | **PROFESSIONAL COFFEE SERV** | ☐ Contingent | |
| | **P O BOX 240** | ☐ Unliquidated | |
| | **CORINTH, MS 38835-0240** | ☐ Disputed | |
| | Date or dates debt was incurred ___ | | |
| | Last 4 digits of account number ___ | Basis for the claim: ___ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $276.00 |
| | **PROVIDENT LIFE & ACCIDENT** | ☐ Contingent | |
| | **INSURANCE COMPANY** | ☐ Unliquidated | |
| | **CHATTANOOGA, TN 37402** | ☐ Disputed | |
| | Date or dates debt was incurred ___ | | |
| | Last 4 digits of account number ___ | Basis for the claim: ___ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,258.78 |
| | **PURCHASE POWER** | ☐ Contingent | |
| | **P. O. BOX 371874** | ☐ Unliquidated | |
| | **PITTSBURGH, PA 15250-7874** | ☐ Disputed | |
| | Date or dates debt was incurred ___ | | |
| | Last 4 digits of account number ___ | Basis for the claim: ___ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $148,845.57 |
| | **PURE NOBLE INTERNATIONAL LIM** | ☐ Contingent | |
| | **ROOM 819** | ☐ Unliquidated | |
| | **SHANGHAI** | ☐ Disputed | |
| | Date or dates debt was incurred ___ | | |
| | Last 4 digits of account number ___ | Basis for the claim: ___ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,333.80 |
| | **QUALITY INDUSTRIAL ELECTRONI** | ☐ Contingent | |
| | **P.O. BOX 846** | ☐ Unliquidated | |
| | **OAK RIDGE, NC 27310** | ☐ Disputed | |
| | Date or dates debt was incurred ___ | | |
| | Last 4 digits of account number ___ | Basis for the claim: ___ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $545.72 |
| | **QUARLES FUEL NETWORK** | ☐ Contingent | |
| | **PO BOX 7327** | ☐ Unliquidated | |
| | **FREDERICKSBURG, VA 22404** | ☐ Disputed | |
| | Date or dates debt was incurred ___ | | |
| | Last 4 digits of account number ___ | Basis for the claim: ___ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,545.00 |
| | **R & R PLUMBING** | ☐ Contingent | |
| | **2416 MILLING RD.** | ☐ Unliquidated | |
| | **MOCKSVILLE, NC 27028** | ☐ Disputed | |
| | Date or dates debt was incurred ___ | | |
| | Last 4 digits of account number ___ | Basis for the claim: ___ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Microfibres, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.236**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,675.00 |
|---|---|---|
| RABINOVITZ CONSULTING, INC<br>14712 BOTANY WAY<br>NORTH POTOMAC, MD 20878 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred ___ | Basis for the claim: ___ | |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.237**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $299.72 |
|---|---|---|
| RADWELL INTERNATIONAL, INC.<br>PO BOX 822828<br>PHILADELPHIA, PA 19182-2828 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred ___ | Basis for the claim: ___ | |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.238**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $360.79 |
|---|---|---|
| RANKIN INDUSTRIES<br>PO BOX 1213<br>DALLAS, NC 28034 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred ___ | Basis for the claim: ___ | |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.239**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $377.80 |
|---|---|---|
| REAGENTS, INC<br>P. O. BOX 961102<br>FORT WORTH, TX 76161-1102 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred ___ | Basis for the claim: ___ | |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.240**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $816.83 |
|---|---|---|
| REPUBLIC SERVICES #097<br>P O BOX 9001099<br>LOUISVILLE, KY 40290-1099 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred ___ | Basis for the claim: ___ | |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.241**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56.78 |
|---|---|---|
| RICARDO PEREZ DELA VEGA<br>AV. LA PAZ NO. 2597<br>GUADALAJARA, JA 44130 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred ___ | Basis for the claim: ___ | |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.242**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $968.08 |
|---|---|---|
| RICOH USA, INC<br>P O BOX 827577<br>PHILADELPHIA, PA 19182-7577 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred ___ | Basis for the claim: ___ | |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Microfibres, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $124.54 |
|---|---|---|---|

**ROBERT BOVEN**
**B.W. AGENCIES**
**WYTHENSHAW**
**MANCHESTER**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,098.00 |
|---|---|---|---|

**ROTHTEC ENGRAVING**
**P O BOX 50060**
**NEW BEDFORD, MA 02745-0002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,055.20 |
|---|---|---|---|

**ROYAL ADHESIVES AND SEALANTS**
**P. O. BOX 711886**
**CINCINNATI, OH 45271-1886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,949.52 |
|---|---|---|---|

**RSM KOMMUNIKATIONS**
**MARKETING GMBH**
**NURNBERG**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,872.75 |
|---|---|---|---|

**RUDOLF-VENTURE CHEMICAL**
**452 LAKESHORE PARKWAY**
**ROCK HILL, SC 29730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $633.21 |
|---|---|---|---|

**SAFETY KLEEN**
**P O BOX 382066**
**PITTSBURGH, PA 15250-8066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,267.00 |
|---|---|---|---|

**SAFETY SIGNAL CO.**
**P O BOX 336**
**MILLIS, MA 02054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Microfibres, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,356.09** |
|---|---|---|---|

**SAMPLETECH INC**
**P.O. BOX 7062**
**HIGH POINT, NC 27264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,679.37** |
|---|---|---|---|

**SAP AMERICA, INC**
**PO BOX 7780   824024**
**PHILADELPHIA, PA 19182-4024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$625.00** |
|---|---|---|---|

**SCAN AGAIN CORP.**
**DEPT CH 16866**
**PALATINE, IL 60055-6868**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,600.00** |
|---|---|---|---|

**SCANTECH AMERICAS, INC**
**8637 GROVEMONT CIRCLE**
**GAITHERSBURG, MD 20877**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,269.29** |
|---|---|---|---|

**SCHENCK PROCESS LLC**
**PO BOX 19747**
**PALATINE, IL 60055-9747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,837.62** |
|---|---|---|---|

**SEECO INC**
**920 SALEM GLEN COURT**
**CLEMMONS, NC 27012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,700.00** |
|---|---|---|---|

**SERVICE-TECH CORP**
**7589 FIRST PLACE**
**OAKWOOD VILLAGE, OH 44146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Microfibres, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.257** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$321.60**

**SHRED-IT USA**
**1150 PROVIDENCE HIGHWAY**
**SHARON, MA 02067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.258** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,213.67**

**SNOW ELECTRIC CO., INC.**
**428 BROOKSTOWN AVENUE**
**WINSTON-SALEM, NC 27101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.259** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$190.00**

**SOCIETY FOR HUMAN**
**RESOURCE MANAGEMENT**
**BALTIMORE, MD 21279-0482**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.260** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$357,370.90**

**SOLVAY USA INC**
**PO BOX 510838**
**PHIADELPHIA, PA 19175-0838**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.261** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,114.46**

**SOURCE TRANSPORT**
**P O BOX 10200**
**MATTHEWS, NC 28106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.262** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,358.29**

**SOUTHEASTERN FREIGHT LINES**
**P O BOX 100104**
**COLUMBIA, SC 29202-3104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.263** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$165.71**

**SOUTHERN FASTENERS AND**
**SUPPLY INC**
**CHARLOTTE, NC 28289-0507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Microfibres, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $92.36 |
|---|---|---|---|

**SPRINT**
**P O BOX 219100**
**KANSAS CITY, MO 64121-9100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $122.27 |
|---|---|---|---|

**SPRINT PRINT OF TUPELO AND S**
**HARDEN ENTERPRISES, INC.**
**TUPELO, MS 38804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.10 |
|---|---|---|---|

**SPS COMMERCE, INC**
**VB BOX 3**
**MINNEAPOLIS, MN 55480-9202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,751.14 |
|---|---|---|---|

**STAPLES CREDIT PLAN**
**P O BOX 689020**
**DES MOINES, IA 50368-9020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,769.97 |
|---|---|---|---|

**STATE ELECTRIC SUPPLY CO**
**dba LIGON ELECTRIC SUPPLY CO**
**CHARLOTTE, NC 28289-0889**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $203.95 |
|---|---|---|---|

**STATESVILLE PROCESS INSTR**
**111 TEMPERATURE LANE**
**STATESVILLE, NC 28677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $942.35 |
|---|---|---|---|

**SUBURBAN PROPANE**
**PO BOX G**
**WHIPPANY, NJ 07981-0406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Microfibres, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.271** | **Nonpriority creditor's name and mailing address**

**SUMMIT ELECTRICAL CONTRACTOR**
**21 POWDER HILL ROAD**
**LINCOLN, RI 02865**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$1,373.61**

---

**3.272** | **Nonpriority creditor's name and mailing address**

**SUNBELT PACKAGING, LLC**
**P.O. BOX 531679**
**ATLANTA, GA 30353-1679**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$4,537.94**

---

**3.273** | **Nonpriority creditor's name and mailing address**

**SUPPLY NEW ENGLAND**
**P O BOX 838**
**ATTLEBORO, MA 02703**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$91.59**

---

**3.274** | **Nonpriority creditor's name and mailing address**

**SYMTECH INC.**
**P O BOX 751033**
**CHARLOTTE, NC 28275-1033**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$2,635.00**

---

**3.275** | **Nonpriority creditor's name and mailing address**

**SYNERGY RECYCLING**
**320 SOUTH GIBSON DRIVE**
**MADISON, NC 27025**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$430.25**

---

**3.276** | **Nonpriority creditor's name and mailing address**

**SYSTEMS DEVELOPMENT & SUPPOR**
**35 MT. VERNON STREET**
**WEST ROXBURY, MA 02132**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$3,393.75**

---

**3.277** | **Nonpriority creditor's name and mailing address**

**TENCARVA MACHINERY CO.**
**P O BOX 409897**
**ATLANTA, GA 30384-9897**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$1,280.95**

---

| Debtor | Microfibres, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.278** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$733.89**

**TENNANT SALES AND SERVICE CO**
**P O BOX 71414**
**CHICAGO, IL 60694-1414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.279** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$153.00**

**THE BUSINESS JOURNAL**
**P. O. BOX 36919**
**CHARLOTTE, NC 28236-9904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.280** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$359.73**

**THE LILLY COMPANY**
**P.O. BOX 1000**
**MEMPHIS, TN 38148-0184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.281** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,492.00**

**THE MASSEY COMPANY**
**9006-A PERIMETER WOODS DRIVE**
**CHARLOTTE, NC 28216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.282** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,689.36**

**THIES CORPORATION**
**P O BOX 36010**
**ROCK HILL, SC 29732-0500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.283** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,005.00**

**TMP OF NC, INC.**
**1201 OLD STAGE RD.**
**YADKINVILLE, NC 27055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.284** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$292.22**

**TOMBIGBEE ELECTRIC POWER**
**P O BOX 1789**
**TUPELO, MS 38802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Microfibres, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.285**

**Nonpriority creditor's name and mailing address**
**TRI-BLENDS, INC**
**PO BOX 2126**
**INDIAN TRAIL, NC 28079**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$1,761.75**

---

**3.286**

**Nonpriority creditor's name and mailing address**
**TRI-POWER**
**P O BOX 444**
**MOCKSVILLE, NC 27028**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$526.41**

---

**3.287**

**Nonpriority creditor's name and mailing address**
**TUPELO WATER & LIGHT**
**P O BOX 588**
**TUPELO, MS 38802-0588**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$42.73**

---

**3.288**

**Nonpriority creditor's name and mailing address**
**TW TELECOM**
**P O BOX 910182**
**DENVER, CO 80291-0182**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$19,158.95**

---

**3.289**

**Nonpriority creditor's name and mailing address**
**TWIN CITY SPRINKLER CO., INC**
**PO BOX 12457**
**WINSTON-SALEM, NC 27117**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$1,494.87**

---

**3.290**

**Nonpriority creditor's name and mailing address**
**TYCO INTEGRATED SECURITY LLC**
**P O BOX 371967**
**PITTSBURGH, PA 15250-7967**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$21,660.76**

---

**3.291**

**Nonpriority creditor's name and mailing address**
**U-LINE**
**2200 S. LAKESIDE DRIVE**
**WAUKEGAN, IL 60085**

Date or dates debt was incurred ___

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$615.51**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Microfibres, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,837.29 |
|---|---|---|---|

**UNITED AIR FILTER CO.**
**P O BOX 34215**
**CHARLOTTE, NC 28234-4215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,645.31 |
|---|---|---|---|

**UNIVERSAL PROTECTION SERVICE**
**26375 NETWORK PLACE**
**CHICAGO, IL 60673-1263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,062.54 |
|---|---|---|---|

**UPS**
**P O BOX 7247-0244**
**PHILADELPHIA, PA 19170-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,027.10 |
|---|---|---|---|

**VERIZON WIRELESS**
**P.O. BOX 660108**
**DALLAS, TX 75266-0108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,289.83 |
|---|---|---|---|

**VERLAG MATTHIAS RITTHAMMER GMB**
**P O BOX 24249**
**WINSTON-SALEM, NC 27114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $217.97 |
|---|---|---|---|

**VWR INTERNATIONAL INC**
**P O BOX 640169**
**PITTSBURGH, PA 15264-0169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $614.07 |
|---|---|---|---|

**WASTE MANAGEMENT OF N MS**
**P O BOX 9001054**
**LOUISVILLE, KY 40290-1054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Microfibres, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97.80 |
|---|---|---|---|

**WASTE MANAGEMENT OF RI**
P O BOX 13648
Philadelphia, PA 19101-3648

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,986.38 |
|---|---|---|---|

**WASTE MANAGEMENT WS**
P O BOX 105453
ATLANTA, GA 30348

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $371.19 |
|---|---|---|---|

**WAT-R-BOY PURIFICATION**
P O BOX 603
KERNERSVILLE, NC 27285-603

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,048.02 |
|---|---|---|---|

**WEKO NORTH AMERICA**
P.O. BOX 170037
SPARTANBURG, SC 29301

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,155.35 |
|---|---|---|---|

**WELLS FARGO EQUIPMENT**
NW-8178
MINNEAPOLIS, MN 55485-8178

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,994.08 |
|---|---|---|---|

**WENDAO TEXTILE CO., LTD**
NO. 62 JUXIAN ROAD
ZHEJIANG

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $304.94 |
|---|---|---|---|

**WESCO-CCS**
P.O. BOX 642728
PITTSBURGH, PA 15264-2728

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Microfibres, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.306** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$937.12**

**WESTCO SALES, INC**
**P.O. BOX 25484**
**CHARLOTTE, NC 28229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.307** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$259.00**

**WHELAN & SIKET, LLP**
**30 KENNEDY PLAZA, SUITE 402**
**PROVIDENCE, RI 02903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.308** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$585.00**

**WINSTON-SALEM CHAMBER OF**
**COMMERCE**
**WINSTON-SALEM, NC 27101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.309** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$865.54**

**WOLSELEY INDUSTRIES #1430**
**P. O. BOX 536479**
**ATLANTA, GA 30353-6479**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.310** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,310.45**

**WOMBLE CARLYLE SANDRIDGE**
**PO BOX 601879**
**CHARLOTTE, NC 28260-1879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.311** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,030.00**

**WORLDWIDE LOGISTICS LTD.**
**405 PARK AVENUE**
**NEW YORK, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.312** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$822.94**

**ZEP MANUFACTURING CO.**
**P.O. BOX 404628**
**ATLANTA, GA 30384-4628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Microfibres, Inc.** | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $397,728.95 |
| --- | --- | --- | --- |
| | **Zhongwang Holding Group Co.,** | ☐ Contingent | |
| | **SHULHONG TEMPLE VILLAGE** | ☐ Unliquidated | |
| | **HANGZHOU** | ☐ Disputed | |
| | Date or dates debt was incurred ___ | | |
| | Last 4 digits of account number ___ | Basis for the claim: ___ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,413.50 |
| --- | --- | --- | --- |
| | **ZSCHIMMER & SCHWARZ INC** | ☐ Contingent | |
| | **P O BOX 1105** | ☐ Unliquidated | |
| | **MILLEDGEVILLE, GA 31059-1105** | ☐ Disputed | |
| | Date or dates debt was incurred ___ | | |
| | Last 4 digits of account number ___ | Basis for the claim: ___ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |
| | | |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
| --- | --- | --- |
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 12,657,109.46 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. $ | 12,657,109.46 |

**Fill in this information to identify the case:**

Debtor name **Microfibres, Inc.**

United States Bankruptcy Court for the: DISTRICT OF RHODE ISLAND

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
   (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Lease for parking spaces adjacent to building 1125 Main Street Month-to-month: $900.00 monthly** |
| | **Lease for parking spaces in front of 1125 Main Street Month-to-month $350.00 monthly** |
| State the term remaining | |
| | **BLACKSTONE VALLEY COMMUNITY HE** |
| List the contract number of any government contract | **39 EAST AVENUE** |
| | **Pawtucket, RI 02860** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Trailer Leasing - Storage** |
| State the term remaining | **Unknown** |
| | **BOWMAN TRAILER LEASING** |
| List the contract number of any government contract | **201 S. REGIONAL ROAD** |
| | **GREENSBORO, NC** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Contingent Liability Agreement with Microfibres Logistics (non-related) distributor dated December 4, 2014** |
| State the term remaining | |
| List the contract number of any government contract | **Contingent Liability Agreement** |

Debtor 1   **Microfibres, Inc.**
_____   _____   _____        Case number (*if known*)  _____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.4.**  State what the contract or lease is for and the nature of the debtor's interest | **Lease for building space in 1125 Main Street - part of Microfibres Inc. in Rhode Island Period from November 1, 2015 Month-to-month $3581.25** |
| State the term remaining | |
| List the contract number of any government contract | **Cooley Group 50 Esten Avenue Pawtucket, RI 02860** |
| **2.5.**  State what the contract or lease is for and the nature of the debtor's interest | **Fork Lift Leases** |
| State the term remaining | **Unknown** |
| List the contract number of any government contract | **DE LAGE LANDEN FINANCIAL SER P. O. BOX 41602 PHILADELPHIA, PA 19101-1602** |
| **2.6.**  State what the contract or lease is for and the nature of the debtor's interest | **Fork Lift Leases** |
| State the term remaining | **Unknown** |
| List the contract number of any government contract | **DE LAGE LANDEN FINANCIAL SER P. O. BOX 41603 PHILADELPHIA, PA 19101-1602** |
| **2.7.**  State what the contract or lease is for and the nature of the debtor's interest | **Fork Lift Leases** |
| State the term remaining | **Unknown** |
| List the contract number of any government contract | **DE LAGE LANDEN FINANCIAL SER P. O. BOX 41604 PHILADELPHIA, PA 19101-1602** |
| **2.8.**  State what the contract or lease is for and the nature of the debtor's interest | **Fork Lift Leases** |
| State the term remaining | **Unknown** |
| List the contract number of any government contract | **DE LAGE LANDEN FINANCIAL SER P. O. BOX 41605 PHILADELPHIA, PA 19101-1602** |

Debtor 1    **Microfibres, Inc.**
_____    Case number *(if known)* _____
First Name       Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Fork Lift Leases** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **DE LAGE LANDEN FINANCIAL SER**<br>**P. O. BOX 41606**<br>**PHILADELPHIA, PA 19101-1602** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Fork Lift Leases** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **DE LAGE LANDEN FINANCIAL SER**<br>**P. O. BOX 41607**<br>**PHILADELPHIA, PA 19101-1602** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Fork Lift Leases** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **DE LAGE LANDEN FINANCIAL SER**<br>**P. O. BOX 41608**<br>**PHILADELPHIA, PA 19101-1602** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Fork Lift Leases** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | List the contract number of any government contract | | **DE LAGE LANDEN FINANCIAL SER**<br>**P. O. BOX 41609**<br>**PHILADELPHIA, PA 19101-1602** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Commission Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **DLV SALES INC**<br>**C/O TONY VINSON**<br>**SHANNON, MS 38868** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Commission Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of | | **FRANK W. DAMIANO**<br>**THREE OAKLAND DRIVE**<br>**PORT WASHINGTON, NY 11050-4125** |

Debtor 1   **Microfibres, Inc.**
First Name        Middle Name        Last Name                        Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | any government contract | | |
|---|---|---|---|

| 2.1 5. | State what the contract or lease is for and the nature of the debtor's interest | **Commission Agreement** | |
| | State the term remaining | | **INTERIOR-DESIGN FABRIKSTRASSE 18 TECK** |
| | List the contract number of any government contract | | |

| 2.1 6. | State what the contract or lease is for and the nature of the debtor's interest | **Software Maintenance** | |
| | State the term remaining | **Unknown** | **JOMAR SOFTCORP 1760 BISHOP STREET CAMBRIDGE, ONTARIO** |
| | List the contract number of any government contract | | |

| 2.1 7. | State what the contract or lease is for and the nature of the debtor's interest | **Sales Representative Agreement** | |
| | State the term remaining | | **KENTEX MILLS (BELLA HOME) NO. 31 HOUSHAN RD., CHONGXIAN TOWN, YUHANG DISTRICT, HANGZHO ZHEJIANG, CHINA, CT** |
| | List the contract number of any government contract | | |

| 2.1 8. | State what the contract or lease is for and the nature of the debtor's interest | **Rent for Apartment** | |
| | State the term remaining | **Unknown** | **MARSHA MCNEELY HIERL 3721 DERBYSHIRE ROAD WINSTON-SALEM, NC 27104** |
| | List the contract number of any government contract | | |

| 2.1 9. | State what the contract or lease is for and the nature of the debtor's interest | **Deferred Compensation Agreement** | |
| | State the term remaining | | **MARY ANN BEIRNE 5 WAKE ROBIN ROAD UNIT #2105 Lincoln, RI 02865** |
| | List the contract number of any government contract | | |

| 2.2 0. | State what the contract or lease is for and the nature of the debtor's interest | **Deferred Compensation Agreement** | **MICHAEL E. CZARNECKI 439 RIVERBEND DRIVE Advance, NC 27006** |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor 1  **Microfibres, Inc.**
_____
First Name        Middle Name        Last Name

Case number (if known) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.2 1. | State what the contract or lease is for and the nature of the debtor's interest | **Distributor/Product Warranty Contingent Liability Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Microfibres Logistics Textaafoam B.V. Tijvoortsebaan 5,5051 HJ Gorle Netherlands** |
| | List the contract number of any government contract | | |

| 2.2 2. | State what the contract or lease is for and the nature of the debtor's interest | **Commission Agreement** | |
|---|---|---|---|
| | State the term remaining | | **MUZEKARI & ASSOCIATES P.O. BOX 987 High Point, NC 27260** |
| | List the contract number of any government contract | | |

| 2.2 3. | State what the contract or lease is for and the nature of the debtor's interest | **Fork Lift Leases** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **NMHG FINANCIAL SERVICES, INC P.O. BOX 643749 PITTSBURGH, PA 15264** |
| | List the contract number of any government contract | | |

| 2.2 4. | State what the contract or lease is for and the nature of the debtor's interest | **Tupelo Lease Truck** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **PENSKE TRUCK LEASING CO P O BOX 802577 CHICAGO, IL 60680-2577** |
| | List the contract number of any government contract | | |

| 2.2 5. | State what the contract or lease is for and the nature of the debtor's interest | **Commission Agreement** | |
|---|---|---|---|
| | State the term remaining | | **PETER DAWE PTY LTD 5 SEQUOIA CLOSE SYDNEY NSW 2073** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Microfibres, Inc.**
    First Name      Middle Name      Last Name         Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2 6.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Postage Machine**<br><br><br>**Unkwnon**<br><br><br><br>**PITNEY BOWES**<br>**2225 American Drive**<br>**NEENAH, WI** |
| **2.2 7.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Commission Agreement**<br><br><br><br>**RICARDO PEREZ DELA VEGA**<br>**AV. LA PAZ NO. 2597**<br>**GUADALAJARA, JA 44130** |
| **2.2 8.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Commission Agreement**<br><br><br><br>**RICHARD D. BARRETT, INC.**<br>**1667 LAS LUNAS STREET**<br>**PASADENA, CA 91106** |
| **2.2 9.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Commission Agreement**<br><br><br><br>**ROBERT BOVEN**<br>**B.W. AGENCIES**<br>**WYTHENSHAW, MANCHESTER** |
| **2.3 0.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Fork Lifts**<br><br><br>**Unknown**<br><br><br>**TOYOTA COMMERCIAL FINANCE**<br>**DEPT. 2431**<br>**CAROL STREAM, IL** |
| **2.3 1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of | **Fork Lifts**<br><br><br>**Unknown**<br><br><br>**TOYOTA COMMERCIAL FINANCE**<br>**DEPT. 2433**<br>**CAROL STREAM, IL** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1   **Microfibres, Inc.**                                                Case number *(if known)* _____
         First Name          Middle Name        Last Name

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| any government contract | |

| 2.3 2. | State what the contract or lease is for and the nature of the debtor's interest | **Fork Lifts** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **TOYOTA COMMERCIAL FINANCE DEPT. 2434 CAROL STREAM, IL** |
| | List the contract number of any government contract | | |

| 2.3 3. | State what the contract or lease is for and the nature of the debtor's interest | **Fork Lifts** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **TOYOTA COMMERCIAL FINANCE DEPT. 2435 CAROL STREAM, IL** |
| | List the contract number of any government contract | | |

| 2.3 4. | State what the contract or lease is for and the nature of the debtor's interest | **Fork Lifts** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **TOYOTA COMMERCIAL FINANCE DEPT. 2436 CAROL STREAM, IL** |
| | List the contract number of any government contract | | |

| 2.3 5. | State what the contract or lease is for and the nature of the debtor's interest | **Fork Lifts** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **TOYOTA COMMERCIAL FINANCE DEPT. 2437 CAROL STREAM, IL** |
| | List the contract number of any government contract | | |

| 2.3 6. | State what the contract or lease is for and the nature of the debtor's interest | **Fork Lifts** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **TOYOTA COMMERCIAL FINANCE DEPT. 2438 CAROL STREAM, IL** |
| | List the contract number of any government contract | | |

| 2.3 7. | State what the contract or lease is for and the nature of the debtor's interest | **Fork Lifts** | **TOYOTA COMMERCIAL FINANCE DEPT. 2439 CAROL STREAM, IL** |
|---|---|---|---|

Debtor 1    **Microfibres, Inc.**
_____    Case number (*if known*) _____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining **Unknown** | |
| List the contract number of any government contract _____ | |
| 2.3 8. State what the contract or lease is for and the nature of the debtor's interest **Security System in WS Plant** | |
| State the term remaining **Unknown** | **TYCO INTEGRATED SECURITY LLC** |
| List the contract number of any government contract _____ | **P O BOX 371967** **PITTSBURGH, PA 15250-7967** |
| 2.3 9. State what the contract or lease is for and the nature of the debtor's interest **Security in Winston Plant** | |
| State the term remaining **Unknown** | **UNIVERSAL PROTECTION SERVICE** |
| List the contract number of any government contract _____ | **26375 NETWORK PLACE** **CHICAGO, IL 60673-1263** |
| 2.4 0. State what the contract or lease is for and the nature of the debtor's interest **Commission Agreement** | |
| State the term remaining | |
| List the contract number of any government contract _____ | **W.F.M. VAN DER AA.** **DELTALAAN 25** |
| 2.4 1. State what the contract or lease is for and the nature of the debtor's interest **Commission Agreement** | |
| State the term remaining | **WAH, INC.** |
| List the contract number of any government contract _____ | **C/O ED JACOBS** **Taylorsville, NC 28681** |
| 2.4 2. State what the contract or lease is for and the nature of the debtor's interest **Commission Agreement** | |
| State the term remaining | |
| List the contract number of any government contract _____ | **WO TEX, INC.** **Sugar Grove, IL 60554** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Microfibres, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF RHODE ISLAND__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____ <br> Street <br> _____ <br> City          State          Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | _____ <br> Street <br> _____ <br> City          State          Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | _____ <br> Street <br> _____ <br> City          State          Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | _____ <br> Street <br> _____ <br> City          State          Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |