

02-22 '16 AM11:52

February 17, 2016

Joseph M. DiOrio
Law Office of Joseph M. DiOrio, Inc.
144 Westminster St.
Suite 302
Providence, RI 02903

Re: Microfibres, Inc. Case Number 1:16-bk-10154

Dear Attorney DiOrio:

Please be advised that Cabco Engineering Company formerly of 372 Central Ave. Pawtucket, RI 02860 is now located at 207 Hornpipe Hills San Antonio, TX 78260

Regards,

Ernest J. Cabral

207 Hornpipe Hills, San Antonio, TX 78260

Phone: 401-954-6066