# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In re: ) | |
| ) | |
| ) | Chapter 7 |
| Microfibres, Inc., ) | |
| ) | Case No. 16-bk-10154 |
| Debtor. ) | |
| ) | |

## DEBTOR'S NOTICE OF UPDATED ADDRESS

1. Name of Creditor: Worldwide Logistics Ltd.

2. Old Address:

    Name(s): Worldwide Logistics Ltd.

    Mailing Address: 405 Park Avenue

    New York, NY 10022-4405

3. New Noticing Address:

    Name(s): Worldwide Logistics Ltd.

    Mailing Address: 25 E. Spring Valley Ave., Suite 205

    Maywood, NJ 07607-2150

                            MICROFIBRES, INC.

                            By its attorneys,

                            /s/ *Paul F. O'Donnell, III*
                            Paul F. O'Donnell, III
                            (BBO #552456)
                            Hinckley, Allen & Snyder LLP
                            28 State Street
                            Boston, MA 02109-1775
                            (617) 345-9000 (Phone)
March 14, 2016             (617) 345-9020 (Fax)

55613255v1