EXHIBIT D

# Thomas Industries, Inc.

| East Coast | West Coast |
|---|---|
| 2414 Boston Post Rd, Guilford, CT 06437 | 1109 Luneta Drive, Del Mar, CA 92014 |
| (203) 458-0709   Fax (203) 458-0727 | (619) 259-6775  Fax (619) 259-6869 |

Internet: http://www.thomasauction.com

## INVOICE

**SOLD TO:**

Joseph M DiOrio
Joseph M Diorio Law Office, Inc.
Trustee, Chapter 7
Bankruptcy Case # 1:16-bk-10154
144 Westminster St., Suite 302
Providence, RI 02903
jmdiorio@dioriolaw.com

**NO. 201604001**

**DATE: 04/26/16**

| DESCRIPTION | | AMOUNT |
|---|---|---|
| **ADMINISTRATION FEE** | | $ 15,000.00 |
| **EXPENSES UP TO APRIL 17, 2016:** | | |
| Labor (36man-days @ $250/day) | $ 9,000.00 | |
| Air Travel | $ 575.10 | |
| Auto (Rent, Mileage, Tolls) | $3,199.26 | |
| Lodging | $2,790.57 | |
| Meals | $ 876.57 | |
| Wire Transfer Fees | $ 315.00 | |
| | | 16,756.50 |
| | INVOICE TOTAL: | 31,756.50 |
| | SALES TAX: | |
| | AMOUNT PAID: | - |
| | BALANCE DUE: | $ 31,756.50 |

**Wire Transfer Instructions:**
Wire to:  ~~[redacted]~~

Account Name:  ~~[redacted]~~

Account Number:  ~~[redacted]~~
Bank ABA Number:  ~~[redacted]~~