# EXHIBIT E

# INVOICE

**THOMAS INDUSTRIES, INC.**
**2414 BOSTON POST ROAD - GUILFORD, CT 06437**
**TEL: (203) 458-0709  FAX: (203) 458-0727**
**www.thomasauction.com**
**FIN: 060721004**



**INVOICE #: 2994**

**INVOICE DATE: 5/10/2016**

**BILL TO:**

LAW OFFICES OF JOSEPH M DIORIO
JOSEPH M. DIORIO
144 WESTMINSTER ST STE 302
PROVIDENCE  RI 02903

**APPRAISAL OF:**

**MICROFIBRES, INC.**                                                            $10,000.00

|  |  |
|---|---|
| **FEE:** | $10,000.00 |
| **EXPENSES:** | $0.00 |
| **INVOICE TOTAL:** | $10,000.00 |

**THIS INVOICE IS DUE AND PAYABLE IMMEDIATELY UPON RECEIPT**