**EXHIBIT G**

# 廖 美 玲 會計師事務所
## LIU & WONG CERTIFIED PUBLIC ACCOUNTANTS

## DEBIT NOTE

Microfibres China Limited  
42D, 18 Farm Road  
Ho Man Tin,  
Kowloon.

No. **02055**

ACHM-286    29 January 2016

| Professional Services rendered for: | | |
|---|---|---|
| Auditing the financial statements of the Company for the year ended 31 March 2015 | | 10,000.00 |
| 有關　貴公司截至2015年3月31日止年度之帳目審核服務 | | |
| Disbursements: | | |
| Printing, photocopies, company search and courier | 400.00 | |
| | | 400.00 |
| | Total charges.... | HK$10,400.00 |

TOTAL : SAY HONG KONG DOLLARS TEN THOUSAND FOUR HUNDRED ONLY



RL/yc/sc

- Please note this bill is due and payable upon presentation, please settle within 14 days from the date hereof.
- Interest at 3% above the prime rate of The Hongkong and Shanghai Banking Corporation Limited will be charged on any amount outstanding for more than 21 days.
- Cheque should be crossed and made to order of LIU & WONG CPA
  A separate Official Receipt will be issued upon payment.

With Compliments

Room 601, 6/F., Yue Xiu Building, 160-174 Lockhart Road, Wanchai, Hong Kong. 香港灣仔駱克道160-174號越秀大廈6樓601室  
Tel 電話 : (852) 2851 3373    Fax 傳真 : (852) 2850 5306

Unit 1104-5, 11/F., The Belgian Bank Building, 721-725 Nathan Road, Mongkok, Kowloon. 九龍旺角彌敦道721-725號華比銀行大廈11樓1104-5室  
Tel 電話 : (852) 2117 1666    Fax 傳真 : (852) 2117 0616  
e-mail 電郵 : info@liuandwong.com



廖 美 玲
LIU & WONG

# DEBIT NOTE

Microfibres China Limited
Unit 3, 19/F., Wong's Factory Building,
368 Sha Tsui Road,
Tsuen Wan, New Territories

No. **01970**

ACHM-286    31 March 2015

| Professional Services rendered for: | |
|---|---:|
| Auditing the financial statements of the Company for the year ended 31 March 2012 | 10,000.00 |
| 有關　貴公司截至2012年3月31日止年度之帳目審核服務 | |
| Auditing the financial statements of the Company for the year ended 31 March 2013 | 10,000.00 |
| 有關　貴公司截至2013年3月31日止年度之帳目審核服務 | |
| Auditing the financial statements of the Company for the year ended 31 March 2014 | 10,000.00 |
| 有關　貴公司截至2014年3月31日止年度之帳目審核服務 | |
| Disbursements: | |
| Bank confirmation charges for Citibank N.A.    230.00 | |
| Printing, photocopies, company search and courier    500.00 | 730.00 |
| Total charges.... | HK$30,730.00 |

TOTAL : SAY HONG KONG DOLLARS THIRTY THOUSAND SEVEN
HUNDRED THIRTY ONLY

RL/yc/sc

With Compliments

- Please note this bill is due and payable upon presentation, please settle within 14 days from the date hereof.
- Interest at 3% above the prime rate of The Hongkong and Shanghai Banking Corporation Limited will be charged on any amount outstanding for more than 21 days.
- Cheque should be crossed and made to order of LIU & WONG CPA
  A separate Official Receipt will be issued upon payment.

Room 601, 6/F., Yue Xiu Building, 160-174 Lockhart Road, Wanchai, Hong Kong. 香港灣仔駱克道160-174號越秀大廈6樓601室
Tel 電話 : (852) 2851 3373    Fax 傳真 : (852) 2850 5306

Unit 1104-5, 11/F., The Belgian Bank Building, 721-725 Nathan Road, Mongkok, Kowloon. 九龍旺角彌敦道721-725號華比銀行大廈11樓1104-5室
Tel 電話 : (852) 2117 1666    Fax 傳真 : (852) 2117 0616
e-mail 電郵 : info@liuandwong.com