

# DEBIT NOTE

**Microfibres China Limited**  No. Q-M286-284
42D, 18 Farm Road,
Ho Man Tin, Kowloon,
Hong Kong
Attn: Ms. Shirley WU

<u>M-286</u>  15 March 2016

| Professional Services rendered in: | | |
|---|---|---|
| Providing Secretarial Services to the Company for the period from the date of appointment to 28 February 2017 由委任日期至2017年2月28日之秘書服務費用 (每年港幣$3,500) | | 3,500.00 |
| Preparing documents in relation to the transfer of shares 申請轉讓股份 | | 1,000.00 |
| Disbursements: | | |
| Stamp duty fee 印花稅 | TBA | |
| Business Registration Fee for 2016-2017 2016-2017 商業登記費 | 2,250.00 | |
| Photocopies, courier & sundries 影印，快遞及雜費 | 200.00 | 2,450.00 |
| Total charges.... | | HK$6,950.00 |

TOTAL : SAY HONG KONG DOLLARS SIX THOUSAND AND NINE HUNDRED FIFTY ONLY

Note: Stamp duty fee to be advised
註：印花稅有待評估。

RL/cc

With Compliments

- Please note this bill is due and payable upon presentation, please settle within 14 days from the date hereof.
- Interest at 3% above the prime rate of The Hongkong and Shanghai Banking Corporation Limited will be charged on any amount outstanding for more than 21 days.
- Cheque should be crossed and made to order of TOPMASTER SECRETARIAL SERVICES LIMITED A separate Official Receipt will be issued on payment

香港灣仔駱克道 160-174 號越秀大廈 6 樓 601 室   Room 601, 6/F., Yue Xiu Building, 160-174 Lockhart Road, Wanchai, Hong Kong.
電話/Tel : (852) 2851 3373   傳真/Fax : (852) 2850 5306   網址 website: http://www.topmaster.com.hk

# 華才稅務會計有限公司
## TOPMASTER TAXATION LIMITED

## DEBIT NOTE

Microfibres China Limited
42D, 18 Farm Road
Ho Man Tin,
Kowloon.

No. **02226**

ACHM-286

29 January 2016

<u>Professional Services rendered for:</u>

| | |
|---|---:|
| Preparing of Profits Tax Computation and submission of Profits Tax Return of the Company for the year of assessment 2014/2015 | 1,000.00 |
| 有關協助　貴公司申報2014/2015年度利得稅 | |
| Total charges.... | HK$1,000.00 |

TOTAL : SAY HONG KONG DOLLARS ONE THOUSAND ONLY



RL/yc/sc

- Please note this bill is due and payable upon presentation, please settle within 14 days from the date hereof.
- Interest at 3% above the prime rate of The Hongkong and Shanghai Banking Corporation Limited will be charged on any amount outstanding for more than 21 days.
- Cheque should be crossed and made to order of TOPMASTER TAXATION LIMITED
  A separate Official Receipt will be issued upon payment.

With Compliments

香港灣仔駱克道160-174號越秀大廈6樓601室　　Room 601, 6/F., Yue Xiu Building, 160-174 Lockhart Road, Wanchai, Hong Kong.
電話 / Tel : (852) 2851 3373　傳真 / Fax : (852) 2850 5306　網址 website: http://www.liuandwong.com　電郵 e-mail : info@liuandwong.com

 

# DEBIT NOTE

Microfibres China Limited  
Unit 3, 19/F., Wong's Factory Building,  
368 Sha Tsui Road,  
Tsuen Wan, New Territories

No. **02118**

ACHM-286                                                31 March 2015

| Professional Services rendered for: | |
|---|---:|
| Preparing of Profits Tax Computation and submission of Profits Tax Return of the Company for the year of assessment 2011/2012 | 1,000.00 |
| 有關協助　貴公司申報2011/2012年度利得稅 | |
| Preparing of Profits Tax Computation and submission of Profits Tax Return of the Company for the year of assessment 2012/2013 | 1,000.00 |
| 有關協助　貴公司申報2012/2013年度利得稅 | |
| Preparing of Profits Tax Computation and submission of Profits Tax Return of the Company for the year of assessment 2013/2014 | 1,000.00 |
| 有關協助　貴公司申報2013/2014年度利得稅 | |
| Total charges.... | HK$3,000.00 |

TOTAL : SAY HONG KONG DOLLARS THREE THOUSAND ONLY



RL/yc/sc

- Please note this bill is due and payable upon presentation, please settle within 14 days from the date hereof.
- Interest at 3% above the prime rate of The Hongkong and Shanghai Banking Corporation Limited will be charged on any amount outstanding for more than 21 days.
- Cheque should be crossed and made to order of TOPMASTER TAXATION LIMITED. A separate Official Receipt will be issued upon payment.

With Compliments

香港灣仔駱克道160-174號越秀大廈6樓601室　　Room 601, 6/F., Yue Xiu Building, 160-174 Lockhart Road, Wanchai, Hong Kong.  
電話 / Tel : (852) 2851 3373　傳真 / Fax : (852) 2850 5306　網址 website: http://www.liuandwong.com　電郵 e-mail : info@liuandwong.com