# LAW OFFICES OF RONALD C. MARKOFF

144 Medway Street
Providence, Rhode Island 02906

**RONALD C. MARKOFF**

(401) 272-9330  Telephone
(401) 751-4842  Facsimile
Email: office@ronmarkoff.com

KARENANN MCLOUGHLIN *◊
MARC B. GERTSACOV*
*Also admitted in New York
◊ Also admitted in Massachusetts

March 25, 2016

Joseph M. DiOrio, Esquire
Law Office of Joseph M. DiOrio, Inc.
144 Westminster Street
Suite 302
Providence, RI 02903

RE:  One Moshassuck Street, Pawtucket, RI

## STATEMENT OF PROFESSIONAL SERVICES RENDERED

Meeting with Joseph M. DiOrio, Esquire (2/29/16-1.00 hours); attention to title examination of above premises (3/1/16-2.5 hours); obtaining copies of all relevant documents of record; preparation of title certification (3/4/16-1.00 hours); forwarding same, with copies of supporting documents, to Joseph M. DiOrio, Esquire (3/4/16-.50 hours); preparation of legal descriptions (3/21/16-1.75 hours); preparation of pro forma title policy (3/21/16-1.5 hours); attention to any miscellaneous matters of record

| | |
|---|---|
| Total Hours:  8.25 x $250.00/hour = | $ 2,062.50 |
| Copies: | $    97.00 |
| TOTAL DUE: | $ 2,159.50 |