# RIPARIAN PARTNERS LLC
*Investment Banking*

**INVOICE**

Date: May 9, 2016

Microfibres Trustee

Attention: Joe Dorio

Invoice Number: 2016-MFB – 0001

| Description | Amount |
|---|---:|
| Reimbursement- per engagement letter | |
| Retainer | 7,500.00 |
| Data Room | 2,000.00 |
| BPV Expenses (3/2/16 & 3/29/16) | 2,329.53 |
| Furniture Today Advert | 610.00 |
| Textile Industry Mailing List | 2,523.60 |
| BPV Expenses (4/25/16 -4/28/16) | 1,210.55 |
| BPV & TFG Train Tickets | 928.00 |
| BPV, TFG, Flokser trip to NYC | 180.12 |
| Subtotal | $17,281.80 |
| Total Due | $17,281.80 |

**Payment Due Upon Receipt**

**Please remit payment to:**
Riparian Partners, LLC
One Financial Plaza, Floor 21
Providence, RI 02903
(401) 277-0156

**Wire Instructions:**

*Should you have any questions concerning this invoice please contact Rachel Franckowiak at (401) 277-0156.*

ONE FINANCIAL PLAZA • 21ˢᵀ FLOOR • PROVIDENCE, RI 02903
401.272.3020 PHONE • 401.270.0411 FAX

## Rachel Franckowiak

**To:** tfg@riparianpartners.com
**Subject:** FW: MicroFibres Trips

**From:** Brendan VanDeventer
**Sent:** Friday, April 22, 2016 2:41 PM
**To:** Thomas Golding; Rachel Franckowiak
**Subject:** MicroFibres Trips

Expenses so far.

Flights from Providence via Baltimore to Raleigh-Durham Airport
Via SWA
| | | |
|---|---|---|
| 2/23/2016 | | $702.96 |
| 3/24/2016 | | $680.96 |

Hotel Rooms
| | | |
|---|---|---|
| 3/31/2106 | Hilton Garden Inn (2 nights) | $244.14 |

Rental Cars
| | | |
|---|---|---|
| 2/23/2016 | Hertz | $260.45 |
| 3/31/2016 | Budget Rental | $285.38 |

Gas
| | | |
|---|---|---|
| 2/24/2016 | Circle K | $15.08 |
| 3/31/2016 | Shell | $16.97 |

Meals
| | | |
|---|---|---|
| 3/30/2016 | Firebirds Rest | $53.59 |

Parking
| | | |
|---|---|---|
| 3/24/2016 | TF Green 2 days | $28.00 |
| 3/31/2016 | TF Green 3 days | $42.00 |

Total Travel Expenses To Date    $2,329.53

Brendan P. VanDeventer
Managing Partner
2100 Financial Plaza
Providence, Rhode Island 02903
401-272-3020 Office

1



## CLASSIFIED PRINT & ONLINE ADVERTISING ORDER

| | |
|---|---|
| Customer Name: | Riparian Partners LLC |
| Street/Mailing Address: | 2100 Financial Plaza |
| City/State/Zip: | Prividence, RI 02903 |
| Phone: | 401-277-0156 |
| Contact: | Rachel Franckowiak |
| Issues of: | April 17th, Online 4/16-4/22 |
| Ad size: | 2x1 |
| Rate per issue: | $510, Online $100 |
| Number of issues: | 1 |
| Total NET Price: | $610 |
| Category: | Lines Offered |

Please Proof Copy and Fax Approval to 336-464-2906

**Maria Townsend**, Classified Advertising Representative
7025 Albert Pick Road, Suite 200, Greensboro, NC 27409
Email: mtownsend@pbmbrands.com
Phone: 336-605-1027, Fax: 336-464-2906

*Advertiser acknowledges that he has read, understood and agrees to all of the IO terms and conditions set forth at the web site: www.furnituretoday.com/ioterms, all of which terms and conditions are hereby incorporated in the Insertion Order by the reference as if fully set forth herein.*
**CONFIRMATION of ACCEPTANCE of this ad, price per week, and issue dates:**

Name:_____ Title:_____

**Signature:**_____ Date:_____

*Return Signed Confirmation via Email: mtownsend@pbmbrands.com
or Fax: (336) 464-2906*

---

WE GLADLY ACCEPT MAJOR CREDIT CARDS: VISA, MASTERCARD, AMERICAN EXPRESS, DISCOVER

Pay at Invoicing _____ Invoiced with Terms Net 30

Pay Now _____ An Accounts Receivable representative will contact you upon order confirmation.
Or Call Nancy Page, Accounts Receivable, at: 336-605-1011 with your credit card information.

We DO NOT accept Sequential Liability.



## Rachel Franckowiak

| | |
|---|---|
| From: | AMANDA KINZEL <Amanda.Kinzel@infogroup.com> |
| Sent: | Wednesday, April 13, 2016 3:15 PM |
| To: | Rachel Franckowiak |
| Cc: | AMANDA KINZEL; CLINTON MEYERS |
| Subject: | infoUSA.com Order Confirmation |

**infoUSA**

Order Confirmation

Order ID    4814398
Order Date  4/13/2016

Dear RACHEL FRANCK,

Thank you for your order! A detailed description of your order can be found below. Please keep this email for your records. If you have any questions please contact us at **866.382.2555** or **customersuccess@infoUSA.com**.

Thanks again,
Amanda Kinzel

### Description of Products and Services

| Product Description | Qty | Credits | Unit Price | Amount |
|---|---|---|---|---|
| Business Email List - Basic | 1 | 7010 | $2,523.60 | $2,523.60 |
| | | | Subtotal | $2,523.60 |
| | | | Tax | $0.00 |
| | | | Order Total | $2,523.60 |

1

Account Activity                                                                                           Page 2 of 3

| Trans Date | Post Date | Type | Description | | Amount |
|---|---|---|---|---|---|
| 04/28/2016 | 04/29/2016 | Sale | PROVIDENCE AIRPORT A | parking | $42.00 |
| 04/27/2016 | 04/28/2016 | Sale | BP#8276834CIRCLE K ST 27 | gas | $20.36 |
| 04/27/2016 | 04/29/2016 | Sale | CITIES BAR & GRILL | food | $44.41 |
| 04/27/2016 | 04/28/2016 | Sale | ENTERPRISE RENT-A-CAR | | $128.85 |
| 04/27/2016 | 04/29/2016 | Sale | WASHINGTON DUKE INN ROOMS | | $293.97 |
| 04/25/2016 | 04/27/2016 | Sale | SOUTHWES 5262404501656 | flight | $680.96 |

```
 42.00
 20.36
 44.41
128.85
293.97
680.96
─────────
1210.55
```

## Rachel Franckowiak

| | |
|---|---|
| From: | etickets@amtrak.com |
| Sent: | Wednesday, May 4, 2016 2:50 PM |
| To: | Rachel Franckowiak; JMDIORIO@DIORIOLAW.COM |
| Subject: | Amtrak: eTicket and Receipt for Your 05/06/2016 Trip - GOLDING Party |
| Attachments: | Golding Thomas 201605041449430865.pdf |

**SALES RECEIPT**



Purchased: 05/04/2016 11:49 AM PT Thank you for your purchase.

1. Retain this receipt for your records.
2. Print the attached eTicket and carry during your trip.

Merchant ID 0063660 Massachusetts Avenue Washington, DC 20002 800-USA-RAIL Amtrak.com

# Reservation Number - 94358D PROVIDENCE, RI - NEW YORK PENN, NY (Round-Trip) MAY 4, 2016
## Billing Information

BRENDAN VANDEVENTER 2100 FINANCIAL PLAZA PROVIDENCE, RI 02903

Visa ending in 4178 (Purchase) Authorization Code 203037

**Total $1392**

## Purchase Summary - Ticket Number 1250636575862

**Train 2155: PROVIDENCE, RI - NEW YORK (PENN STATION), NY** Depart 7:50 AM, Friday, May 6, 2016
3 ACELA EXPRESS BUSINESS CL SEATS

$570.00

Ticket Terms & Conditions ACELA EXPRESS SERVICE, NO PARTIAL REFUND IF USED ON OTHER SERVICE

**Subtotal**

$570.00

**Train 2164: NEW YORK (PENN STATION), NY - PROVIDENCE, RI** Depart 3:00 PM, Friday, May 6, 2016
3 ADULT RAIL FARES

1

| | |
|---|---|
| 3 ACELA EXPRESS FIRST CLASS SEATS | $570.00 |
| | $252.00 |

Ticket Terms & ConditionsACELA EXPRESS SERVICE, NO PARTIAL REFUND IF USED ON OTHER SERVICE

*Handwritten:*
1392
- 464
$928.00

Subtotal

$822.00

Total Charged by Amtrak

$1392.00

**Passengers**

Thomas Golding, Brendan Vandeventer, Joseph Diorio

Important Information

- Tickets are non-transferrable.
- Changes to your itinerary may affect your fare.
- Refund and exchange restrictions and penalties for failure to cancel unwanted travel may apply. If your travel plans change, call us before departure to change your reservation. If you do not board your train, your entire reservation from that point will be canceled. If you board a different train without notifying us, you will have to pay for it separately; the conductor cannot apply the money paid for your prior reservation. For most Acela Express Business class reservations and Reserved Coach class reservations, you must cancel your reservation at least 24 hours prior to the train's departure in order to be eligible for a full refund. If the reservation is canceled within 24 hours of departure, a refund fee will apply. If the reservation is not canceled prior to scheduled departure ("no show"), the entire amount paid for the reservation will be forfeited. See the refund/exchange policy at Amtrak.com/refund.
- Summary of Conditions of Contract: Ticket valid for carriage or refund (subject to the refund rules of the fare purchased) for twelve months after date of issue unless otherwise specified. Amtrak tickets may only be sold or issued by Amtrak or an authorized travel agent/tour operator. Tickets sold or issued by an unauthorized third party will be voided by Amtrak. This ticket is a contract of carriage between Amtrak and the ticket holder, which is subject to specific terms and conditions, which are available for inspection at Amtrak ticket counters, on the Amtrak website at Amtrak.com/conditionsofcontract, or by calling 1-800-USA-RAIL. Tickets sold for non-Amtrak service are subject to the tariffs of the providing carrier.
- Questions? Contact us online at Amtrak.com/contact or call 1-800-USA-RAIL (1-800-872-7245) or for text telephone (TTY) 1-800-523-6590.

