# INVOICE

**THOMAS INDUSTRIES, INC.**
2414 BOSTON POST ROAD - GUILFORD, CT 06437
TEL: (203) 458-0709  FAX: (203) 458-0727
www.thomasauction.com
FIN: 060721004



**INVOICE #: 2994**

INVOICE DATE: 5/10/2016

**BILL TO:**

LAW OFFICES OF JOSEPH M DIORIO
JOSEPH M. DIORIO
144 WESTMINSTER ST STE 302
PROVIDENCE  RI 02903

**APPRAISAL OF:**

MICROFIBRES, INC.                                                                $10,000.00

| | |
|---|---|
| FEE: | $10,000.00 |
| EXPENSES: | $0.00 |
| INVOICE TOTAL: | $10,000.00 |

**THIS INVOICE IS DUE AND PAYABLE IMMEDIATELY UPON RECEIPT**