# Thomas Industries, Inc.

East Coast
2414 Boston Post Rd, Guilford, CT 06437
(203) 458-0709   Fax (203) 458-0727

West Coast
1109 Luneta Drive, Del Mar, CA 92014
(619) 259-6775   Fax (619) 259-6869

Internet: http://www.thomasauction.com

## INVOICE

**SOLD TO:**

**NO. 201605001**

**DATE: 05/17/16**

Joseph M DiOrio
Joseph M Diorio Law Office, Inc.
Trustee, Chapter 7
Bankruptcy Case # 1:16-bk-10154
144 Westminster St., Suite 302
Providence, RI 02903
jmdiorio@dioriolaw.com

| DESCRIPTION | | AMOUNT |
|---|---|---|
| **ADMINISTRATION FEE** | | $ 15,000.00 |
| **EXPENSES UP TO MAY 17, 2016:** | | |
| Labor (56man-days @ $250/day) | $ 14,000.00 | |
| Air Travel | $ 1,088.70 | |
| Auto (Rent, Mileage, Tolls) | $ 5,766.45 | |
| Lodging | $ 3,281.04 | |
| Meals | $ 1,619.42 | |
| Wire Transfer Fees | $    345.00 | $ 26,100.61 |
| | INVOICE TOTAL: | $ 41,100.61 |
| | SALES TAX: | |
| | AMOUNT PAID: | - |
| | BALANCE DUE: | $ 41,100.61 |

**Wire Transfer Instructions:**
Wire to:

**Account Name:**