# MICHAEL D. AVENT & ASSOCIATES, INC.
### REAL ESTATE APPRAISERS & CONSULTANTS
SUITE 317, 514 S. STRATFORD ROAD
WINSTON-SALEM, NORTH CAROLINA 27103

MICHAEL D. AVENT, MAI, SRA
M. DOUGLAS AVENT, JR., SRA

TELEPHONE (336) 724-3801
FAX (336) 724-3820

TAX I.D. # 56-2049802

---

June 16, 2016

INVOICE NO. 7937

Joseph DiOrio, Esquire
144 Westminster Street , Suite 302
Providence, Rhode Island 02903

Re: Appraisal of the four Microfibres Properties on Kimwell Drive
    In Winston-Salem, North Carolina


FEE FOR SERVICES RENDERED:          $ 16,000
ACCOUNTS DUE UPON RECEIPT OF INVOICE  - 8,000 paid
                                    $  8,000 balance due