# 廖 美 玲 會計師事務所
## LIU & WONG  CERTIFIED PUBLIC ACCOUNTANTS

## DEBIT NOTE

Microfibres China Limited  
42D, 18 Farm Road,  
Ho Man Tin,  
Kowloon.

No. **01970**

ACHM-286          5 April 2016

| Professional Services rendered for: | |
|---|---:|
| Auditing the financial statements of the Company for the year ended 31 March 2012<br>有關 貴公司截至2012年3月31日止年度之帳目審核服務 | 10,000.00 |
| Auditing the financial statements of the Company for the year ended 31 March 2013<br>有關 貴公司截至2013年3月31日止年度之帳目審核服務 | 10,000.00 |
| Auditing the financial statements of the Company for the year ended 31 March 2014<br>有關 貴公司截至2014年3月31日止年度之帳目審核服務 | 10,000.00 |
| Auditing the financial statements of the Company for the year ended 31 March 2015<br>有關 貴公司截至2015年3月31日止年度之帳目審核服務 | 10,000.00 |
| **Disbursements:** | |
| Bank confirmation charges for Citibank N.A. | 230.00 |
| Printing, photocopies, company search and courier | 900.00 |
| | 1,130.00 |
| Total charges.... | **HK$41,130.00** |

TOTAL : SAY HONG KONG DOLLARS FORTY-ONE THOUSAND ONE HUNDRED THIRTY ONLY

RL/yc/sc

With Compliments

- Please note this bill is due and payable upon presentation, please settle within 14 days from the date hereof.
- Interest at 3% above the prime rate of The Hongkong and Shanghai Banking Corporation Limited will be charged on any amount outstanding for more than 21 days.
- Cheque should be crossed and made to order of LIU & WONG CPA
  A separate Official Receipt will be issued upon payment.

---

Room 601, 6/F., Yue Xiu Building, 160-174 Lockhart Road, Wanchai, Hong Kong. 香港灣仔駱克道160-174號越秀大廈6樓601室  
Tel 電話 : (852) 2851 3373    Fax 傳真 : (852) 2850 5306  
Room 1201, 12/F., General Commercial Building, 156-164 Des Voeux Road Central, Central, Hong Kong  香港中環德輔道中156-164號通用商業大廈12樓1201室  
Tel 電話 : (852) 2117 1666    Fax 傳真 : (852) 2117 0616  
e-mail 電郵 : info@liuandwong.com