# TOPMASTER TAXATION LIMITED
華才稅務會計有限公司

## DEBIT NOTE

Microfibres China Limited
42D, 18 Farm Road
Ho Man Tin,
Kowloon.

**No. 02118**

ACHM-286  5 April 2016

| | |
|---|---:|
| Professional Services rendered for: | |
| Preparing of Profits Tax Computation and submission of Profits Tax Return of the Company for the year of assessment 2011/2012 | 1,000.00 |
| 有關協助 貴公司申報2011/2012年度利得稅 | |
| Preparing of Profits Tax Computation and submission of Profits Tax Return of the Company for the year of assessment 2012/2013 | 1,000.00 |
| 有關協助 貴公司申報2012/2013年度利得稅 | |
| Preparing of Profits Tax Computation and submission of Profits Tax Return of the Company for the year of assessment 2013/2014 | 1,000.00 |
| 有關協助 貴公司申報2013/2014年度利得稅 | |
| Preparing of Profits Tax Computation and submission of Profits Tax Return of the Company for the year of assessment 2014/2015 | 1,000.00 |
| 有關協助 貴公司申報2014/2015年度利得稅 | |
| Total charges.... | HK$4,000.00 |

TOTAL : SAY HONG KONG DOLLARS FOUR THOUSAND ONLY

RL/yc/sc



With Compliments

- Please note this bill is due and payable upon presentation, please settle within 14 days from the date hereof.
- Interest at 3% above the prime rate of The Hongkong and Shanghai Banking Corporation Limited will be charged on any amount outstanding for more than 21 days.
- Cheque should be crossed and made to order of TOPMASTER TAXATION LIMITED
  A separate Official Receipt will be issued upon payment.

香港灣仔駱克道160-174號越秀大廈6樓601室   Room 601, 6/F., Yue Xiu Building, 160-174 Lockhart Road, Wanchai, Hong Kong.
電話 / Tel : (852) 2851 3373   傳真 / Fax : (852) 2850 5306   網址 website: http://www.liuandwong.com   電郵 e-mail : info@liuandwong.com