華 才 秘 書 服 務 有 限 公 司
**TOPMASTER SECRETARIAL SERVICES LIMITED**

# DEBIT NOTE

**Microfibres China Limited**  
42D, 18 Farm Road,  
Ho Man Tin, Kowloon,  
Hong Kong  
Attn: Ms. Shirley WU

No. Q-M286-284  
**(REVISED)**

<u>M-286</u>  15 March 2016

| Professional Services rendered in: | | |
|---|---|---|
| Preparing documents in relation to the transfer of shares 申請轉讓股份 | | 1,000.00 |
| <u>Disbursements:</u> | | |
| Stamp duty fee 印花稅 | TBA | |
| Photocopies, courier & sundries 影印，快遞及雜費 | 200.00 | 200.00 |
| Total charges…. | | HK$1,200.00 |

TOTAL : SAY HONG KONG DOLLARS ONE THOUSAND AND TWO HUNDRED ONLY

Note: Stamp duty fee to be advised  
註：印花稅有待評估。

RL/cc

With Compliments

- Please note this bill is due and payable upon presentation, please settle within 14 days from the date hereof.
- Interest at 3% above the prime rate of The Hongkong and Shanghai Banking Corporation Limited will be charged on any amount outstanding for more than 21 days.
- Cheque should be crossed and made to order of TOPMASTER SECRETARIAL SERVICES LIMITED A separate Official Receipt will be issued on payment

香港灣仔駱克道 160-174 號越秀大廈 6 樓 601 室   Room 601, 6/F., Yue Xiu Building, 160-174 Lockhart Road, Wanchai, Hong Kong.  
電話 / Tel : (852) 2851 3373    傳真 / Fax : (852) 2850 5306    網址 website: http://www.topmaster.com.hk