# EXHIBIT D

## DISBURSEMENT REPORT

Wave • Carolina Abstracting, LLC • Invoice 1222 https://accounting.waveapps.com/invoices/2074236/export/44217648...



# INVOICE

Carolina Abstracting, LLC
PO Box 72
Tupelo, MS 38802
United States

BILL TO
Edward Payne Atkinson, PLLC
Payne Atkinson

payne@atkinsonpllc.com

Invoice Number: 1222
Invoice Date: June 20, 2016
Payment Due: July 5, 2016
Amount Due (USD): $200.00

| Service | Quantity | Price | Amount |
|---|---|---|---|
| Commercial Search<br>Microfibers, Inc / Lee Co | 1 | $200.00 | $200.00 |

Total: $200.00

Amount Due (USD): $200.00