| | Last Name | First Name | Address | City | State | Zip | Adjusted WARN Damages | Projected Net Pre-Tax |
|---|---|---|---|---|---|---|---|---|
| 1 | Aborot | Noel | REDACTED | | | | 7,080.53 | 3,578.94 |
| 2 | Adenegan | Olu | | | | | 7,727.24 | 3,905.83 |
| 3 | Adkins | William Bryan | | | | | 8,473.24 | 4,282.91 |
| 4 | Agyeman | Esther | | | | | 8,095.94 | 4,092.19 |
| 5 | Alexander | Charles | | | | | 8,507.64 | 4,300.29 |
| 6 | Alexander | William R | | | | | 10,187.91 | 5,149.61 |
| 7 | Algarin | Luis O | | | | | 5,483.28 | 2,771.59 |
| 8 | Angelino | Domenic | | | | | 7,501.64 | 3,791.80 |
| 9 | Asare | George | | | | | 4,498.69 | 2,273.92 |
| 10 | Avery | Jimmy Carol | | | | | 14,681.01 | 7,420.70 |
| 11 | Badgett | Jeffery Bruce | | | | | 4,385.14 | 2,216.52 |
| 12 | Barnett | Karen B. | | | | | 4,736.25 | 2,394.00 |
| 13 | Beirne | Maryann | | | | | 21,192.44 | 10,711.98 |
| 14 | Bergeron | Rene R | | | | | 6,271.97 | 3,170.25 |
| 15 | Biedny | Robert E. | | | | | 7,589.74 | 3,836.33 |
| 16 | Boucher | John L | | | | | 7,896.03 | 3,991.15 |
| 17 | Bouldin | Phillip Dean | | | | | 2,313.26 | 1,169.26 |
| 18 | Boyle | Timothy Michael | | | | | 1,771.43 | 895.39 |
| 19 | Brodie | Samuel Lee | | | | | 3,849.92 | 1,945.99 |
| 20 | Brown | Edward S. | | | | | 5,320.29 | 2,689.20 |
| 21 | Cabral | Fernando M | | | | | 7,580.52 | 3,831.67 |
| 22 | Camara | Anthony M | | | | | 1,851.43 | 935.83 |
| 23 | Camara | Carlos A | | | | | 7,920.57 | 4,003.55 |
| 24 | Camby | Edwin Dean | | | | | 5,532.60 | 2,796.52 |
| 25 | Cavanaugh | Marilyn L. | | | | | 5,075.02 | 2,565.23 |
| 26 | Cephus | Yumar Sulmor | | | | | 5,551.07 | 2,805.86 |
| 27 | Clark | Jerelle Dewayne | | | | | 647.94 | 327.51 |
| 28 | Cordero | Fredy A. | | | | | 3,865.03 | 1,953.63 |
| 29 | Crowson | Timothy Peter | | | | | 5,486.12 | 2,773.03 |
| 30 | Czarnecki | Michael Edward | | | | | 27,098.83 | 13,697.44 |
| 31 | Dagenhardt | Scott S. | | | | | 11,468.42 | 5,796.86 |
| 32 | Davis | James A | | | | | 4,749.49 | 2,400.69 |
| 33 | Davis | Jasper Neal | | | | | 3,197.37 | 1,616.15 |
| 34 | Davis | Shaun B | | | | | 5,055.51 | 2,555.37 |
| 35 | Debiec | Val | | | | | 7,399.85 | 3,740.35 |
| 36 | Deroche | Chris | | | | | 5,979.90 | 3,022.62 |
| 37 | Deroche | Edward T | | | | | 5,535.95 | 2,798.21 |
| 38 | Desai | Dipak A. | | | | | 5,763.54 | 2,913.25 |
| 39 | Dezarn | Richard W. | | | | | 7,583.21 | 3,833.03 |
| 40 | Doumato | Samir | | | | | 7,755.20 | 3,919.96 |
| 41 | Driver | Laveta Collins | | | | | 5,710.91 | 2,886.65 |
| 42 | Dunbar | Michael R | | | | | 5,649.18 | 2,855.45 |

| | Last Name | First Name | Address | City | State | Zip | Adjusted WARN Damages | Projected Net Pre-Tax |
|---|---|---|---|---|---|---|---|---|
| 43 | Evans | Jeffrey Saleem | REDACTED | | | | 4,204.14 | 2,125.03 |
| 44 | Evosevich | Robert P. | | | | | 9,309.19 | 4,705.45 |
| 45 | Flanagan | Keith T | | | | | 8,201.58 | 4,145.59 |
| 46 | Foddrell | Bryant Keith | | | | | 8,844.19 | 4,470.41 |
| 47 | Fofana | Almamy | | | | | 5,405.58 | 2,732.32 |
| 48 | Fox | Ronald Lee | | | | | 8,936.66 | 4,517.14 |
| 49 | Gaspar | Julio Reynoso | | | | | 5,495.64 | 2,777.84 |
| 50 | Gonzalez | Raul | | | | | 7,171.58 | 3,624.96 |
| 51 | Gordillo | Jose I | | | | | 7,408.94 | 3,744.94 |
| 52 | Gossett | Romero Antonio | | | | | 5,224.93 | 2,641.00 |
| 53 | Gray | Gary | | | | | 4,706.83 | 2,379.12 |
| 54 | Gregory | Charles A. | | | | | 7,322.94 | 3,701.47 |
| 55 | Groff | Beverlee K. | | | | | 10,414.56 | 5,264.17 |
| 56 | Guerrier | Jacquy | | | | | 4,203.99 | 2,124.96 |
| 57 | Guggeis | Shelly R. | | | | | 8,564.96 | 4,329.26 |
| 58 | Harris | William Scott | | | | | 7,482.56 | 3,782.15 |
| 59 | Harris Jr | Walter Larry | | | | | 5,461.65 | 2,760.66 |
| 60 | Harrison | Ronnie E. | | | | | 4,444.69 | 2,246.63 |
| 61 | Hartman | Timothy L | | | | | 9,845.38 | 4,976.47 |
| 62 | Hartman | Travis W. | | | | | 11,476.20 | 5,800.79 |
| 63 | Hayes | Randall D. | | | | | 6,018.47 | 3,042.11 |
| 64 | Hester Jr | Kevin E | | | | | 5,256.75 | 2,657.09 |
| 65 | Himes | Thomas Charles | | | | | 22,224.34 | 11,233.57 |
| 66 | Hines | Zackery David | | | | | 4,952.55 | 2,503.33 |
| 67 | Hopkins | Patrick Dwayne | | | | | 5,219.87 | 2,638.45 |
| 68 | Hull | Harvey Gray | | | | | 7,604.40 | 3,843.74 |
| 69 | Hutchens | Danielle Renee | | | | | 7,253.55 | 3,666.40 |
| 70 | Johnson | Scott D. | | | | | 7,056.34 | 3,566.72 |
| 71 | Jones | Tracy Kaptoria | | | | | 4,872.94 | 2,463.09 |
| 72 | Jordan | Philip Kurt | | | | | 12,633.79 | 6,385.91 |
| 73 | Kaija | Arnold | | | | | 14,084.74 | 7,119.31 |
| 74 | Kearns Jr | Edward R | | | | | 7,457.09 | 3,769.28 |
| 75 | Kelley | William | | | | | 7,573.53 | 3,828.13 |
| 76 | Key | Dana R. | | | | | 16,921.69 | 8,553.28 |
| 77 | Kieber | Brian Richard | | | | | 9,229.67 | 4,665.25 |
| 78 | Kirksey | Perry J | | | | | 4,898.91 | 2,476.22 |
| 79 | Kivlehan | Ashley | | | | | 4,311.02 | 2,179.06 |
| 80 | Kivlehan | Barbara L | | | | | 8,310.42 | 4,200.60 |
| 81 | Knox | Malcolm | | | | | 4,576.80 | 2,313.40 |
| 82 | Lancaster | Kevin S. | | | | | 6,444.71 | 3,257.56 |
| 83 | Lane | Grover Todd | | | | | 7,019.40 | 3,548.04 |
| 84 | Lawrence | Joseph William | | | | | 8,404.35 | 4,248.08 |

| | Last Name | First Name | Address | City | State | Zip | Adjusted WARN Damages | Projected Net Pre-Tax |
|---|---|---|---|---|---|---|---|---|
| 85 | Leblanc | Richard | REDACTED | | | | 6,214.29 | 3,141.09 |
| 86 | Lineberger | Christopher | | | | | 5,433.75 | 2,746.56 |
| 87 | Lineberger | Joel B | | | | | 5,739.95 | 2,901.33 |
| 88 | Luciani | Carlene | | | | | 6,017.85 | 3,041.80 |
| 89 | Machado | Jose | | | | | 2,100.00 | 1,061.47 |
| 90 | Martin | Philip Lance | | | | | 6,156.84 | 3,112.05 |
| 91 | Martz | Robert Owen | | | | | 8,787.43 | 4,441.71 |
| 92 | McCollum | Germane Stefon | | | | | 5,584.44 | 2,822.72 |
| 93 | McCulloch | Bay Billings | | | | | 7,056.00 | 3,566.54 |
| 94 | McDaniels | Tronnie R. | | | | | 5,286.13 | 2,671.94 |
| 95 | McKnight | David Ray | | | | | 8,597.06 | 4,345.49 |
| 96 | Moore | Kendrick Lamar | | | | | 5,975.72 | 3,020.50 |
| 97 | Moore | Michelle L. | | | | | 7,697.55 | 3,890.82 |
| 98 | Morgan | Donald W | | | | | 4,815.56 | 2,434.08 |
| 99 | Morgan | Rex N | | | | | 9,271.56 | 4,686.43 |
| 100 | Morrison | Christopher | | | | | 4,850.49 | 2,451.74 |
| 101 | Morrison | David H | | | | | 18,648.59 | 9,426.16 |
| 102 | Murphy Jr. | Francis H. | | | | | 6,773.53 | 3,423.76 |
| 103 | Myers | Radford Keith | | | | | 6,288.57 | 3,178.64 |
| 104 | Nagy Jr. | Frank John | | | | | 5,075.21 | 2,565.33 |
| 105 | Nowlin | Willie Alphonso | | | | | 6,166.99 | 3,117.18 |
| 106 | Nyarko | David | | | | | 5,567.34 | 2,814.08 |
| 107 | Oliveira | Venicio | | | | | 4,598.14 | 2,324.19 |
| 108 | Owen | David L. | | | | | 8,399.19 | 4,245.47 |
| 109 | Parks | Alphonso A. | | | | | 4,884.77 | 2,469.07 |
| 110 | Payne | Olin Lavern | | | | | 16,204.78 | 8,190.91 |
| 111 | Pelland | Charlene | | | | | 4,447.52 | 2,248.05 |
| 112 | Pelland | Ricky L | | | | | 7,906.79 | 3,996.58 |
| 113 | Peoples | Kenneth LaShun | | | | | 4,693.01 | 2,372.14 |
| 114 | Pereira | Mario M | | | | | 8,478.73 | 4,285.68 |
| 115 | Perrell | David W. | | | | | 6,500.79 | 3,285.90 |
| 116 | Pettigrew | Vincent Lamont | | | | | 4,365.60 | 2,206.65 |
| 117 | Phillips | Dawn Annette | | | | | 4,541.51 | 2,295.56 |
| 118 | Powell | Ahmad | | | | | 6,453.86 | 3,262.18 |
| 119 | Raynor | David A. | | | | | 14,814.28 | 7,488.06 |
| 120 | Reaves | Victor G. | | | | | 6,201.60 | 3,134.68 |
| 121 | Reeves | Bobbi L | | | | | 4,273.41 | 2,160.05 |
| 122 | Reynolds | Antonio Lamont | | | | | 4,702.86 | 2,377.12 |
| 123 | Riggins | Don J. | | | | | 6,012.26 | 3,038.97 |
| 124 | Riggs | Timothy Franklin | | | | | 6,378.49 | 3,224.09 |
| 125 | Roark | Troy Lee | | | | | 5,786.01 | 2,924.61 |
| 126 | Rodriguez | Jose Enrique | | | | | 5,453.76 | 2,756.67 |

| | Last Name | First Name | Address | City | State | Zip | Adjusted WARN Damages | Projected Net Pre-Tax |
|---|---|---|---|---|---|---|---|---|
| 127 | Russ | Michael Garry | REDACTED | | | | 17,418.21 | 8,804.25 |
| 128 | Salmons | Ronald E. | | | | | 8,263.01 | 4,176.64 |
| 129 | Sarfo | Richmond K | | | | | 4,564.59 | 2,307.23 |
| 130 | Scanlon | James P | | | | | 7,727.24 | 3,905.83 |
| 131 | Scott | Kenneth Eugene | | | | | 5,623.35 | 2,842.39 |
| 132 | Sellars | Bobby | | | | | 6,385.39 | 3,227.58 |
| 133 | Sena | Edwin N | | | | | 7,826.69 | 3,956.10 |
| 134 | Sena | Getulio N | | | | | 11,229.33 | 5,676.00 |
| 135 | Sener | Charles F. | | | | | 7,053.71 | 3,565.38 |
| 136 | Serradas | Lucio G | | | | | 4,274.72 | 2,160.71 |
| 137 | Shaw | Steven | | | | | 4,273.50 | 2,160.09 |
| 138 | Sheek | Wesley J. | | | | | 8,726.53 | 4,410.93 |
| 139 | Silveira | Egidio J | | | | | 8,494.83 | 4,293.82 |
| 140 | Silveira | Henrique M | | | | | 7,341.39 | 3,710.80 |
| 141 | Simmons Jr | George H. | | | | | 5,836.48 | 2,950.12 |
| 142 | Sink | Eric Leonard | | | | | 6,325.86 | 3,197.49 |
| 143 | Sink Jr. | John O. | | | | | 11,093.34 | 5,607.26 |
| 144 | Sinkler | Vicky S. | | | | | 2,262.86 | 1,143.79 |
| 145 | Skaggs | Kyle Brandon | | | | | 5,569.31 | 2,815.08 |
| 146 | Skaggs Jr. | Carl R. | | | | | 6,780.60 | 3,427.34 |
| 147 | Southard | Byron Adams | | | | | 9,404.16 | 4,753.45 |
| 148 | Spivey | Judith C. | | | | | 6,065.87 | 3,066.07 |
| 149 | Sroka | David P | | | | | 8,420.43 | 4,256.21 |
| 150 | Stanley | Keith Darrin | | | | | 7,266.64 | 3,673.01 |
| 151 | Stepp | James E | | | | | 7,782.45 | 3,933.74 |
| 152 | Stiger Jr. | Edward Antonio | | | | | 5,461.65 | 2,760.66 |
| 153 | Strickland II | Timothy Dale | | | | | 5,774.12 | 2,918.60 |
| 154 | Summers | Jamar Kinte | | | | | 4,035.77 | 2,039.93 |
| 155 | Tavares Jr | Joseph | | | | | 5,667.82 | 2,864.87 |
| 156 | Teague | Diane S | | | | | 6,931.07 | 3,503.40 |
| 157 | Tellez | Adolfo Rolando | | | | | 3,315.94 | 1,676.08 |
| 158 | Tilley | Adam P. | | | | | 4,070.94 | 2,057.70 |
| 159 | Tilley | Frances P. | | | | | 4,815.56 | 2,434.08 |
| 160 | Torres | David | | | | | 4,273.50 | 2,160.09 |
| 161 | Trastelis | Stavros G. | | | | | 22,593.21 | 11,420.02 |
| 162 | Velasco | Luis | | | | | 7,769.25 | 3,927.06 |
| 163 | Veloso | Daniel N | | | | | 7,417.17 | 3,749.10 |
| 164 | Villarreal | Joel | | | | | 5,611.91 | 2,836.61 |
| 165 | Wilcox | Mark | | | | | 11,140.17 | 5,630.94 |
| 166 | Williams | Cedric Augusta | | | | | 4,201.61 | 2,123.75 |
| 167 | Williams | Harold Dwayne | | | | | 3,865.03 | 1,953.63 |
| 168 | Wilson | Yusef M. | | | | | 4,960.33 | 2,507.26 |

| | Last Name | First Name | Address | City | State | Zip | Adjusted WARN Damages | Projected Net Pre-Tax |
|---|---|---|---|---|---|---|---|---|
| 169 | Wloch | Joseph | REDACTED | | | | 5,445.99 | 2,752.74 |
| 170 | Woliver | Bruce B. | | | | | 7,703.68 | 3,893.92 |
| 171 | Womack | Samuel Alexander | | | | | 5,611.91 | 2,836.61 |
| 172 | Woods | Adrine Lamark | | | | | 4,942.16 | 2,498.07 |
| 173 | Yglesias | John M | | | | | 5,710.40 | 2,886.39 |
| 174 | Young | Lauren | | | | | 4,155.06 | 2,100.23 |
| 175 | Young | Susan | | | | | 12,183.69 | 6,158.40 |
| 176 | Young | Vicki Y. | | | | | 8,932.11 | 4,514.85 |
| | | | | | | | 1,256,275.47 | 635,000.00 |

| | |
|---|---|
| Gross Settlement | 1,000,000.00 |
| Class Rep Service Fees | 10,000.00 |
| Attorney Fees (1/3) | 330,000.00 |
| Estimated Expenses | 25,000.00 |
| Net Pre-Tax Settlement to Class Members | 635,000.00 |