**RIPARIAN PARTNERS LLC**
*Investment Banking*

INVOICE

Date:  December 12, 2016

Microfibres Trustee

Attention:  Joe DiOrio

| Description | | Invoice Number: 2016-MFB-0002 |
|---|---|---|
| | | Amount |
| **Reimbursement- per engagement letter** | | |
| Transportation Winston Salem | | $716.11 |
| Car Rental Winston Salem | | $172.69 |
| Meals Winston Salem | | $202.82 |
| Hotel Winston Salem | | $156.50 |
| | Subtotal | $1248.12 |
| | Total Due | $1248.12 |

**Payment Due Upon Receipt**

**Please remit payment to:**
Riparian Partners, LLC
One Financial Plaza, Floor 21
Providence, RI 02903
(401) 277-0156

**Wire Instructions:**
Citizens Bank
1 Citizens Plaza
Providence, RI 02903
ABA ▮
For account of Riparian Partners
Account Number: ▮
SWIFTL ▮

*Should you have any questions concerning this invoice please contact Rachel Franckowiak at (401) 277-0156.*

**RIPARIAN PARTNERS LLC**
*Investment Banking*

**INVOICE**

Date:    February 21, 2017

Microfibres Trustee

Attention:  Joe Diorio

| Description | Invoice Number: 2017-MFB – 0003 |
| --- | --- |
| | Amount |
| **5% Transaction Fee-** *per engagement letter* | $286,070 |
| Subtotal | $286,070 |
| Total Due | $286,070 |

**Payment Due Upon Receipt**

**Please remit payment to:**              **Wire Instructions:**
Riparian Partners, LLC                         Citizens Bank
One Financial Plaza, Floor 21             1 Citizens Plaza
Providence, RI 02903                          Providence, RI 02903
(401) 277-0156                                      ABA███████
                                                              For account of Riparian Partners
                                                              Account Number:███████
                                                              SWIFT███████

*Should you have any questions concerning this invoice please contact Rachel Franckowiak at (401) 277-0156.*