File No. 10SMill@2017

********* **INVOICE** *********

File Number: 10SMill@2017

Kristen Forbes Cuddy, Esq
144 Westminster Street, Suite 302,
 Providence RI

Borrower :          N/A

Invoice # :
Order Date :
Reference/Case # :
PO Number :

10 S. Mill St.
Nantucket, MA  02554

| | | |
|---|---|---|
| Residential appraisal | $ | 850.00 |
| | $ | -------------- |
| Invoice Total | $ | 850.00 |
| State Sales Tax @ | $ | 0.00 |
| Deposit | ($ | ) |
| Deposit | ($ | ) |
| | | -------------- |
| Amount Due | $ | 850.00 |

Terms:

Please Make Check Payable To:

Nantucket Evaluation Group
100 S. Main St.
Sherborn, MA 01770

Fed. I.D. #: