UNITED STATES BANKRUPTCY COURT  
FOR THE DISTRICT OF RHODE ISLAND

R.I. Local Form 2002-1.1  
(Rev. 7/1/15)

---------------------------------*

In re:  :  
    Microfibres, Inc.

:     BK No. 16-10154  
Debtor(s)     Chapter 7

:

---------------------------------*

## CREDITOR CHANGE OF ADDRESS FORM

1. **Name of Creditor:**     B.E. Capital Management Fund LP

2. **Account Number (last 4 digits only):** N/A

3. **Old Address:**  
   Names(s):     B.E. Capital Management Fund LP  
   Mailing Address:     205 East 42nd Street, 14th Floor  
   City, State, Zip Code:     New York, NY 10017

4. **New Noticing Address:**  
   Mailing Address:     15 East 67th Street, 6th Floor  
   City, State, Zip Code:     New York, NY 10065

5. **New Payment Address:**  
   Mailing Address:     15 East 67th Street, 6th Floor  
   City, State, Zip Code:     New York, NY 10065

**Check all that apply (you must check one):**

_X_ I am listed as a creditor in the above referenced case.

_X_ I am the transferee as evidenced by the transfer of claim filed in this case on multiple dates.

I, Thomas Braziel, hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/10/17        Signature: _/s/_

OCT-13 '17 PM12:49

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE: Microfibres, Inc. | CASE NO: 16-10154 |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 7 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 10/10/2017, I did cause a copy of the following documents, described below,

Change of Address Notice,

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/10/2017

/s/ Thomas Braziel
Thomas Braziel
B.E. Capital
15 East 67th Street, 6th Floor
New York, NY 10065
646 678 2922
thomas@beclaims.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF RHODE ISLAND

OCT-13 '17 PM12:49

IN RE: Microfibres, Inc.

CASE NO: 16-10154

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

On 10/10/2017, a copy of the following documents, described below,

Change of Address Notice,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/10/2017

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
B.E. Capital
Thomas Braziel
15 East 67th Street, 6th Floor
New York, NY 10065

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*EXCLUDE*

1 ~~US BANKRUPTCY COURT~~
~~DISTRICT OF RHODE ISLAND~~
~~380 WESTMINSTER STREET~~
~~6TH FLOOR~~
~~PROVIDENCE RI 02903~~

2 JENNIFER V. DORAN
HINCKLEY ALLEN & SNYDER LLP
60 KENNEDY PLAZA
SUITE 1600
PROVIDENCE RI 02903-2319

3 PAUL F. O DONNELL III
HINCKLEY ALLEN & SNYDER LLP
28 STATE STREET
BOSTON MA 02109-1775

4 GARY L. DONAHUE
U.S. TRUSTEE S OFFICE
10 DORRANCE ST
PROVIDENCE RI 02903

5 GARY L. DONAHUE
OFFICE OF THE U.S. TRUSTEE
U.S. COURTHOUSE
ONE EXCHANGE TERRACE SUITE 431
PROVIDENCE RI 02903

6 SANDRA NICHOLLS
U.S. TRUSTEE S OFFICE
U.S. COURTHOUSE
ONE EXCHANGE TERRACE SUITE 431
PROVIDENCE RI 02903

7 JOSEPH M. DIORIO
LAW OFFICE OF JOSEPH M. DIORIO INC.
144 WESTMINSTER STREET
SUITE 302
PROVIDENCE RI 02903

8 KRISTEN FORBES CUDDY
LAW OFFICE OF JOSEPH M. DIORIO INC.
144 WESTMINSTER STREET
SUITE 302
PROVIDENCE RI 02903