# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In re: | Chapter 7 |
| MICROFIBRES, INC., | Case No. 16-10154 |
| Debtors. | |

## NOTICE OF CHANGE OF FIRM NAME

**PLEASE TAKE NOTICE** that, effective November 1, 2017, the law firm of Womble Carlyle Sandridge & Rice, LLP, has changed its name to Womble Bond Dickinson (US) LLP.

**PLEASE TAKE FURTHER NOTICE** that the office address, telephone numbers, and facsimile numbers remain the same for the below listed attorneys. However, individual e-mail addresses have been changed to reflect the @wbd-us.com domain name as set forth below.

Dated: November 3, 2017         **WOMBLE BOND DICKINSON (US) LLP**

*/s/ Mark L. Desgrosseilliers*
Mark L. Desgrosseilliers
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
E-mail: mark.desgrosseilliers@wbd-us.com

-and-

M. Christopher Bolen
2530 Meridian Parkway, Suite 400
Durham, NC 27713
Telephone: (919) 484-2391
E-mail: christopher.bolen@wbd-us.com

*Special Counsel to the Chapter 7 Trustee*

WBD (US) 41071621v1