# *Piccerelli, Gilstein & Company, LLP*
### 144 Westminster Street
### Providence, RI 02903
### 401.831.0200

*Joseph DiOrio Esq.*  *December 20, 2017*
*144 Westminster Street*
*Providence, RI 02903*  *Invoice No.628024*

---

Re: - <u>MICROFIBRES, INC. - CH 11</u>

Billing for professional services rendered in connection with the following:

- Microfibres, Inc. valuation and litigation support

    - Review of documents (3 hours @ $350/Hour)         $ 1,050.00

    - Meetings and discussions                                         <u>495.00</u>

        **TOTAL BILLING**                                    $ <u>**1,545.00**</u>

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 1,545.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,545.00 |

Terms: Net thirty days. After that time, finance charges will be added to the prior outstanding balance at the rate of one percent per month.

| ENG | | CATEGORY | SUB CAT | SERVICE DESC | LAST NAME | DATE | HOURS | EXPENSES | FEES | MEMO |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | H | CONSU | LS | Assistance in Legal Matters | Piccerelli | 11/6/2017 | 1.75 | $0.00 | $612.50 | Review of Microfibres documentation |
| 001 | H | CONSU | LS | Assistance in Legal Matters | Papa | 11/6/2017 | 1.25 | $0.00 | $437.50 | Review consolidated financials and meet with attorney Diorio; value discussion |
| | | | | | | | | | $1,050.00 | |
| 001 | H | CONSU | BV | Valuation of Company | Piccerelli | 12/7/2017 | 0.75 | $0.00 * | $232.50 | Mtg with Joe DiOrio, Chip and Kevin on valuation estimates |
| 001 | H | CONSU | LS | Assistance in Legal Matters | Papa | 12/7/2017 | 0.75 | $0.00 | $262.50 | Meeting with attorney's Diorio and Palmer to discuss Microfibres matter |
| | | | | | | | | | $495.00 | |

*$30.00 reduction in fee for benefit of bankruptcy estate