UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:                                    :
                                          :
MICROFIBRES, INC.                         :        Bk. No. 16-10154
                                          :        Chapter 7
                                          :

## TRUSTEE'S STATUS REPORT

Joseph M. DiOrio, in and only in his capacity as the Chapter 7 trustee (the "Trustee") in the above-referenced action, hereby files this status report:

1.      On January 29, 2016 (the "Petition Date"), Microfibres, Inc. (the "Debtor") filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code, and on that date, the United States Trustee appointed Joseph M. DiOrio to act as the Chapter 7 trustee.

2.      On February 12, 2021, this Court entered an Order Discharging Chapter 7 Trustee & Closing Asset Case [Doc. 1474].

3.      On May 18, 2021, the United States Trustee filed the Motion to Reopen Chapter 7 Case and Appoint Chapter 7 Trustee [Doc. 1476], which was subsequently granted on June 23, 2021 and the Trustee was reappointed [Doc. 1478].

4.      On September 27, 2021, the Trustee filed (i) his application to re-engage Anthony Van der Hauwaert Esq. as Belgian Counsel ("Belgian Counsel") and (ii) his application to re-engage the Law Office of Joseph M. DiOrio, Inc ("Trustee's Counsel"). as counsel to the Trustee [1483] which are still pending before this Court.

5.      In 2016, Belgian Counsel filed proofs of claim on the Estate's behalf in two Belgian bankruptcy proceedings.

6.      A distribution was made on account of the Estate's claims in the amount of EUR

392.811,48 ("Distribution Funds).

7.      The Trustee is currently holding $448,568.68.

8.      Belgian Counsel is currently holding 7,811.48 euros in his third party account and

will wire the remainder of the funds once his fees have been approved.

9.      The Trustee is preparing the fee applications for Belgian Counsel and Trustee's

Counsel and will file with this Court shortly.

10.      The Trustee requests until February 6, 2022 to further report on the status of this case

if the case is not closed before that date.

<div style="margin-left: 45%;">

Respectfully Submitted:
JOSEPH M. DIORIO, Chapter 7 Trustee

/s/ *Joseph M. DiOrio*
Joseph M. DiOrio (#2616)
DiOrio Law Office
144 Westminster Street, Suite 302
Providence, RI 02903
Phone: 401 632-0911
Fax:  401 632-0751
Email: jmdiorio@dioriolaw.com

</div>

Date: December 7, 2021