racine
ADVOCATEN AVOCATS

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| MICROFIBRES, INC. | : | Bk. No. 16-10154 |
| | : | Chapter 7 |
| | : | |

**FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF FEES AND EXPENSES FOR ANTHONY VAN DER HAUWAERT, ESQ. AND KING & WOOD MALLESONS LAW OFFICE AS COUNSEL TO THE CHAPTER 7 TRUSTEE**

Anthony Van der Hauwaert, Esq. and Racine Law Office (the "Law Office"), as Belgian counsel to Joseph M. DiOrio, the Chapter 7 trustee (the "Trustee") of the Bankruptcy Estate of Microfibres, Inc. (the "Debtor"), hereby apply, pursuant to 11 U.S.C. § 33 and Bankruptcy Rule 2016 and Local Rule 2016-1, for a final allowance of compensation for legal services performed in the above-referenced matter in the amount of $2,717.90 in fees, and $233.31 in expenses for the time period of May 31, 2017 through July 18, 2018. The Law Office has not received a retainer from any party.

In support of this Application, the Law Office states the following:

1.    On January 29, 2016, the Debtor filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code. Joseph M. DiOrio was appointed as the Trustee.

2.    On February 17, /2016 the Trustee filed an Application to Employ Anthony Van der Hauwaert, Esq. and the KING & WOOD MALLESONS Law Office (the "Employment Application") to act as counsel to the Trustee.

3.    On March 15, 2016 (the "Appointment Date"), the Court entered an Order approving the Employment Application.

1



4.  On August 18, 2017, the Trustee filed an amended application to Employ Anthony Van Der Hauwaert and Racine as Substitute Counsel [Doc. 843].

5.  On September 11, 2017 the Court entered an Order approving the change of the Employment Application to the new Law Office of Anthony Van der Hauwaert, Esq, Racine Law Office.

6.  On June 15, 2016, the Law Office filed an Interim Application for Compensation and Reimbursement of Fees and Expenses requesting an interim allowance of compensation for legal services performed in the amount of $7,925.69 in fees, and $944.94 in expenses for the time period of January 29, 2016 through April 30, 2016 [Doc. 290].

7.  On July 13, 2016, this Court entered an Order allowing interim compensation in the amount of $7,925.96 in fees and $944.94 in expenses for the time period of January 29, 2016 to April 30, 2016 [Doc. 330]. These payments have been made.

8.  On April 21, 2017, the Law Office filed a Second Interim Application for Compensation and Reimbursement of Fees and Expenses requesting an interim allowance of compensation for legal services performed in the amount of $1,550.00 in fees and $0.00 in expenses for the time period of September 5, 2016 to November 29, 2016 [Doc. 731].

9.  On May 31, 2017, this Court entered an Order allowing interim compensation in the amount of $1,550.00 in fees and $0.00 in expenses for the time period of September 5, 2016 to November 9, 2016 [Doc. 785]. This payment has been made.

10. Since the Appointment Date, the Trustee and the Law Office have worked on, among other things, the following matters:

   a. Liaising with the trustees of the Belgian subsidiaries of Microfibers Inc. including physical meeting

2



  b. Filing of claim on behalf of Microfibers Inc. in the two Belgian bankruptcy proceedings;

11. Currently, Belgian Counsel is holding of 7,811.48 euros or $8,868.16 USD, in his client account pending instruction from the Trustee and the Court to the extent that his Fee Application is approved. Upon approval, the Trustee will instruct Belgian Counsel to apply the funds and wire any remaining funds to the Trustee to be added to the Distribution Funds.

12. In accordance with Local Rule 2016-1, an overall summary of hours expended by each timekeeper is attached hereto as *Exhibit A*. A narrative description of services performed by the Law Office is attached hereto as *Exhibit B*. These services are itemized fully in the contemporaneously maintained computer time records attached hereto as *Exhibit C*. A biography of the employees of the Law Office who provided services is attached hereto as *Exhibit D*. An itemization of expenses of the Law Office is attached hereto as *Exhibit E*.

13. All professional services for which this Application seeks compensation were performed by the Law Office in accordance with the Exhibits attached hereto, and were performed on behalf of the Trustee and not on behalf of any other committee, creditor, or person.

14. The compensation and reimbursement sought in this Application will not be divided, shared, or pooled directly or indirectly with any other person or firm.

**WHEREFORE**, the Law Office respectfully requests that this Court enter an Order authorizing a final payment to the Law Office in the amount of $ 1.839,00, which represents: (i) $ $1.702,78 in fees and $ 220,47 in expenses, for the time period of May 17, 2021 through October 17, 2021.

## NOTICE

**Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any**



**party against whom this paper has been served, or any other party who objects to the relief sought therein, shall serve and file an objection or other appropriate response to this paper with the United States Bankruptcy Court Clerk's Office, 380 Westminster Street, 6th Floor, Providence, RI 02903, (401) 626-3100. If no objection or other response is timely filed within the time allowed herein, the paper will be deemed unopposed and will be granted, unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise.**

Respectfully Submitted:

/s/Anthony Van der Hauwaert Esq.
Racine Attorneys
Avenue Charles Quint 586, b9
1082 Brussels
Belgium
0032 2 412 01 57
avanderhauwaert@racine.eu

Dated: December 15, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2021, electronically filed the Trustee's First Application For Compensation And Reimbursement Of Expenses For Joseph M. DiOrio, Esq. in the above captioned matter with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF system. The following CM/ECF participants received notice electronically:

- **Armando Batastini**   abatastini@nixonpeabody.com, mryone@nixonpeabody.com;bos.managing.clerk@nixonpeabody.com;ddemartini@nixonpeabody.com
- **Steven J. Boyajian**   sboyajian@rc.com, bvucci@rc.com
- **Kristen Forbes Cuddy**   klforbes@dioriolaw.com
- **Michael J. Daly**   mdaly@pierceatwood.com, ledelman@pierceatwood.com;mgosetti@pierceatwood.com;mjosgood@pierceatwood.com
- **Joseph M. DiOrio**   jmdiorio@dioriolaw.com, Legalassistant@dioriolaw.com,djdemartini@dioriolaw.com,amperry@dioriolaw.com,jmpagano@dioriolaw.com
- **Joseph M. DiOrio**   jmdiorio@dioriolaw.com, RI02@ecfcbis.com,ghpalmer@dioriolaw.com,legalassistant@dioriolaw.com,amperry@dioriolaw.com,jmpagano@dioriolaw.com,ccardon@dioriolaw.com
- **Gary L. Donahue**   ustpregion01.pr.ecf@usdoj.gov
- **Gary L. Donahue**   gary.l.donahue@usdoj.gov
- **Jennifer V. Doran**   jdoran@haslaw.com, calirm@haslaw.com;kabarrett@hinckleyallen.com
- **Donald G Frankel**   DONALD.FRANKEL@USDOJ.GOV
- **Richard L. Gemma**   rgemma@wdglaw.com, mgomes@wdglaw.com
- **Bruce W. Gladstone**   bgladstone@cm-law.com, cblessing@cm-law.com



- **Jeffrey H. Gladstone**  jhg@psh.com, amz@psh.com
- **Lawrence L. Goldberg**  mary@lg.necoxmail.com
- **Marc B Gursky**  mgursky@rilaborlaw.com
- **Alden C. Harrington**  harrington@rhf-lawri.com, kristin@rhf-lawri.com;kristen@rhf-lawri.com
- **Thomas S. Hemmendinger**  themmendinger@brcsm.com, lkresge@brcsm.com
- **Lauren E. Jones**  ljones@appeallaw.com
- **Lisa M. Kresge**  lkresge@brcsm.com, jlawson@brcsm.com
- **Lynda L. Laing**  lynn@straussfactor.com, straussfactorlaw@cs.com
- **Elizabeth A. Lonardo**  elonardo@alftlaw.com
- **M. Vance McCrary**  vmccrary@thegardnerfirm.com
- **Matthew J. McGowan**  mmcgowan@smsllaw.com, acarlow@smsllaw.com
- **Leah L Miraldi**  LMIRALDI@CM-LAW.COM, ccappalli@cm-law.com
- **Sandra Nicholls**  sandra.nicholls@usdoj.gov
- **Paul F. O'Donnell**  podonnell@hinckleyallen.com, kabarrett@hinckleyallen.com
- **Mary E. Olsen**  molsen@thegardnerfirm.com, apage@thegardnerfirm.com
- **Theodore Orson**  torson@orsonandbrusini.com, tpecchia@orsonandbrusini.com
- **Gardner H. Palmer**  ghpalmer@dioriolaw.com, cpalmer76@verizon.net
- **Amanda M. Perry**  amperry@dioriolaw.com, jmpagano@dioriolaw.com
- **William Walt Pettit**  walt.pettit@hutchenslawfirm.com, tracy.vines@hutchenslawfirm.com
- **Charles A. Pisaturo**  Charlie@pisaturolaw.com, adias@pisaturolaw.com
- **Michael J. Polak**  mpolak@brcsm.com, jlawson@brcsm.com;lormonde@brcsm.com
- **Evan P. Shanley**  eshanley@rilaborlaw.com
- **Jeffrey K. Techentin**  jtechentin@apslaw.com, lneville@apslaw.com
- **John F. Welsh**  jwelsh@bellowelsh.com
- **Martha J. Zackin**  mzackin@bellowelsh.com, kscotina@bellowelsh.com
- **Kyle Zambarano**  kzambarano@apslaw.com

*/s/ Catherine D. Cardon*



# **EXHIBIT A**

## **Overall Summary**

| Attorney | Year Admitted | Initials | Hourly Rate | Hours | Total € | Total $ |
|---|---|---|---|---|---|---|
| Anthony Van der Hauwaert | 23 | AVH | € 475,00 | 2.7 | € 1.282,50 | $ 1.493,20 |
| Sien Vermeesch | 8 | SVE | € 300,00 | 0.6 | € 180 | $ 209,57 |



# EXHIBIT B

## Narrative of Services by Category



# Category 1

## Belgium Insolvency Services

### Summary of Work Relating to Belgium Insolvency Services

The Trustee and the Law Office have participated in various responsibilities relating to the administration and closure of the bankruptcy estate including, but not limited to: reviewing the Debtors' petition and related papers; research into assets of the estate; research regarding claims filed in case and interactions with the Belgian trustees and filing of claim on behalf of Microfibers Inc. in the two Belgian bankruptcy proceedings.

A breakdown of the time spent and the charges associated with work in this category is as follows:

| Attorney | Year Admitted | Initials | Hourly Rate | Hours | Total € | Total $ |
|---|---|---|---|---|---|---|
| Anthony Van der Hauwaert | 23 | AVH | € 475,00 | 2.7 | € 1.282,50 | $ 1.493,20 |
| Sien Vermeesch | 8 | SVE | € 300,00 | 0.6 | € 180 | $ 209,57 |



# EXHIBIT C

## Computer Time Entries

| Date | Attorney | Description | Duration | Rate | Amount | USD |
|---|---|---|---|---|---|---|
| 00043183 - Bankruptcy Microfibres Europe NV and Fabrics International NV (AVH)  \|\|  Client : BANKRUPTCY ESTATE OF MICROFIBRES INC - C0001658 | | | | | | |
| 17/05/2021 | AVH | Attend to correspondence from bankruptcy trustees, verification of claims; confirmation of receipt and email exchange with US trustee. | 0:48 | 475,00 € | 380,00 € | |
| 17/05/2021 | AVH | Correspondence with US trustee. | 0:06 | 475,00 € | 47,50 € | |
| 8/06/2021 | AVH | Follow-up approval final trustee report and payments to creditors; reach out to court | 0:24 | 475,00 € | 190,00 € | |
| 29/06/2021 | AVH | Correspondence with US trustee re received monies. | 0:06 | 475,00 € | 47,50 € | |
| 19/07/2021 | AVH | Call with US trustee re status and transfer of funds | 0:12 | 475,00 € | 95,00 € | |
| 4/08/2021 | AVH | Attend to file; correspondence with US trustee | 0:24 | 475,00 € | 190,00 € | |
| 24/08/2021 | AVH | Correspondence with US bankruptcy trustee | 0:06 | 475,00 € | 47,50 € | |
| 17/09/2021 | AVH | Attend to letters from Dendermonde court re closure of bankruptcy. | 0:12 | 475,00 € | 95,00 € | |
| 6/10/2021 | AVH | Attend to court decision closing the bankruptcies of Fabrics International NV and Microfibers Europe NV | 0:12 | 475,00 € | 95,00 € | |
| 18/10/2021 | AVH | Correspondence with US trustees re closure of Belgian procedure. | 0:06 | 475,00 € | 47,50 € | |
| 18/10/2021 | AVH | Internal follow-up for translation court decisions | 0:06 | 475,00 € | 47,50 € | |
| 19/10/2021 | SVE | Translation court decisions | 0:36 | 300,00 € | 180,00 € | |
| | | | | Total fees: | 1.462,50 € | $ 1.702,78 |
| | | | | Office expenses | 117,00 € | $ 136,22 |
| | | Registered letter to US trustee | | | 72,36 | $ 84,25 |
| | | | | Full total | 1.579,50 € | $ 1.839,00 |

| Summary | | | | | | |
|---|---|---|---|---|---|---|
| Initials | Attorney | | Hours | Hourly Rate | Total | |
| AVH | Anthony Van der Hauwaert | | 2,7 | 475,00 € | 1.282,50 € | $ 1.493,20 |
| SVE | Sien Vermeesch | | 0,6 | 300,00 € | 180,00 € | $ 209,57 |
| **Total** | | | **3,3** | | **1.462,50 €** | **$ 1.702,77** |



# EXHIBIT D

## Biographies



### Racine Brussels – Partner

Anthony Van der Hauwaert

avanderhauwaert@racine.eu
Tel : +32 (0)2 412 01 66

Admitted to the Brussels and Ghent Bar

**M&A – PRIVATE EQUITY**
**RESTRUCTURING AND REAL ESTATE**

For 20 years now Anthony Van der Hauwaert has been advising Belgian and international groups on M&A and corporate matters. He has particular experience in cross-border and domestic mergers and acquisitions, international expansion, private equity and real estate transactions. He has also significant intellectual property, commercial real estate and employment law expertise. As court appointed bankruptcy lawyer, Anthony frequently intervenes in restructuring matters.

| FIELDS OF EXPERTISE | PROFESSIONAL EXPERIENCE |
|---|---|
| - M&A<br>- Company law<br>- Commercial contracts<br>- Litigation<br>- Private Equity<br>- Real Estate<br>- Restructuring and companies in difficulty | - Racine Brussels since 2017<br>- King & Wood Mallesons<br>- Squire Patton Boggs<br>- Allen & Overy |
| **EDCUATION**<br>- The George Washington University (USA), LL.M., 1998<br>- Katholieke Universiteit Leuven, License in Law (Belgium), 1997<br>- Université de Namur (Facultés Universitaires Notre-Dame de la Paix), Candidature in Law (Belgium), 1994<br>- Bankruptcy trustee – post university formation (2014) | **OTHER**<br>- Member of the Brussels and Ghent bars<br>- Court appointed trustee (curator) Recommended in the Legal 500 EMEA 2018 Edition<br>- Member of the Belgian arbitration institute Cepina, http://www.cepani.be/en |
| **LANGUAGES**<br>Fully fluent in Dutch, French and English | |





**Racine Brussels**

Sien Vermeesch

svermeesch@racine.eu

Tel : +32 (0)2 412 01 71
Admitted to the Brussels Bar

Sien Vermeesch advises and assists Belgian and international companies on M&A as well as corporate and commercial law matters. She has furthermore experience in financial and real estate transactions and regulatory compliance in the financial sector.

| FIELDS OF EXPERTISE | PROFESSIONAL EXPERIENCE |
|---|---|
| <ul><li>M&A</li><li>Company law</li><li>Corporate governance</li><li>Commercial contracts</li><li>Litigation</li><li>Real Estate</li><li>Restructuring and companies in difficulty</li><li>Banking and finance</li></ul> | <ul><li>Racine Brussels since 2017</li><li>K law (cost-sharing association with KPMG tax & legal advisors)</li><li>Ghent university – corporate and financial law department</li><li>Cottyn</li></ul> |
| **EDCUATION** | **OTHER** |
| <ul><li>Master of Law, UGent (2007)</li><li>International exchange, Bond University, Robina, Queensland, Australia (2007)</li><li>LL.M. European and Comparative Law, UGent, (2008)</li><li>Doctor of Law, UGent, (2013)</li><li>Postgraduate Corporate Finance, K.U. Leuven (2015)</li><li>Bankruptcy trustee - post university formation (2016)</li></ul> | <ul><li>Member of the Brussels bar</li><li>Member of the Financial Law Institute</li></ul> |
| **LANGUAGES** Dutch, English, French | |



## EXHIBIT E

### Disbursement Report

1. Postage Expense                                                                €72,36
2. Photocopy Expense                                                           €00,00
3. Administrative costs (including travel to court in Dendermonde)   €117,00

**Total: €189,36 € ($220,47)**