United States Bankruptcy Court

District of Rhode Island

In re:  Case No. 16-10154-DF

Microfibres, Inc.  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0103-1     User: admin     Page 1 of 4
Date Rcvd: Jan 12, 2022     Form ID: 157     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
|  | Anthony Van der Hauwaert Esq, Avenue Charles Quint 586, b9, 1082 Brussels, BELGIUM |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2022      Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alden C. Harrington | on behalf of Interested Party James R. McCulloch harrington@rhf-lawri.com kristin@rhf-lawri.com;kristen@rhf-lawri.com |
| Amanda M. Perry | on behalf of Trustee Joseph M. DiOrio amperry@dioriolaw.com jmpagano@dioriolaw.com |
| Amanda M. Perry | on behalf of Plaintiff Joseph M. DiOrio amperry@dioriolaw.com jmpagano@dioriolaw.com |
| Armando Batastini | on behalf of Creditor Grand Coast Captial Group LLC abatastini@nixonpeabody.com mryone@nixonpeabody.com;bos.managing.clerk@nixonpeabody.com;ddemartini@nixonpeabody.com |
| Armando Batastini | on behalf of Interested Party Cram Holdings Group LLC abatastini@nixonpeabody.com, mryone@nixonpeabody.com;bos.managing.clerk@nixonpeabody.com;ddemartini@nixonpeabody.com |
| Armando Batastini | on behalf of Interested Party James R. McCulloch abatastini@nixonpeabody.com mryone@nixonpeabody.com;bos.managing.clerk@nixonpeabody.com;ddemartini@nixonpeabody.com |
| Bruce W. Gladstone | on behalf of Creditor Webster Bank National Association bgladstone@cm-law.com, cblessing@cm-law.com |

Case 1:16-bk-10154   Doc 1498   Filed 01/14/22   Entered 01/15/22 00:14:57   Desc
Imaged Certificate of Notice   Page 2 of 5

| District/off: 0103-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 12, 2022 | Form ID: 157 | Total Noticed: 1 |

| | |
|---|---|
| Charles A. Pisaturo, Jr. | on behalf of Creditor Fabricut Inc. Charlie@pisaturolaw.com, adias@pisaturolaw.com |
| Charles A. Pisaturo, Jr. | on behalf of Defendant Fabricut Inc. Charlie@pisaturolaw.com, adias@pisaturolaw.com |
| Charles A. Pisaturo, Jr. | on behalf of Defendant Monroe Staffing Services LLC Charlie@pisaturolaw.com, adias@pisaturolaw.com |
| Donald G Frankel | on behalf of Interested Party United States Environmental Protection Agency DONALD.FRANKEL@USDOJ.GOV |
| Elizabeth A. Lonardo | on behalf of Interested Party Thomas Courtemanche elonardo@alftlaw.com |
| Elizabeth A. Lonardo | on behalf of Defendant Solvay USA Inc. elonardo@alftlaw.com |
| Elizabeth A. Lonardo | on behalf of Creditor Toyota Industries Commercial Finance Inc. elonardo@alftlaw.com |
| Evan P. Shanley | on behalf of Plaintiff Dawn Phillips eshanley@rilaborlaw.com |
| Evan P. Shanley | on behalf of Plaintiff Cedric Williams Class Representative eshanley@rilaborlaw.com |
| Evan P. Shanley | on behalf of Interested Party Cedric Williams eshanley@rilaborlaw.com |
| Gardner H. Palmer, Jr. | on behalf of Trustee Joseph M. DiOrio ghpalmer@dioriolaw.com cpalmer76@verizon.net |
| Gardner H. Palmer, Jr. | on behalf of Plaintiff Joseph M. DiOrio ghpalmer@dioriolaw.com cpalmer76@verizon.net |
| Gardner H. Palmer, Jr. | on behalf of Defendant Microfibres Inc. ghpalmer@dioriolaw.com cpalmer76@verizon.net |
| Gary L. Donahue | ustpregion01.pr.ecf@usdoj.gov |
| Gary L. Donahue | on behalf of Assistant U.S. Trustee Gary L. Donahue gary.l.donahue@usdoj.gov |
| Jeffrey H. Gladstone | on behalf of Defendant Lubrizol Advanced Materials Inc. jhg@psh.com amz@psh.com |
| Jeffrey J Lauderdale | on behalf of Defendant Lubrizol Advanced Materials Inc. jeffrey.lauderdale@lubrizol.com lisa.goodwin@lubrizol.com |
| Jeffrey K. Techentin | on behalf of Interested Party Hope Billings McCulloch jtechentin@apslaw.com lneville@apslaw.com |
| Jennifer V. Doran | on behalf of Debtor Microfibres Inc. jdoran@haslaw.com, calirm@haslaw.com;kabarrett@hinckleyallen.com |
| John F. Welsh | on behalf of Interested Party James R. McCulloch jwelsh@bellowelsh.com |
| Joseph M. DiOrio | on behalf of Creditor Fabricut Inc. jmdiorio@dioriolaw.com, Legalassistant@dioriolaw.com,djdemartini@dioriolaw.com,amperry@dioriolaw.com,jmpagano@dioriolaw.com |
| Joseph M. DiOrio | on behalf of Plaintiff Joseph M. DiOrio jmdiorio@dioriolaw.com Legalassistant@dioriolaw.com,djdemartini@dioriolaw.com,amperry@dioriolaw.com,jmpagano@dioriolaw.com |
| Joseph M. DiOrio | jmdiorio@dioriolaw.com RI02@ecfcbis.com,ghpalmer@dioriolaw.com,legalassistant@dioriolaw.com,amperry@dioriolaw.com,jmpagano@dioriolaw.com, ccardon@dioriolaw.com |
| Joseph M. DiOrio | on behalf of Trustee Joseph M. DiOrio jmdiorio@dioriolaw.com RI02@ecfcbis.com,ghpalmer@dioriolaw.com,legalassistant@dioriolaw.com,amperry@dioriolaw.com,jmpagano@dioriolaw.com, ccardon@dioriolaw.com |
| Kristen Forbes Cuddy | on behalf of Plaintiff Joseph M. DiOrio klforbes@dioriolaw.com |
| Kyle Zambarano | on behalf of Interested Party Hope Billings McCulloch kzambarano@apslaw.com |

Case 1:16-bk-10154    Doc 1498    Filed 01/14/22    Entered 01/15/22 00:14:57    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0103-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 12, 2022 | Form ID: 157 | Total Noticed: 1 |

Lauren E. Jones
    on behalf of Interested Party James R. McCulloch ljones@appeallaw.com

Lawrence L. Goldberg
    on behalf of Creditor Val Debiec mary@lg.necoxmail.com

Lawrence L. Goldberg
    on behalf of Interested Party Hartford Underwriters Ins. Co. mary@lg.necoxmail.com

Leah L Miraldi
    on behalf of Defendant Rothtec Engraving Corp. LMIRALDI@CM-LAW.COM ccappalli@cm-law.com

Lisa M. Kresge
    on behalf of Defendant Texican Horizon Energy Marketing LLC lkresge@brcsm.com jlawson@brcsm.com

Lisa M. Kresge
    on behalf of Creditor Direct Energy Business Marketing LLC lkresge@brcsm.com, jlawson@brcsm.com

Lisa M. Kresge
    on behalf of Creditor Texican Natural Gas Company LLC lkresge@brcsm.com, jlawson@brcsm.com

Lynda L. Laing
    on behalf of Defendant The Cotton Bolt Inc. d/b/a Magnolia Custom Furniture lynn@straussfactor.com, straussfactorlaw@cs.com

Lynda L. Laing
    on behalf of Defendant Allnex USA Inc. lynn@straussfactor.com straussfactorlaw@cs.com

M. Vance McCrary
    on behalf of Plaintiff Cedric Williams Class Representative vmccrary@thegardnerfirm.com

M. Vance McCrary
    on behalf of Plaintiff Dawn Phillips vmccrary@thegardnerfirm.com

Marc B Gursky
    on behalf of Plaintiff Dawn Phillips mgursky@rilaborlaw.com

Martha J. Zackin
    on behalf of Interested Party James R. McCulloch mzackin@bellowelsh.com kscotina@bellowelsh.com

Mary E. Olsen
    on behalf of Creditor Cedric Williams Class Representative molsen@thegardnerfirm.com, apage@thegardnerfirm.com

Mary E. Olsen
    on behalf of Interested Party Cedric Williams molsen@thegardnerfirm.com apage@thegardnerfirm.com

Mary E. Olsen
    on behalf of Plaintiff Cedric Williams Class Representative molsen@thegardnerfirm.com, apage@thegardnerfirm.com

Mary E. Olsen
    on behalf of Creditor Harold Williams molsen@thegardnerfirm.com apage@thegardnerfirm.com

Mary E. Olsen
    on behalf of Creditor Dawn Phillips molsen@thegardnerfirm.com apage@thegardnerfirm.com

Mary E. Olsen
    on behalf of Plaintiff Dawn Phillips molsen@thegardnerfirm.com apage@thegardnerfirm.com

Matthew J. McGowan
    on behalf of Interested Party SK Cheung mmcgowan@smsllaw.com acarlow@smsllaw.com

Michael J. Daly
    on behalf of Interested Party Cram Holdings Group LLC mdaly@pierceatwood.com, ledelman@pierceatwood.com;mgosetti@pierceatwood.com;mjosgood@pierceatwood.com

Michael J. Polak
    on behalf of Defendant Greenhouse Fabrics Inc. mpolak@brcsm.com, jlawson@brcsm.com;lormonde@brcsm.com

Michael J. Polak
    on behalf of Defendant Colonial LLC mpolak@brcsm.com jlawson@brcsm.com;lormonde@brcsm.com

Paul F. O'Donnell, III
    on behalf of Debtor Microfibres Inc. podonnell@hinckleyallen.com, kabarrett@hinckleyallen.com

Richard L. Gemma
    on behalf of Interested Party FLOKSER rgemma@wdglaw.com mgomes@wdglaw.com

Richard L. Gemma
    on behalf of Interested Party Tukek Holding Anonim Sirketi rgemma@wdglaw.com mgomes@wdglaw.com

Sandra Nicholls
    on behalf of Assistant U.S. Trustee Gary L. Donahue sandra.nicholls@usdoj.gov

Sharon E Collins-Abbott

| District/off: 0103-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 12, 2022 | Form ID: 157 | Total Noticed: 1 |

    on behalf of Defendant Metlife Insurance Company scollinsabbo@metlife.com relder1@metlife.com

Steven J. Boyajian
    on behalf of Defendant Dimerco Express (U.S.A.) Corp. sboyajian@rc.com bvucci@rc.com

Theodore Orson
    on behalf of Accountant Verdolino & Lowey P.C. torson@orsonandbrusini.com, tpecchia@orsonandbrusini.com

Thomas S. Hemmendinger
    on behalf of Interested Party Teknor Apex Company (Truex Incorporated) themmendinger@brcsm.com lkresge@brcsm.com

William Walt Pettit
    on behalf of Creditor Mibrofibres Mexico LLC walt.pettit@hutchenslawfirm.com, tracy.vines@hutchenslawfirm.com

William Walt Pettit
    on behalf of Creditor Mibrofibres Mexico Inc. walt.pettit@hutchenslawfirm.com tracy.vines@hutchenslawfirm.com

TOTAL: 66

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In Re: Microfibres, Inc.

Debtor(s)

BK No. 1:16−bk−10154

Chapter 7

### ORDER ALLOWING FINAL FEE COMPENSATION

The request for final fee compensation by Anthony Van Der Hauwaert Esq & King & Wood Malliesons Law Office in the capacity of Special Counsel to Chp. 7 Trustee for fees in the amount of $ 2717.90 and expenses in the amount of $233.31 is:

**GRANTED** in the amount of $2717.90 in fees, and in the amount of $233.31 in expenses, LESS

    1. Retainer in the amount of $0.00

    2. Interim awards totaling $0.00 in fees, and $0.00 in expenses;

FOR A TOTAL REMAINING PAYMENT OF $2717.90 in fees and $233.31 in expenses.

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **1/12/22**

Entered on Docket: **1/12/22**
Document Number: **1497 – 1495**

157.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*