United States Bankruptcy Court

District of Rhode Island

In re: Case No. 16-10154-DF
Microfibres, Inc. Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0103-1     User: admin     Page 1 of 6
Date Rcvd: Feb 18, 2022     Form ID: 103     Total Noticed: 79

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Microfibres, Inc., 1 Moshassuck Street, PO Box 1208, Pawtucket, RI 02862-1208 |
| aty | + | David H. Conaway, Shumaker, Loop & Kendrick LLP, 101 S. Tryon Street, Ste. 2200, Charlotte, NC 28280-0027 |
| aty | + | Edward Payne Atkinson, dba Atkinson Law Firm, 95 South Green Street, Suite C, Tupelo, MS 38804-4724 |
| aty | + | Joseph W. LaFramboise, Brenntag North America Inc., 5083 Pottsville Pike, Reading, PA 19605-9724 |
| aty | + | William F. Kirk, Hutchens Law Firm, 6230 Fairview Road, Ste. 315, Charlotte, NC 28210-3151 |
| assignor | + | ASTRO AMERICAN CHEMICAL CO., PO BOX 878, FOUNTAIN INN, SC 29644-0878 |
| assignor | | ASTRO CHEMICALS, INC., P.O. BOX 2248, SPRINGFIELD, MA 01102-2248 |
| assignor | + | Allnex USA Inc., 9005 Westside Parkway, Alpharetta, GA 30009-4783 |
| sp | | Anthony Van Der Hauwaert, King & Wood Mallesons LLP, 1 Square de Meeus, 1000 Brussels, BELGIUM |
| consult | + | Arnold R. Kaija, 377 First Avenue, East Greenwich, RI 02818-4059 |
| op | | Atlus Global Trade Solutions, 2400 Veterans Blvd., Suite 300, Kenner, LA 70062 |
| assignee | | B.E. Capital Management Fund LP, 228 Park Avenue S #63787, New York, NY 10003-1502 |
| assignor | + | BATTERIES PLUS, 636D SOUTH STRATTFORD RD, WINSTON SALEM, NC 27103-1700 |
| cr | | BE Capital Management Fund LP, 238 Park Ave S #63787, New York, NY 10003-1502 |
| consult | + | Barry D. Flagg, Triangulum Financial Partners, 1301 W. Fletcher Avenue, Tampa, FL 33612-3310 |
| sp | | Benedykt Fiutowski, Budzowska Fiutowski and Partners, ul. Sienna 11/131-041, Krakow, PL-Malopolska, POLAND |
| sp | + | Brad Gandrup, Pierce Atwood LLP, 72 Pine Street 5th floor, Providence, RI 02903-2846 |
| consult | + | Brendan P. VanDeventer, Riparian Partners LLC, One Financial Plaza, Providence, RI 02903-2448 |
| cr | + | Carolina Hoist and Crane, Inc., Sandra E. Teeters, President, PO Box 13860, Greensboro, NC 27415-3860 |
| app | + | Chip LaBonte, PO Box 235, 10 Eat Fire Spring Road, Nantucket, MA 02554-4214 |
| assignor | + | Classic Business Systems, Inc., 2080 E. Fifth Street, Winston-Salem, NC 27101-4746 |
| br | + | Clay Short, TRI Inc., 600 Main Street, Tupelo, MS 38804-3733 |
| sp | | Cosimo Borrelli, Level 17, Tower 1, Admiralty Centre, 18 Harcourt Road, Admiralty HONG KONG |
| acc | + | Craig R. Jalbert, Verdolino & Lowey, P.C., 124 Washington Street, Foxborough, MA 02035-1368 |
| acc | + | Craig R. Jalbert, Verdolino & Lowey, P.C., 124 Washington Street, Foxboro, MA 02035-1368 |
| cr | | Direct Energy Business Marketing, LLC, d/b/a Direct Energy Business, One Hess Plaza, Woodbridge, NJ 07095 |
| assignor | + | EASTERN COLOR & CHEMICAL COMPANY, 35 LIVINGSTON STREET, PO BOX 6161, PROVIDENCE, RI 02940-6161 |
| assignor | | Euro Textiles Denmark ApS, Denmark, Nordager 20, Nordager 20, Kolding, 06000, DENMARK |
| intp | + | FLOKSER, Wieck DeLuca & Gemma, Inc., 56 Pine Street, Suite 700, Providence, RI 02903-2819 |
| cr | + | Frank W. Damiano, Three Oakland Drive, Port Washington, NY 11050-4125 |
| sp | | G. Jacqueline Fangonil Walsh, Level 17, Tower 1,, Admiralty Centre, 18 Harcourt Road, Admiralty HONG KONG |
| cr | | GE Capital Information Technology Solutions, co A Ricoh USA Program, fdba IKON Financial Services, 1738 Bass Road, PO Box 13708 Macon, GA 31208-3708 |
| consult | + | Getulio N. Sena, 112 Beechcrest Street, Warwick, RI 02888-3609 |
| intp | + | Hartford Underwriters Ins. Co., 88 Jefferson Blvd, Warwick, RI 02888-1029 |
| intp | + | Hope Billings McCulloch, 60 Manning Street, Providence, RI 02906-3132 |
| assignor | + | Indev Gauging Systems, 5235 26TH AVE, ROCKORD, IL 61109-1707 |
| sp | + | Joseph A. Farside, Jr., Locke Lord LLP, 2800 Financial Plaza, Providence, RI 02903-2407 |
| consult | + | LaVern Payne, 116 Havenwood Drive, Archdale, NC 27263-2638 |
| assignor | + | Logisource Inc. Source Transport, PO Box 10200, Matthews, NC 28106-0220 |
| assignor | + | Logisource, Inc., PO BOX 10200, MATTHEWS, NC 28106-0220 |
| sp | + | M. Christopher Bolen, Womble Carlyle Sandridge & Rice LLP, 2530 Meridian Parkway Suite 400, Research Triangle Park, Durham, NC 27713-5373 |
| consult | + | Mary Ann Beirne, 5 Wake Robin Road, Unit #2105, Lincoln, RI 02865-5221 |
| cr | + | Mibrofibres Mexico Inc., c/o Hutchens Law Firm, Attn: William Walt Pettit, 6230 Fairview Road, Suite 315 Charlotte, NC 28210-3151 |

| District/off: 0103-1 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Feb 18, 2022 | Form ID: 103 | Total Noticed: 79 |

| | | |
|---|---|---|
| app | + | Michael Avent, Michael D. Avent & Assoicates Inc., 514 S. Stratford Road, Winston-Salem, NC 27103-1874 |
| sp | + | Michelle Waits, Waits Law PLLC, 95 South Green Street, Suite C, Tupelo, MS 38804-4724 |
| op | + | Northeast Data Destruction & Recycling, 73 Plymouth Street, Mansfield, MA 02048-2034 |
| cr | + | Olu Ademegan, 26 Carleton Street, Providence, RI 02908-4128 |
| op | + | Peregrine Property Management, LLC, Rumford Center, Bldg. #3, 20 Newman Avenue, Suite 1005, Rumford, RI 02916-3601 |
| op | + | Raleigh Asset Services, LLC dba CBRE/Triad Asset S, Attn: Lori Starnes, 101 Centreport Drive, Suite 160, Greensboro, NC 27409-9444 |
| cr | + | Raul Gonzlez, 270 Manton Avenue, Providence, RI 02909-3333 |
| sp | + | Ronald C. Markoff, Law Office of Ronald C. Markoff, 144 Medway Street, Providence, RI 02906-5202 |
| cr | + | Samir Doumato, 90 Oakland Avenue, Pawtucket, RI 02861-2023 |
| sp | | Samuel P. Blatchley, Holbrook & Murphy, 238-240 Lewis Wharf, Boston, MA 02110-3927 |
| assignor | + | Solvay USA Inc., 504 Carnegie Center, Princeton, NJ 08540-6241 |
| consult | + | Stavros Trastelis, 1002 Browning Road, Greensboro, NC 27410-4751 |
| consult | + | Steven Coffey, DBA Coffey Video Productions, 130 W. Acadia Avenue, Winston Salem, NC 27127-2916 |
| consult | + | Susan Young, 3 Tunmore Road, Greenville, RI 02828-1932 |
| intp | + | Teknor Apex Company (Truex Incorporated), c/o David B. Graham, Esq., Kaufman & Canoles, P.C., 4801 Courthouse Street, Suite 300, Williamsburg, VA 23188-2678 |
| cr | + | Texican Natural Gas Company, LLC, One Allen Center, 500 Dallas Street, Suite 1150, Attn: Robert Sellers Houston, TX 77002-4794 |
| assignor | + | The Massey Company, Inc, 9006A Perimeter Woods Drive, Charlotte, NC 28216-2404 |
| app | + | Thomas Gagliardi, Thomas Industries, Inc., 2414 Boston Post Road, Guildford, CT 06437-2310 |
| cr | + | Val Debiec, 88 Jefferson Blvd, Warwick, RI 02888-1029 |
| acc | + | Verdolino & Lowey, P.C., 124 Washignton Street, Foxborough, MA 02035-1368 |
| consult | + | Vertex Companies Inc., 400 Libbey Industrial Parkway, Weymouth, MA 02189-3134 |
| consult | + | Vertex Companies as Environmental Management Servi, 400 Libbey Industrial Parkway, Weymouth, MA 02189-3134 |
| cr | + | Webster Bank, National Association, c/o Cameron & Mittleman LLP, 301 Promenade Street, Providence, RI 02908-5720 |
| op | | William J. Piccerelli, Piccerelli, Gilstein & Co., l44 Westminster St, Providence, RI 02903 |
| assignor | + | Worldwide Logistics Ltd, 25 E. Spring Valley Ave., Suite 205, Maywood, NJ 07607-2156 |

TOTAL: 68

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: BKRMailOps@weltman.com | Feb 18 2022 18:10:00 | Scott D Fink, Toyota Industries Commercial Finance Inc, Weltman Weinberg & Reis Co., LPA, Lakeside Place, Suite 200, 323 W. Lakeside Avenue, Cleveland, OH 44113-1009 |
| assignor | + | Email/Text: kevin@aerisenviro.com | Feb 18 2022 18:10:00 | AERIS Environmental, Inc., 1440 Blueberry Lane, Charlotte, NC 28226-6525 |
| assignor | + | Email/Text: jlyda@yadtel.net | Feb 18 2022 18:10:00 | COLORSOURCES, INC., 181 Golfview Drive, Advance, NC 27006-9558 |
| assignor | | Email/Text: sales@filtersales.com | Feb 18 2022 18:10:00 | FILTER SALES & SERVICE, 15 ADAM STREET, BURLINGTON, MA 01803-4916 |
| op | + | Email/Text: tgallo@gallomoving.com | Feb 18 2022 18:10:00 | Gallo Moving & Storage, 120 Quarry Drive, Milford, MA 01757-1729 |
| assignor | + | Email/Text: rbelzinskas@mace.com | Feb 18 2022 18:10:00 | Mace Security International, Inc., 4400 Carnegie Avenue, Cleveland, OH 44103-4342 |
| consult | + | Email/Text: mnsub@kfda.com | Feb 18 2022 18:10:00 | Michael Norek, The Firm of Kevin F. Donoghue Insurance, 190 High Street, Boston, MA 02110-3031 |
| intp | | Email/Text: ncdol.bankruptcy@labor.nc.gov | Feb 18 2022 18:10:00 | North Carolina Department of Labor, 1101 mail Service Center, Raleigh, NC 27699-1101 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Feb 18 2022 18:13:35 | Recovery Management Systems Corporation On Behalf, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| assignor | + | Email/Text: accounts.receivable@uline.com | Feb 18 2022 18:10:00 | Uline Shipping Supplies, 12575 Uline Drive, Pleasant Prairie, WI 53158-3686 |
| intp | + | Email/Text: dfas.cleveland-oh.hga.mbx.bankruptcy-notifications@mail.mil | Feb 18 2022 18:10:00 | United States Environmental Protection Agency, c/o Donald Frankel, US Department of Justice, One Gateway Center, Suite 616, Newton, MA |

Case 1:16-bk-10154 Doc 1504 Filed 02/20/22 Entered 02/21/22 00:12:56 Desc
Imaged Certificate of Notice Page 3 of 7

| District/off: 0103-1 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Feb 18, 2022 | Form ID: 103 | Total Noticed: 79 |

02458-2802

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| sp | | Anthony Van Der Hauwaert, Racine Access Building, Keizer Karellaan 586 Bus 9, Avenu Charles Quint 586, bte 9 B-102, BURSSEL-BRUXELLES |
| consult | | David Morrison |
| consult | *+ | AERIS Environmental, Inc., 1440 Blueberry Lane, Charlotte, NC 28226-6525 |
| assignee | * | BE Capital Management Fund LP, 238 Park Ave S #63787, New York, NY 10003-1502 |
| cr | *+ | Mibrofibres Mexico, LLC, c/o Hutchens Law Firm, Attn: William Walt Pettit, 6230 Fairview Road, Suite 315, Charlotte, NC 28210-3151 |
| consult | *+ | The Vertex Companies Inc., 400 Libbey Industrial Parkway, Weymouth, MA 02189-3134 |
| assignor | ## | Ayer Sales Inc, P.O. Box 6061, Brattleboro, VT 05302-6061 |
| assignor | ##+ | Monroe Staffing Services LLC, 35 Nutmeg Drive #250, Trumbull, CT 06611-5451 |
| assignor | ##+ | ORGANIC DYES AND PIGMENTS LLC, 65 VALLEY STREET, E. PROVIDENCE, RI 02914-4423 |
| op | ##+ | Vincent J. Granieri, Predictive Resources, LLC, 4865 Miami Road, Cincinnati, OH 45243-4039 |

TOTAL: 2 Undeliverable, 4 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2022         Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alden C. Harrington | on behalf of Interested Party James R. McCulloch harrington@rhf-lawri.com kristin@rhf-lawri.com;kristen@rhf-lawri.com |
| Amanda M. Perry | on behalf of Trustee Joseph M. DiOrio amperry@dioriolaw.com jmpagano@dioriolaw.com |
| Amanda M. Perry | on behalf of Plaintiff Joseph M. DiOrio amperry@dioriolaw.com jmpagano@dioriolaw.com |
| Armando Batastini | on behalf of Creditor Grand Coast Captial Group LLC abatastini@nixonpeabody.com mryone@nixonpeabody.com;bos.managing.clerk@nixonpeabody.com;ddemartini@nixonpeabody.com |
| Armando Batastini | on behalf of Interested Party Cram Holdings Group  LLC abatastini@nixonpeabody.com, mryone@nixonpeabody.com;bos.managing.clerk@nixonpeabody.com;ddemartini@nixonpeabody.com |
| Armando Batastini | on behalf of Interested Party James R. McCulloch abatastini@nixonpeabody.com mryone@nixonpeabody.com;bos.managing.clerk@nixonpeabody.com;ddemartini@nixonpeabody.com |
| Bruce W. Gladstone | on behalf of Creditor Webster Bank  National Association bgladstone@cm-law.com, cblessing@cm-law.com |

| | | |
|---|---|---|
| District/off: 0103-1 | User: admin | Page 4 of 6 |
| Date Rcvd: Feb 18, 2022 | Form ID: 103 | Total Noticed: 79 |

Charles A. Pisaturo, Jr.
    on behalf of Creditor Fabricut Inc. Charlie@pisaturolaw.com, adias@pisaturolaw.com

Charles A. Pisaturo, Jr.
    on behalf of Defendant Fabricut Inc. Charlie@pisaturolaw.com, adias@pisaturolaw.com

Charles A. Pisaturo, Jr.
    on behalf of Defendant Monroe Staffing Services LLC Charlie@pisaturolaw.com, adias@pisaturolaw.com

Donald G Frankel
    on behalf of Interested Party United States Environmental Protection Agency DONALD.FRANKEL@USDOJ.GOV

Elizabeth A. Lonardo
    on behalf of Interested Party Thomas Courtemanche elonardo@alftlaw.com

Elizabeth A. Lonardo
    on behalf of Defendant Solvay USA Inc. elonardo@alftlaw.com

Elizabeth A. Lonardo
    on behalf of Creditor Toyota Industries Commercial Finance Inc. elonardo@alftlaw.com

Evan P. Shanley
    on behalf of Plaintiff Dawn Phillips eshanley@rilaborlaw.com

Evan P. Shanley
    on behalf of Plaintiff Cedric Williams Class Representative eshanley@rilaborlaw.com

Evan P. Shanley
    on behalf of Interested Party Cedric Williams eshanley@rilaborlaw.com

Gardner H. Palmer, Jr.
    on behalf of Trustee Joseph M. DiOrio ghpalmer@dioriolaw.com cpalmer76@verizon.net

Gardner H. Palmer, Jr.
    on behalf of Plaintiff Joseph M. DiOrio ghpalmer@dioriolaw.com cpalmer76@verizon.net

Gardner H. Palmer, Jr.
    on behalf of Defendant Microfibres Inc. ghpalmer@dioriolaw.com cpalmer76@verizon.net

Gary L. Donahue
    ustpregion01.pr.ecf@usdoj.gov

Gary L. Donahue
    on behalf of Assistant U.S. Trustee Gary L. Donahue gary.l.donahue@usdoj.gov

Jeffrey H. Gladstone
    on behalf of Defendant Lubrizol Advanced Materials Inc. jhg@psh.com amz@psh.com

Jeffrey J Lauderdale
    on behalf of Defendant Lubrizol Advanced Materials Inc. jeffrey.lauderdale@lubrizol.com lisa.goodwin@lubrizol.com

Jeffrey K. Techentin
    on behalf of Interested Party Hope Billings McCulloch jtechentin@apslaw.com lneville@apslaw.com

Jennifer V. Doran
    on behalf of Debtor Microfibres Inc. jdoran@haslaw.com, calirm@haslaw.com;kabarrett@hinckleyallen.com

John F. Welsh
    on behalf of Interested Party James R. McCulloch jwelsh@bellowelsh.com

Joseph M. DiOrio
    on behalf of Creditor Fabricut Inc. jmdiorio@dioriolaw.com,
    Legalassistant@dioriolaw.com,djdemartini@dioriolaw.com,amperry@dioriolaw.com,jmpagano@dioriolaw.com

Joseph M. DiOrio
    on behalf of Plaintiff Joseph M. DiOrio jmdiorio@dioriolaw.com
    Legalassistant@dioriolaw.com,djdemartini@dioriolaw.com,amperry@dioriolaw.com,jmpagano@dioriolaw.com

Joseph M. DiOrio
    jmdiorio@dioriolaw.com
    RI02@ecfcbis.com,ghpalmer@dioriolaw.com,legalassistant@dioriolaw.com,amperry@dioriolaw.com,jmpagano@dioriolaw.com,
    ccardon@dioriolaw.com

Joseph M. DiOrio
    on behalf of Trustee Joseph M. DiOrio jmdiorio@dioriolaw.com
    RI02@ecfcbis.com,ghpalmer@dioriolaw.com,legalassistant@dioriolaw.com,amperry@dioriolaw.com,jmpagano@dioriolaw.com,
    ccardon@dioriolaw.com

Kristen Forbes Cuddy
    on behalf of Plaintiff Joseph M. DiOrio klforbes@dioriolaw.com

Kyle Zambarano
    on behalf of Interested Party Hope Billings McCulloch kzambarano@apslaw.com

| | | |
|---|---|---|
| District/off: 0103-1 | User: admin | Page 5 of 6 |
| Date Rcvd: Feb 18, 2022 | Form ID: 103 | Total Noticed: 79 |

Lauren E. Jones
    on behalf of Interested Party James R. McCulloch ljones@appeallaw.com

Lawrence L. Goldberg
    on behalf of Creditor Val Debiec mary@lg.necoxmail.com

Lawrence L. Goldberg
    on behalf of Interested Party Hartford Underwriters Ins. Co. mary@lg.necoxmail.com

Leah L Miraldi
    on behalf of Defendant Rothtec Engraving Corp. LMIRALDI@CM-LAW.COM ccappalli@cm-law.com

Lisa M. Kresge
    on behalf of Defendant Texican Horizon Energy Marketing LLC lkresge@brcsm.com jlawson@brcsm.com

Lisa M. Kresge
    on behalf of Creditor Direct Energy Business Marketing  LLC lkresge@brcsm.com, jlawson@brcsm.com

Lisa M. Kresge
    on behalf of Creditor Texican Natural Gas Company  LLC lkresge@brcsm.com, jlawson@brcsm.com

Lynda L. Laing
    on behalf of Defendant The Cotton Bolt  Inc. d/b/a Magnolia Custom Furniture lynn@straussfactor.com, straussfactorlaw@cs.com

Lynda L. Laing
    on behalf of Defendant Allnex USA Inc. lynn@straussfactor.com straussfactorlaw@cs.com

M. Vance McCrary
    on behalf of Plaintiff Cedric Williams  Class Representative vmccrary@thegardnerfirm.com

M. Vance McCrary
    on behalf of Plaintiff Dawn Phillips vmccrary@thegardnerfirm.com

Marc B Gursky
    on behalf of Plaintiff Dawn Phillips mgursky@rilaborlaw.com

Martha J. Zackin
    on behalf of Interested Party James R. McCulloch mzackin@bellowelsh.com kscotina@bellowelsh.com

Mary E. Olsen
    on behalf of Creditor Cedric Williams  Class Representative molsen@thegardnerfirm.com, apage@thegardnerfirm.com

Mary E. Olsen
    on behalf of Interested Party Cedric Williams molsen@thegardnerfirm.com apage@thegardnerfirm.com

Mary E. Olsen
    on behalf of Creditor Dawn Phillips molsen@thegardnerfirm.com apage@thegardnerfirm.com

Mary E. Olsen
    on behalf of Plaintiff Dawn Phillips molsen@thegardnerfirm.com apage@thegardnerfirm.com

Mary E. Olsen
    on behalf of Plaintiff Cedric Williams  Class Representative molsen@thegardnerfirm.com, apage@thegardnerfirm.com

Mary E. Olsen
    on behalf of Creditor Harold Williams molsen@thegardnerfirm.com apage@thegardnerfirm.com

Matthew J. McGowan
    on behalf of Interested Party SK Cheung mmcgowan@smsllaw.com acarlow@smsllaw.com

Michael J. Daly
    on behalf of Interested Party Cram Holdings Group  LLC mdaly@pierceatwood.com,
    ledelman@pierceatwood.com;mgosetti@pierceatwood.com;mjosgood@pierceatwood.com

Michael J. Polak
    on behalf of Defendant Greenhouse Fabrics  Inc. mpolak@brcsm.com, jlawson@brcsm.com;lormonde@brcsm.com

Michael J. Polak
    on behalf of Defendant Colonial LLC mpolak@brcsm.com jlawson@brcsm.com;lormonde@brcsm.com

Paul F. O'Donnell, III
    on behalf of Debtor Microfibres  Inc. podonnell@hinckleyallen.com, kabarrett@hinckleyallen.com

Richard L. Gemma
    on behalf of Interested Party FLOKSER rgemma@wdglaw.com mgomes@wdglaw.com

Richard L. Gemma
    on behalf of Interested Party Tukek Holding Anonim Sirketi rgemma@wdglaw.com mgomes@wdglaw.com

Sandra Nicholls
    on behalf of Assistant U.S. Trustee Gary L. Donahue sandra.nicholls@usdoj.gov

Sharon E Collins-Abbott

| | |
|---|---|
| | on behalf of Defendant Metlife Insurance Company scollinsabbo@metlife.com relder1@metlife.com |
| Steven J. Boyajian | |
| | on behalf of Defendant Dimerco Express (U.S.A.) Corp. sboyajian@rc.com bvucci@rc.com |
| Theodore Orson | |
| | on behalf of Accountant Verdolino & Lowey P.C. torson@orsonandbrusini.com, tpecchia@orsonandbrusini.com |
| Thomas S. Hemmendinger | |
| | on behalf of Interested Party Teknor Apex Company (Truex Incorporated) themmendinger@brcsm.com lkresge@brcsm.com |
| William Walt Pettit | |
| | on behalf of Creditor Mibrofibres Mexico Inc. walt.pettit@hutchenslawfirm.com tracy.vines@hutchenslawfirm.com |
| William Walt Pettit | |
| | on behalf of Creditor Mibrofibres Mexico LLC walt.pettit@hutchenslawfirm.com, tracy.vines@hutchenslawfirm.com |

TOTAL: 66

*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

---

In Re: Microfibres, Inc.                BK No. 1:16−bk−10154

Debtor(s)                                Chapter 7

---

### ORDER GRANTING (doc# 1501 ) TO EMPLOY PROFESSIONALS
*Re: Amended Application to Employ Craig R. Jalbert and Verdolino & Lowey, P.C. as Accountants to the Chapter 7 Trustee*

The Application to Employ Professionals (doc.# 1501 ) is HEREBY APPROVED, subject to the following: (1) This order is not a determination that the services are necessary; and (2) No fee agreement between the applicant and the person or entity being employed is binding on the court.

With the exception of applications to employ filed pursuant to 2014(e), any agreement for compensation between the Professional seeking employment and the Trustee, if applicable, shall not be binding on the Court, and to the extent that anything contained in the application deemed a request to pre−approve compensation is DENIED. Compensation of Professionals will be determined by the Court upon the filing of an appropriate fee application.

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **2/18/22**

Entered on Docket: **2/18/22**
Document Number: **1503 − 1501**

Oappemployprof.jsp #103

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*