*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

---

In Re: Microfibres, Inc.

Debtor(s)

BK No. 1:16–bk–10154

Chapter 7

---

### ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT
### AFTER DISTRIBUTION AND DISCHARGING TRUSTEE

The Trustee's Final Report and Account After Distribution (the "Final Report and Account") was submitted by the trustee to the U.S. Trustee, which included, all cancelled checks and bank statements reflecting a zero ending balance in all estate accounts, and upon review, the U.S. Trustee filed the Trustee's Final Report and Account with the court for approval.

With no objection, it is ordered that the trustee's Final Report and Account is approved and the trustee is now discharged from his/her duties as trustee in this case.

It is further ordered that this case be closed pursuant to 11 U.S.C. §350(a) and Fed.R.Bankr.P.5009.

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **3/28/23**

Entered on Docket: **3/28/23**
Document Number: **1539**

opppdistrcc.jsp #139

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

Website: *www.rib.uscourts.gov*